UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NOVAFUND ADVISORS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CAPITALA GROUP, LLC, <br><br> Defendant. | Civil Action No. 3:18-cv-01023-MPS <br><br> July 31, 2018 |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Capitala Group, LLC by its attorneys, Robinson & Cole LLP, states that it does not have any parent corporation and that there is no publicly held corporation that owns 10% or more of Capitala Group, LLC's membership interests. Capitala Finance Corp. (Nasdaq: CPTA) is an affiliate of Capitala Group, LLC and is a publicly traded entity.

Respectfully Submitted,

CAPITALA GROUP, LLC

By: /s/ *Frank F. Coulom, Jr.*
      Frank F. Coulom, Jr. (ct05230)
      Robinson & Cole LLP
      280 Trumbull Street
      Hartford, CT 06103
      Tel: (860) 275-8200
      Fax: (860) 275-8299
      Email: fcoulom@rc.com