UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NOVAFUND ADVISORS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CAPITALA GROUP, LLC, <br><br> Defendant. | CIVIL ACTION NO. 3:18-cv-1023 (MPS) <br><br><br><br><br><br><br><br> DECEMBER 3, 2018 |

## **PLAINTIFF'S NOTICE OF JUDICIAL DECISION**

Plaintiff NovaFund Advisors, LLC hereby respectfully notifies this Court of the Order and Opinion on Motion to Dismiss or Stay First Amended Complaint in *Capitala Group, LLC, v. Columbus Advisory Group LTD. d/b/a NovaFund Advisors and NovaFund Advisors, LLC*, No. 18-CVS-8247 (General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina), which was issued by the Honorable Adam M. Conrad, Special Superior Court Judge for Complex Business Cases on December 3, 2018 and which is attached hereto as Exhibit A.

    Respectfully submitted,

    PLAINTIFF NOVAFUND ADVISORS, LLC

    By:   /s/ Jill M. O'Toole
        SHIPMAN & GOODWIN LLP
        Jill M. O'Toole (ct27116)
        One Constitution Plaza
        Hartford, CT 06109
        Tel.: 860-251-5000
        Fax: 860-251-5099
        jotoole@goodwin.com

        Alison P. Baker (ct28136)
        1875 K Street NW, Suite 600
        Washington, D.C. 20006-1251
        Tel.: 202-741-4887
        Fax: 202-469-7751
        abaker@goodwin.com

    *Its Attorneys*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 3, 2018, a copy of the foregoing Plaintiff's Notice of Judicial Decision was filed electronically and served on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

    /s/  Jill M. O'Toole
Jill M. O'Toole (ct27116)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, Connecticut 06103-1919
Tel.: (860) 251-5000
Fax: (860) 251-5218
Email: jotoole@goodwin.com