# EXHIBIT 1

**From:** Richard Wheelahan <Rwheelahan@Fundfinancepartners.com>
**Sent:** Tuesday, June 23, 2020 10:06 AM
**To:** O'Toole, Jill M. <JOToole@goodwin.com>
**Subject:** Is this true?

*EXTERNAL EMAIL*



Sent from my iPhone