# EXHIBIT 2

**ROBINSON BRADSHAW**

July 14, 2020

JHerring@robinsonbradshaw.com
704.377.8385 **:** Direct Phone
704.373.3985 **:** Direct Fax

**VIA EMAIL (rwheelahan@fundfinancepartners.com) AND**
**FEDERAL EXPRESS**

Richard G. Wheelahan, III
615 South College St., 10th Floor
Charlotte, NC 28202

     *RE:  Separation Agreement and Release*

Dear Richard:

     Our firm represents Capitala Advisors Corp. (the "Company"), and we are writing you regarding your recent actions in violation of that certain Separation Agreement and Release dated as of November 7, 2019 between you, the Company, and Atlas Power Investments, LLC (the "Separation Agreement"). A copy of the Separation Agreement is enclosed herewith for your convenience and its defined terms are used herein.

     The Separation Agreement provided you with significant consideration relating to your separation of employment from the Company, including the Company's (i) payment to you of a $70,000 lump sum Separation Payment and (ii) waiver of your obligation to repay the Promissory Note owed by you to Atlas Power Investments, LLC. In exchange for this consideration, you agreed to certain obligations, including obligations regarding confidentiality and non-disclosure and non-disparagement that remain in full force and effect today.

     Despite the fact that you received substantial compensation at the time of your separation of employment from the Company, it has come to the Company's attention from multiple sources that you are currently engaging in active and sustained conduct in violation of the Separation Agreement.

     By this letter the Company hereby (i) reminds you of your obligations under the Separation Agreement, (ii) demands that you immediately cease and desist any disclosure or use of Confidential Information of the Company, and (iii) demands that you immediately cease and desist making any disparaging statements or any other statements that disrupt, impair, or adversely affect the reputation, business interests, or profitability of any Company Party.

     The Company is currently evaluating its options with regard to your actions in violation of the Separation Agreement and expressly reserves its rights to seek all of its available legal remedies against you, your employer, and your business relations, including seeking injunctive relief and monetary damages, for breaches of the Separation Agreement.

     The Company also demands that you take all necessary steps to preserve and not delete or destroy any materials relevant to this dispute. This includes, but is not limited to, any hard copy or electronic documents, including e-mails, voicemail, direct messages, and text messages that are related to the subject matter of this letter.

Mr. Wheelahan
July 14, 2020
Page 2

      You or your counsel should feel free to contact us with any questions concerning the above.

Sincerely,

ROBINSON, BRADSHAW & HINSON, P.A.

*[signature: John Herring]*

John M. Herring

JMH/jdr
cc:    Joe Alala, III