# EXHIBIT 3

**ROBINSON BRADSHAW**

July 14, 2020

JHerring@robinsonbradshaw.com
704.377.8385 **:** Direct Phone
704.373.3985 **:** Direct Fax

**VIA EMAIL (info@fundfinancepartners.com) AND**
**FEDERAL EXPRESS**

Fund Finance Partners
Attention: Legal
325 N. LaSalle, Suite 450
Chicago, IL 60654

Fund Finance Partners
Attention: Legal
615 South College St., 10th Floor
Charlotte, NC 28202

    *RE:  Richard Wheelahan*

To Whom it May Concern:

    Our firm represents Capitala Advisors Corp. ("Capitala"). Capitala was recently advised that its former employee and your employee and co-founder, Richard Wheelahan, has been engaging in activities that violate his obligations to Capitala. We write to inform you that Mr. Wheelahan is a party to a written Separation Agreement and Release (the "Separation Agreement") with Capitala that, among other obligations, prohibits him from disclosing or using any of Capitala's confidential information, from disparaging Capitala, and from making any statements that disrupt, impair, or adversely affect Capitala or its affiliates.

    On behalf of Capitala, we are hereby informing you that we have demanded in writing to Mr. Wheelahan that he fulfill his obligations to Capitala. In particular, we have demanded that Mr. Wheelahan immediately refrain from any further disclosure or use of Capitala's confidential information and from making any further disparaging statements about Capitala and/or any other statements that disrupt, impair, or adversely affect the reputation, business interests, or profitability of any Capitala and its related entities.

    In addition, on behalf of Capitala, we hereby demand that Fund Finance Partners not interfere with Capitala's Separation Agreement with Mr. Wheelahan. In the event that Fund Finance Partners interferes with that agreement, Capitala will have no choice other than to take appropriate legal action against Fund Finance Partners to protect its business interests under the Separation Agreement.

    Thank you for your immediate attention to this matter.

Fund Finance Partners
July 14, 2020
Page 2

---

Sincerely,

ROBINSON, BRADSHAW & HINSON, P.A.

*/s/ John Herring*

John M. Herring

JMH/jdr
cc: Joe Alala, III