**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| NOVAFUND ADVISORS, LLC,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>CAPITALA GROUP, LLC,<br><br>　　　Defendant. | No. 3:18-cv-1023 (MPS)<br><br><br><br><br><br><br><br>August 26, 2020 |

**PLAINTIFF'S MOTION TO FILE UNDER SEAL PORTIONS OF
ITS MEMORANDUM OF LAW AND ONE EXHIBIT THERETO
IN SUPPORT OF ITS MOTION FOR LEAVE TO AMEND COMPLAINT**

Pursuant to Local Rule 5(e), Plaintiff NovaFund Advisors, LLC ("NovaFund") respectfully moves for leave to file under seal portions of its Memorandum of Law in Support of Plaintiff's Motion for Leave to Amend Complaint, and one exhibit attached thereto, to protect Defendant Capitala Group, LLC ("CGLLC") and non-party Richard Wheelahan ("Wheelahan"), the former General Counsel of certain Capitala entities, as designating parties of Designated Material under the Amended Protective Order (ECF No. 99) (the "Protective Order").  As provided under Local Rule 5(e)(4)(a), NovaFund will e-file (1) this motion to seal as a public motion, (2) a redacted version of each document sought to be sealed, which shall be filed as public documents, and (3) unredacted copies of each document sought to be sealed, which will be filed as a sealed motion and sealed documents.

NovaFund's memorandum of law attaches one exhibit containing excerpts of Mr. Wheelahan's deposition transcript (Exhibit 2), and cites to that testimony multiple times. NovaFund has already reviewed the transcript and has declined to designate any of it under the Protective Order.  The references to, and the portions of, Mr. Wheelahan's transcript are being submitted under seal because CGLLC's window to designate portions of the transcript expires on

September 4, 2020, per the Protective Order. By operation of the Protective Order, the transcript is deemed designated as "CONFIDENTIAL" during such interim window. Also, CGLLC and Mr. Wheelahan may seek to designate portions of NovaFund's memorandum of law referring to the deposition transcript under the Protective Order. NovaFund disagrees that good cause exists to seal those portions of its memorandum of law, because there are no grounds to designate portions of the underlying deposition transcript.

NovaFund submits this motion in accordance with Paragraph 15 of the Protective Order and to afford the designating persons an opportunity to identify information they wish to be kept under seal and to make a particularized showing of good cause as to why that information should be kept under seal. NovaFund will inform CGLLC and Mr. Wheelahan of this motion's filing.

WHEREFORE, NovaFund respectfully requests leave to file under seal portions of its memorandum of law in support of its motion for leave to amend, and Exhibit 2 attached thereto, until such time as the designating parties are afforded an opportunity to establish good cause for the information to remain under seal, together with such other and further relief as this Court deems just and proper.

        Respectfully submitted,

        **PLAINTIFF NOVAFUND ADVISORS, LLC**

        By: /s/ Jill M. O'Toole
            Jill M. O'Toole (ct27116)
            Alison Baker (ct28136)
            Shipman & Goodwin LLP
            One Constitution Plaza
            Hartford, CT 06109
            Tel.: 860-251-5000
            Fax: 860-251-5099
            jotoole@goodwin.com
            abaker@goodwin.com
            *Its Attorneys*