**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| NOVAFUND ADVISORS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CAPITALA GROUP, LLC, <br><br> Defendant. | No. 3:18-cv-1023 (MPS) <br><br><br><br><br><br><br> August 26, 2020 |

**DECLARATION OF JILL M. O'TOOLE IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

Pursuant to 28 U.S.C. § 1746, I, Jill M. O'Toole, respectfully declare as follows:

1. I am over the age of 18 and understand the obligations of an oath. I am counsel to Plaintiff NovaFund Advisors, LLC ("NovaFund") in the above-captioned matter. I am familiar with the facts stated herein and, if called to testify, I would and could competently testify thereto.

2. I submit this Declaration in support of NovaFund's motion for leave to amend its complaint.

3. During discovery in this action, NovaFund has served eleven document productions. Defendant Capitala Group, LLC ("CGLLC") has served ten document productions, the first in August 2019 and the most recent on June 26, 2020.

4. Between them, the parties have served about 24 non-party subpoenas, of which NovaFund has served at least 13. NovaFund served Rule 45 document subpoenas on Sandler, O'Neill & Partners L.P. ("Sandler O'Neill") and StepStone Group LP ("StepStone") on October 18, 2019 and July 10, 2019, respectively. Sandler O'Neill took six months, or until April 8, 2020, to produce documents. StepStone took even longer: nine months, or until April 3, 2020, to produce documents. Delays in obtaining documents from Sandler O'Neill and StepStone pushed back the start of depositions in this action.

5. In response to those subpoenas, Columbus, MD Global, various investors, and former clients of NovaFund have produced thousands of pages of documents. NovaFund has reviewed nearly 18,000 documents produced by CGLLC, Columbus, MD Global, and dozens of non-parties, which total over 173,500 pages.

6. Additionally, NovaFund has been pursuing discovery from StepStone since serving a subpoena dated July 10, 2019 for the production of documents.

7. Although CGLLC's President and Chief Executive Officer, Joseph Alala, III, testified in this action that CGLLC did not have a separately managed account ("SMA") with StepStone (PJR Tr. 179:6-14; 221:13-23, ECF 60), StepStone produced documents showing that StepStone does, in fact, have two SMAs with Capitala. It took CGLLC months to produce documents confirming the existence of the StepStone-Capitala SMAs.

8. Notably, the documents produced by StepStone include documents concerning the SMAs with Capitala and communications with CGLLC that are responsive to discovery requests NovaFund served on CGLLC, but that CGLLC never produced.

9. Once the document productions from the parties and non-parties were substantially complete, NovaFund began noticing depositions, serving non-party subpoenas to Capitala Group's former general counsel, Richard Wheelahan; StepStone for a Rule 30(b)(6) deposition; one current and one former employee of StepStone; Kemper Insurance Corporation, one of the anchor investors for Fund V, for a Rule 30(b)(6) depositions; and Sandler O'Neill for a Rule 30(b)(6) deposition. On Tuesday, August 4, 2020, NovaFund took Mr. Wheelahan's deposition without CGLLC's participation. His deposition was first noticed on May 29, 2020 in accordance with a Rule 45 deposition subpoena, and set June 24, 2020 as the date for his testimony. His deposition was postponed based on the discussion among counsel for NovaFund

and CGLLC, and this Court at the June 22, 2020 status conference.  Mr. Alala requested contact information for the court reporter so that he could obtain a copy of the transcript, and he has since received such copy.

10. In accordance with Local Rule 7(f), I contacted Mr. Alala to ascertain CGLLC's position on NovaFund's motion for leave to amend its operative complaint.  In his response, Mr. Alala noted CGLLC's objection because CGLLC "is dissolved and has no assets."

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 26th day of August, 2020 in Hartford, Connecticut.

*/s/ Jill M. O'Toole*
Jill M. O'Toole

8942838