UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NOVAFUND ADVISORS, LLC, | : | |
| | : | No. 3:18-cv-1023 (MPS) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| CAPITALA GROUP, LLC, et al. | : | |
| | : | |
| Defendants. | : | NOVEMBER 3, 2020 |

## EMERGENCY MOTION FOR RECONSIDERATION

Pursuant to Federal Rule of Civil Procedure 59(e) and Local Rule 7(c), Defendants Capitala Private Advisors, LLC ("CPA"), Capitala Investment Advisors, LLC ("CIA") and Capitala Specialty Lending Corporation ("CSLC") respectfully submit this emergency motion for reconsideration of the Court's October 27, 2020 order denying Plaintiff NovaFund Advisors, LLC's ("NovaFund") Motion to Seal (ECF No. 177) (the "Order"). As a result of the Order, the Court unsealed filings contained in ECF Nos. 180 and 180-1 consisting of references and excerpts to the deposition transcript of Richard Wheelahan, the former general counsel for CPA, CIA and CSLC.

As set forth in the accompanying memorandum of law, the Court was not provided with all necessary information to properly assess whether the sealing of ECF Nos. 180 and 180-1 was warranted under the circumstances. In particular, NovaFund did not disclose to the Court that much of Mr. Wheelahan's testimony had been designated confidential by CGLLC. More troubling, the Court likely was unaware that Mr. Wheelahan's deposition testimony included improper disclosures of confidential and attorney-client privileged information in violation of the North Carolina Rules of Professional Conduct. Given this new evidence and the fact that CPA, CIA and CSLC did not have the opportunity to be heard,

it would be a manifest injustice to allow the unsealing of such information to stand. Good cause exist for the granting of the expedited relief given that the filings sought to be sealed consist of protected confidential and attorney-client privileged information.

Accordingly, CPA, CIA and CSLC respectfully request the Court reconsider the Order in the interest of justice and seal ECF Nos. 180 and 180-1 to avoid any further undue and unnecessary prejudice.

Respectfully submitted,

**CAPITALA PRIVATE ADVISORS, LLC, CAPITALA INVESTMENT ADVISORS, LLC and CAPITALA SPECIALTY LENDING CORPORATION**

By:  /s/ Jonathan M. Shapiro
N. Kane Bennett (ct20988)
Jonathan M. Shapiro (ct24075) of
Aeton Law Partners LLP
311 Centerpoint Drive
Middletown, CT 06475
T: 860-724-2160
F: 860-724-2161
nkb@aetonlaw.com
jms@aetonlaw.com
Its Attorneys

**CERTIFICATE OF SERVICE**

      I hereby certify that on this day, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      This 3rd day of November, 2020.

                                                  /s/ Jonathan M. Shapiro ct24075
                                                    Jonathan M. Shapiro