# EXHIBIT 1

| | |
|---|---|
| **From:** | O'Toole, Jill M. |
| **Sent:** | Wednesday, August 26, 2020 11:33 PM |
| **To:** | 'Joe Alala III' |
| **Cc:** | Baker, Alison P.; Corp, Robert M.; Waller, Lisa B. |
| **Subject:** | NovaFund - Service Copy of Motion to Seal and Motion to Amend |
| **Attachments:** | Doc 177 - NovaFund Motion to Seal.pdf; Doc 178 - NovaFund Motoin to Amend Complaint.pdf; Doc 178-1 - Exhibit 1 (Redline of Proposed Amended Complaint).pdf; Doc 178-2 - Exhibit 2 (Clean Version of Proposed Amended Complaint).pdf; Doc 179 - NovaFund Brief ISO Motion to Amend [REDACTED].pdf; Doc 179-1 - Declaration of Jill O'Toole ISO Motion to Amend.pdf; Doc 179-2 - Exhibit 1.pdf; Doc 179-3 - Exhibit 2 [REDACTED].pdf; Doc 179-4 - Exhibit 3.pdf; Doc 180-1 - Exhibit 2 (UNREDACTED VERSION OF 179-3).PDF; Doc 180 - Novafund Brief ISO Motion to Amend Complaint (UNREDACTED VERSION OF 179).PDF; Doc 181 - NovaFund Certificate of Service for Motion to Seal and Motion to Amend.pdf |

Dear Mr. Alala,

I am writing regarding a few matters. First, as it relates to Mr. Wheelahan's deposition, I have asked our paralegal, Lisa, to send you a dropbox with the exhibits. Second, before his deposition and in response to a document subpoena to Mr. Wheelahan, NovaFund received his text messages. I have asked Lisa to include them in the dropbox. The text messages regarding NovaFund and Mitsui were of particular interest. Third, under the parties' protective order, Capitala has 10 business days to make confidentiality designations on the transcript in accordance with the protective order. NovaFund has declined to designate any of it as confidential. We have noted next Friday, September 4th as Capitala's deadline. Finally, NovaFund has moved to amend its complaint to add claims against CPA, CIA, and CSLC. Attached please find the following related documents:

1. ECF 177 – NovaFund's Motion to Seal
2. ECF 178 – NovaFund's Motion to Amend Complaint
3. ECF 178-1 – Exhibit 1 (Redline of Proposed Amended Complaint)
4. ECF 178-2 – Exhibit 2 (Clean Version of Proposed Amended Complaint)
5. ECF 179 – NovaFund's Memorandum of Law in Support of Motion to Amend (Redacted Version)
6. ECF 179-1 – Declaration of Jill O'Toole
7. ECF 179-2 – Exhibit 1
8. ECF 179-3 – Exhibit 2 (Redacted Version)
9. ECF 179-4 – Exhibit 3
10. ECF 180 – NovaFund's Memorandum of Law in Support of Motion to Amend (Unredacted Version of ECF 179; Filed Under Seal)
11. ECF 180-1 – Exhibit 2 (Unredacted Version of ECF 179-3; Filed Under Seal)
12. ECF 181 – Certificate of Service

Best regards,

Jill

| | | |
|---|---|---|
| **Shipman & Goodwin**<br>COUNSELORS AT LAW | **Jill M. O'Toole**<br>Shipman & Goodwin LLP<br>Partner | Tel (860) 597-5700<br>Fax (860) 251-5218<br>jotoole@goodwin.com<br>www.shipmangoodwin.com |

1

One Constitution Plaza
Hartford, CT 06103-1919

Privileged and confidential. If received in error, please notify me by e-mail and delete the message.