UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NOVAFUND ADVISORS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CAPITALA GROUP, LLC; CAPITALA PRIVATE ADVISORS, LLC; CAPITALA INVESTMENT ADVISORS, LLC; and CAPITALA SPECIALTY LENDING CORPORATION,<br><br>Defendants. | No. 3:18-cv-1023 (MPS)<br><br><br><br><br><br><br><br><br><br>September 3, 2021 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned counsel respectfully requests to withdraw his appearance in this case for the Plaintiff, NovaFund Advisors, LLC, as the undersigned is leaving the firm of Shipman & Goodwin LLP. Plaintiff will continue to be represented by Jill M. O'Toole and Alison P. Baker of Shipman & Goodwin LLP. The undersigned counsel states that he has provided Plaintiff with a copy of this instant motion in the manner required by D. Conn. L. Civ. R. 7(e).

Respectfully submitted,

**PLAINTIFF NOVAFUND ADVISORS, LLC**

By: */s/ Robert M. Corp*
Robert M. Corp (*pro hac vice*)
Shipman & Goodwin LLP
400 Park Avenue - 5th Floor
New York, NY 10022-4406
Tel. (212) 376-3010
Fax. (212) 376-3024
rcorp@goodwin.com

2

                    Jill M. O'Toole (ct27116)
                    Alison P. Baker (ct28136)
                    Shipman & Goodwin LLP
                    One Constitution Plaza
                    Hartford, Connecticut 06103-1919
                    Tel.  (860) 251-5000
                    Fax  (860) 251-5218
                    jotoole@goodwin.com
                    abaker@goodwin.com

Its Attorneys