## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| NOVAFUND ADVISORS, LLC, | |
| Plaintiff, | No. 3:18-cv-1023 (MPS) |
| v. | |
| CAPITALA GROUP, LLC; CAPITALA PRIVATE ADVISORS, LLC; CAPITALA INVESTMENT ADVISORS, LLC; and CAPITALA SPECIALTY LENDING CORPORATION, | |
| Defendants. | September 30, 2021 |

### AFFIDAVIT OF JAMES HOWE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' PARTIAL SUMMARY JUDGMENT MOTION

| | |
|---|---|
| STATE OF CONNECTICUT | ) |
| | ) ss.: |
| COUNTY OF FAIRFIELD | ) |

I, JAMES HOWE, being duly sworn, depose and say:

1.     I am over the age of eighteen and believe in the obligations of an oath.

2.     I am a member and Managing Director of Plaintiff NovaFund Advisors, LLC ("NovaFund"). I have made this affidavit based on personal knowledge and my personal review of the records of NovaFund. I am submitting this affidavit in support of NovaFund's Opposition to Defendants' Motion for Summary Judgment. If called upon, I could and would competently testify to the matters stated herein.

3.     On or about May 9, 2016, I signed a Term Sheet between NovaFund and Capitala in which NovaFund was engaged as the only placement agent to raise capital for Fund V and separately managed accounts. NovaFund intended to sign a more fulsome agreement, known as an engagement letter, with Capitala. In my experience, an engagement letter normally comes at

the direction of the fund manager.  In 2016, I recall NovaFund regularly asking Mr. Alala about executing an engagement letter, but Mr. Alala pushing us off.

4.      Fund investments depend on the corporate form that is used for the fund, but a private capital fund is typically set up as a limited partnership and the investors become limited partners in the fund.  The limited partnership usually obligates a limited partner to make an investment of a specific dollar amount, which then enables a fund manager to call capital as the manager is ready to invest the investors' pooled capital.  For example, a fund may have five limited partners each of which commits to making a $20 million investment, which will provide the fund with $100 million in pooled capital.  Subsequently, the fund manager may identify an investment it wants to make on behalf of the fund; for a private debt fund, it could be a $15 million loan to a company.  The fund manager would then call $3 million in capital from each investor and under the terms of the limited partnership agreement each limited partner is obligated to transfer that amount to the fund.  Unlike a fund, investors to an SMA are bound to provide capital when they commit to the investment that is the subject of the SMA.  SMAs, though different than private funds, still involve "committed" capital, albeit with different timing.  By design, an SMA is a customized approach to investing.  A "commitment" occurs later in the process, once a loan has been made and the SMAsare obligated to fund them.

5.      NovaFund had never had a hard time winning business until after it started working with Capitala.  Through discovery, I have learned about numerous communications Capitala has had with investors and members of the investing community in which Capitala disparages NovaFund.  Hamilton Lane did not do any business with NovaFund after 2018, even though we had worked with them before Capitala.  I also had a relationship with Ares Management that began while I was employed by UBS in or around 2005.  I have seen one

email in which Mr. Alala tells Ares Management that NovaFund is a "horrible and fraudulent placement agent." Based on that communication, I would not expect Ares Management to want to do any business and they have not done any business with NovaFund after 2018.

[*remainder of page intentionally left blank*]



James Howe

Subscribed and sworn before me
this 30th day of September, 2021



Commissioner of Superior Court or
Notary Public
My commission expires: 30-04-2022



BLANCHE PARKER
My Commission Expires
April 30, 2022

10351706

4