# EXHIBIT 1

| | |
|---|---|
| **From:** | Casey Swercheck |
| **Sent:** | Tuesday, December 1, 2015 5:48 PM EST |
| **To:** | Bryan D. Kelley |
| **Subject:** | introduction / Capitala Group fundraise |
| **Attachments:** | Capitala_Investor_Presentation_Q2_2015.pdf |

Hi Brian, I hope this note finds you well. I was provided your name by a contact, Louis Colosimo at Comvest Partners, and he suggested we connect. I believe you interacted on their last capital raise, and he had a positive experience working with you. As a quick bio, our firm is called Capitala Group, and was formerly known as CapitalSouth Partners. Founded in 1998 in Charlotte, the firm has managed four SBIC funds as well a publicly traded BDC (ticker CPTA, IPO Sept 2013). Capitala also manages a series of senior loan / liquid credit funds, which have included joint ventures with Apollo and Kemper Insurance. We focus on mezzanine and private equity investments in companies $2-30mm of EBITDA across all sectors and geographies in the US & Canada. The reason I'm reaching out is that we are considering raising a private fund that would be more focused on institutional investors vs. our prior investor base via the SBIC model (although we do have several large institutional LPs including Hamilton Lane). We would like to identify an advisor / placement agent who could help us with that endeavor, and I thought it would be worth a conversation to explore further. Any chance we could set a call for a mutual introduction? Thanks in advance, and hope to connect soon

PS – attaching our 2Q quarterly investor update for our BDC, I thought it provided some useful background info. Also noticed you're a Pitt MBA, I went there for undergrad!

Best,


Casey Swercheck
Vice President - Fort Lauderdale Office
CapitalSouth Partners & Capitala Finance Group
Casey@capitalagroup.com
(O) 954.848.2860
(M) 215.796.8410

NF009886



# Investor Update
## Q2 2015

**PROPERTY OF CAPITALA GROUP**

**NF009887**

# Disclaimer and Safe Harbor for Forward-Looking Statements

These materials and any presentation of which they form a part are neither an offer to sell, nor a solicitation of an offer to purchase, an interest in Capitala Finance Corp. ("Capitala Finance" or the "Company").

These materials and the presentations of which they are a part, and the summaries contained herein, do not purport to be complete and no obligation to update or otherwise revise such information is being assumed. Nothing shall be relied upon as a promise or representation as to the future performance of the Company. Such information is qualified in its entirety by reference to the more detailed discussions contained elsewhere in the Company's public filings with the Securities and Exchange Commission.

There is no guarantee that any of the estimates, targets or projections illustrated in these materials and any presentation of which they form a part will be achieved. Any references herein to any of the Company's past or present investments or its past or present performance, have been provided for illustrative purposes only. It should not be assumed that these investments were or will be profitable or that any future investments by the Company will be profitable or will equal the performance of these investments.

The information contained herein has been derived from financial statements and other documents provided by the portfolio companies and/or the third party manager of such portfolio companies unless otherwise stated.

Past performance is not indicative of future results. In addition, there can be no assurance that unrealized investments will be realized at the expected multiples shown as actual realized returns will depend on, among other factors, future operating results of each of the Company's current portfolio companies, the value of the assets and economic conditions at the time of disposition, any related transaction costs, and the timing and manner of sale, all of which may differ from the assumptions on which the Company's expected returns are based. In many instances, the Company will not determine the timing or manner of sale of the Company's portfolio companies.

The Company has determined its estimated net asset value in good faith based on information believed by the Company to be reliable as of June 30, 2015, but there can be no assurance that such estimated net asset value accurately reflects the fair value of the Company.

Statements included herein may constitute "forward-looking statements," which relate to future events or our future performance or financial condition. Words such as "believe", "intend", "expect", "project", "anticipate" and "future" or similar expressions are intended to identify forward-looking statements. These statements are not guarantees of future performance, condition or results and involve a number of risks and uncertainties. Actual results may differ materially from those in the forward-looking statements as a result of a number of factors, including those described from time to time in the Company's filings with the Securities and Exchange Commission. The Company undertakes no obligation to publicly update or revise any forward-looking statements, whether as a result of new information, future events or otherwise, except as may be required by law.



NF009888

# Corporate Information

## Senior Management

**Joe Alala, III**
*Chairman & CEO,*
*Capitala Finance Corp.*

**Jack McGlinn**
*COO & Treasurer,*
*Capitala Finance Corp.*

**Chris Norton**
*Chief Risk Officer,*
*Investment Advisor*

**Steve Arnall**
*Chief Financial Officer,*
*Capitala Finance Corp.*

**Mike Marr**
*Director – Portfolio,*
*Investment Advisor*

**Richard Wheelahan III**
*CCO & General Counsel*
*Capitala Finance Corp.*

## Research Coverage

**Barclays**
Mark DeVries

**BB&T**
Vernon Plack, CFA

**Deutsche Bank**
Stephen Laws

**Janney**
Mitchel Penn, CFA

**Jefferies**
John Hecht

**JMP Securities**
Christopher York

**Ladenburg Thalmann**
Mickey Schleien

**MLV & Co**
Christopher Nolan

**Oppenheimer**
Chris Kotowski

**UBS**
Matt Howlett

**Wunderlich Securities**
Merrill Ross

## Fiscal Year End

December 31

## Independent Auditor

Ernst & Young LLP

## Corporate Counsel

Sutherland Asbill & Brennan LLP

## Securities Listings

Nasdaq:CPTA (common stock)
NYSE:CLA (notes)

## Transfer Agent

American Stock Transfer and Trust

## Corporate Headquarters & Website

4201 Congress St, Suite 360
Charlotte, NC 28209

704-376-5502

www.capitalagroup.com



3

NF009889

# Capitala Finance Corp. – Public Issuer Overview

| | |
|---|---|
| **Exchange-Traded Issuances:** | Common Stock – Nasdaq:CPTA<br>Bonds – NYSE:CLA |
| **External Manager:** | Capitala Investment Advisors, LLC |
| **Current Price / Share:** | $15.17[1] (0.85x price / book[2]) |
| **Shares / Market Cap[1]:** | 16.1 million / $244.9 million |
| **Portfolio Fair Value[2]:** | $565.3 million (excluding cash); $618.9 million gross asset value |
| **Investment Strategy:** | To directly originate debt and selective equity investments in middle market companies |

| **Weighted Average Portfolio Debt Investment Yield[2][3]:** | Lower Middle Market ("LMM") | | | Traditional Middle Market ("TMM") | | | Consolidated |
|---|---|---|---|---|---|---|---|
| | 13.2%<br>Senior Debt | 11.5%<br>Senior Subordinated | 12.3%<br>Total | 11.4%<br>Senior Debt | 10.7%<br>Senior Subordinated | 11.0%<br>Total | 12.0% |

| | |
|---|---|
| **Annualized Distribution[4]:** | 13.8% implied annual distribution yield[5] |
| **Management Ownership[1]:** | Approximately $19.0 million (over 7%) |
| **Management Fee[6]:** | Base fee of 1.75% of gross assets |
| **Incentive Fee[6]:** | (1) 20% of pre-incentive fee net investment income above an 8% hurdle and (2) 20% of cumulative capital gains |

(1)  Based on the closing price as of August 7, 2015. Total shares outstanding as of August 7, 2015.
(2)  As of June 30, 2015.
(3)  Represents weighted average investment yield on debt investments only, based on fair value.
(4)  Please reference press release issued on May 4, 2015 regarding inclusion of declared distributions and implied distribution yield.
(5)  Calculated as annualized quarterly distributions of $0.62 divided by net asset value per share of $17.95.
(6)  Please reference most recent Form 10-Q filed on August 10, 2015 for additional detail related to incentive fee.



NF009890

# Capitala Finance Corp. Overview

| | |
|---|---|
| **Externally Managed BDC** | ▪ IPO in September 2013<br>▪ Approximately $620 million in gross assets at the Company as of June 30, 2015<br>▪ Attractive SBIC funding provides low-cost, fixed rate funding with long-term maturities |
| **Dual Debt / Equity Investment Focus** | ▪ Primary focus on providing shareholders a consistent cash distribution yield through investment in interest bearing instruments that cover distributions through core NII<br>▪ Equity investments in lower middle market companies create upside opportunity to generate realized gains and grow net asset value |
| **Hybrid Lower and Traditional Middle Market Investment Scope** | ▪ Invests in the lower middle market ("LMM")<br>   ▪ Generally companies with EBITDA between $5 million and $30 million<br>   ▪ Provides greater opportunity to capitalize companies at lower overall leverage levels and obtain potential equity ownership through co-investment and warrants<br>▪ Invests in the traditional middle market ("TMM")<br>   ▪ Generally companies with EBITDA greater than $30 million<br>   ▪ The TMM offers more liquid debt investment opportunities with many well-capitalized, established issuers<br>   ▪ Takes advantage of potential dislocations in pricing and leverage between the lower and traditional middle market |
| **Capitala Senior Loan Fund ("SLF") Program** | ▪ Capitala Finance established Capitala Senior Liquid Loan Fund I, LLC ("CSLLF") in partnership with Kemper Corporation, a long-term platform investor<br>▪ Capitala Finance has also recently finalized CĪON / Capitala Senior Loan Fund I, LLC ("CCSLF" and, together with CSLLF, the "Capitala SLF Program"), a similarly-purposed joint venture between CPTA and CĪON Investment Corporation<br>▪ The goal of the Capitala SLF Program is to invest in a diverse portfolio of liquid, non-investment grade bank loans of issuers with significant scale that have less variability and are more liquid than the LMM and TMM portfolio, while utilizing leverage to enhance the overall portfolio return |

Capitala

5

NF009891

# Capitala Platform Overview

| Firm Background | Formation and Capitalization |
|---|---|

**Firm Background**

- ◆ Founded in 1998 in Charlotte, NC
- ◆ SEC-registered investment adviser
- ◆ **Four** SBIC licenses
  - ➢ Two wholly-owned SBIC subsidiaries of Capitala Finance Corp.
  - ➢ One with CapitalSouth SBIC Fund IV, LP ("CapitalSouth Growth Fund")
  - ➢ One retired fund (CapitalSouth Partners Fund I, Limited Partnership)
- ◆ **24** investment professionals
- ◆ **Three** distinct investment vehicles
  - ➢ Capitala Finance Corp.
  - ➢ CapitalSouth Growth Fund (<$5 million EBITDA)
  - ➢ Capitala SLF Program
- ◆ **Approximately $900 million** invested since inception
- ◆ **108** portfolio companies since inception
  - ➢ **60** Current Portfolio Companies ("PCs") at Capitala Finance
  - ➢ **48** Exited PCs
- ◆ **Six** offices located throughout the country
- ◆ **Over 1,000** investments reviewed per year

Note: All statistics are through June 30, 2015.





6

NF009892

# The Capitala Difference

**Unique Hub and Spoke Origination Platform**

- 6 full-service offices
- Over 1,000 potential investment opportunities originated and reviewed annually
- Over $400 million in gross investments since IPO

**Vested and Shareholder Aligned Management Team**

- Management owns approximately $19 million worth of common stock [5]
- Establishment of monthly distributions
- Adopted stock repurchase program in March, 2015 and repurchased ~1.4% of shares outstanding as of June 30, 2015
- Declaration of a special $0.50 per share distribution to be paid monthly (March through December 2015)

**High Quality, Risk Adjusted Portfolio**

- Average portfolio debt yield of 12.0% [1] [2]
- Average leverage of 4.2x for the lower middle market and total middle market [1] [3]



**Uniquely Optimized Capital Structure for Rising Interest Rate Environment**

- Approximately 90% of existing long-term debt matures in 2020 or later, and 100% of debt is fixed rate and protected against rate increases [1]
- Revolving credit facility provides attractively priced, flexible shorter-term liquidity
- No financing exposure to interest rate changes as of June 30, 2015

**Attractive NAV Upside Potential**

- Targeted equity participation of no more than 20% of investment portfolio
- Current portfolio is 14.7% equity at fair value [1]
- Recent, continued monetization of equity positions with positive IRRs demonstrate potential to provide upside to NAV [4]

(1) As of June 30, 2015.
(2) Represents weighted average investment yield on debt investments only, based on fair value.
(3) Middle market defined as issuers with EBITDA of $50 million or less. Portfolio leverage excludes equity investments, weighted by fair value.
(4) Please reference Form 8-K filed on November 12, 2014 for additional detail regarding historic equity realizations.
(5) As of August 7, 2015.



7

# The Capitala Difference

- Despite a competitive marketplace, Capitala Finance has maintained strict underwriting standards which have resulted in conservative underlying leverage statistics
- Capitala Finance's legacy equity portfolio provides potential upside via future capital gains distributions
- Capitala Finance's debt portfolio provides attractive risk adjusted yields compared to peers, with the following weighted average yields:

| | |
|---|---|
| LMM Total: 12.3% | TMM Total: 11.0% |
| LMM Senior: 13.2% | TMM Senior: 11.4% |
| LMM Senior Sub: 11.5% | TMM Senior Sub: 10.7% |

Total Portfolio: **12.0%**

**Equity Portfolio as of 6/30/15**
*($ in millions)*



Total Fair Value: ~$83 million

**Capitala Portfolio Leverage Over Time**[1]
*($ in millions)*



| Weighted Avg. EBITDA[3] | $14.8 | $14.7 | $17.1 | $25.9 | $30.9 | $33.0 | $34.2 | |
|---|---|---|---|---|---|---|---|---|

**Comparison of Portfolio Debt Yields Against Peers**[4]



Note: Portfolio statistics as of June 30, 2015. Peer yields as of latest available reporting.
(1) Leverage excludes equity investments, weighted by fair value.
(2) Middle market defined as issuers with EBITDA of $50 million or less.
(3) Includes both debt and equity investments, weighted by fair value.
(4) Peer group based on selected combination of market capitalization, investment mix and utilization of SBA funding.



8

# Continued Focus on Unique Direct Origination Platform

- Unique regionally focused business development offices provide access to higher yielding deals at lower attachment points
  - LA office provides nationwide coverage and access to West Coast deal flow

## Expanding Business Development Footprint Yields Diverse Deal Flow



- ★ Corporate Headquarters
- ⌒ Regional Office
- ● General Industrial (19%)
- ● Consumer Products (12%)
- ● Energy Services (11%)
- ● Healthcare (9%)
- ● Information Technology (8%)
- ● Business Services (7%)
- ● Recreation, Leisure and Entertainment (7%)
- ● Retail (7%)
- ● Restaurant & Food (6%)
- ● Finance (5%)
- ● Capitala SLF Program (3%)
- ● Industrial Equipment Rental (2%)
- ● Building Products (2%)
- ● Conglomerate (1%)

Note: Velum Global Management, LLC (Sao Paulo, Brazil) and Group Cirque du Soleil, Inc. (Montreal, Quebec) not pictured.

9

NF009895

# Continued Origination Strength

- Since IPO, Capitala Finance has completed 70 investments, investing over $400 million

- While market conditions remain competitive, weighted average yields on newly deployed debt were 11.6% for the second quarter, which continues to provide attractive risk-adjusted returns

- Continued multi-pronged focus on (i) directly originated LMM transactions providing greater yield opportunities through lower attachment points and (ii) TMM transactions, including first and second lien bank loans in larger, scaled companies, when yield and leverage spreads converge with the LMM and (iii) continued build-out of the Capitala SLF Program



**Deployments Since IPO by Source**

- Investment Fund 4%
- Directly Sourced - Equity Sponsor 26%
- Broadly Syndicated 21%
- Directly Sourced Non-sponsor 32%
- Add-ons 17%



**Deployment Summary by Quarter[1]**

*($ in millions)*

Legend: Capitala SLF Program, TMM (First Lien), TMM (Second Lien), LMM

| | Q4 2013 | Q1 2014 | Q2 2014 | Q3 2014 | Q4 2014 | Q1 2015 | Q2 2015 |
|---|---|---|---|---|---|---|---|
| Total | $35.1 | $41.1 | $22.5 | $86.7 | $65.9 | $67.2 | $102.8 |
| # of Deployments [2] | 7 | 5 | 7 | 14 | 12 | 8 | 17 |
| $ of Deployments (New Issuer) | $21.0 | $26.9 | $14.3 | $73.0 | $61.4 | $60.0 | $93.4 |
| $ of Deployments (Add-on) | $14.1 | $14.2 | $8.2 | $13.8 | $4.5 | $7.2 | $9.3 |
| Average Yield Deployed Capital [3] | 13.3% | 14.6% | 11.4% | 11.4% | 10.7% | 13.3% | 11.6% |

Note: Lower middle market deals defined as having less than $30 million in TTM EBITDA.
Note: Investment statistics represent from IPO through June 30, 2015.
(1)   Dollar amounts of deployments shown net of OID.
(2)   Represents number of unique deployments by security type (not by portfolio company).
(3)   Represents weighted average yield of debt instruments only, based on fair value.



10

NF009896

# Experienced, Cohesive Team

| Name | Title | Education |
|------|-------|-----------|
| Joe B. Alala, III | Chairman & CEO | JD/MBA – Wake Forest University / AB – Princeton University |
| M. Hunt Broyhill | Partner & Member of Board of Directors | BA – Wake Forest University |
| Jack McGlinn | COO & Director | MBA – UNC Chapel Hill / BA Accounting – Notre Dame |
| Chris Norton | CRO & Director – Underwriting | MBA & BS Commerce – University of Virginia |
| Steve Arnall | CFO | BA Accounting – James Madison University / CPA |
| Stephen Riddell, CFA | Senior Portfolio Manager – Liquid Credit | MBA – Vanderbilt / BA Economics – Furman University / CFA Charterholder |
| Richard Wheelahan | CCO, Director & General Counsel | JD – UNC Chapel Hill / BA Political Science – Appalachian State University |
| Lynne Girts | CAO | BS Accounting – University of Southern Mississippi |
| Michael Marr | Director – Portfolio | ML Taxation – Emory / JD – Campbell / BSBA – University of North Carolina |
| Chuck Cox | Director – Portfolio | MBA – University of Pennsylvania / BSBA – University of North Carolina |
| Randall Fontes | Director – Atlanta | MBA – Duke University / BA Economics – Tulane University |
| Mario Shaffer | Director – D.C. | BA – College of William and Mary |
| Adam Richeson | Director | MBA – Wake Forest University / BA – The Ohio State University |
| Davis Hutchens | Vice President | MBA – UNCC / BA Sociology & Computer Science – Duke |
| Eric Althofer | Vice President | MBA – University of Michigan / BA Economics – Washington University |
| Michael Graham | Vice President | MBA – University of Pennsylvania / BA Economics – Vanderbilt |
| Casey Swercheck | Vice President | BS Finance – University of Pittsburgh |
| Christian MacCarron | Vice President | BA Economics – UCLA |
| Kevin Koonts | Controller | BSBA & Master of Accounting – University of North Carolina / CPA |
| Ryan Ross | Associate | BSBA – East Carolina University |
| Patrick Wells, CFA | Associate | BA Economics – Wake Forest University / CFA Charterholder |
| Danny Speake | Associate | BA Economics – Sewanee |
| Alexander Paczek | Analyst | BA – Macalester College |
| Richard Dunham | Business Development | JD/MBA – Wake Forest University / BS – Dartmouth |

Represents "core" team who have been together since 2003



11

NF009897

# Multi-Pronged Investment Strategy

- Multi-pronged LMM and TMM investment strategy, combined with the Capitala SLF Program, provides significant flexibility to invest in multiple parts of the capital structure at varying attachment points and to benefit from market dislocations to achieve attractive risk-adjusted returns

|  | Traditional BDC Platform | | Capitala SLF Program |
|---|---|---|---|
|  | Lower Middle Market (LMM) | Traditional Middle Market (TMM) | CSLLF / CCSLF |
| Target Companies | - Seasoned, smaller companies in underserved capital markets / industries with a history of generating revenues and positive cash flows<br>- $5 million to $30 million in TTM EBITDA | - Well established companies in the traditional middle market with scaled operations and consistent operating history<br>- $30 million and greater in TTM EBITDA | - Leading companies in the broadly syndicated and larger middle market with non-investment grade loans<br>- ~$40 million+ in TTM EBITDA |
| Investment Size | - Generally $5 million to $30 million | - Generally $5 million to $30 million | - Target allocations of $1 million to $3 million per trade |
| Investment Focus | - Direct origination from proprietary corporate relationships, private equity sponsors and sell-side intermediaries<br>- Focus on secured mezzanine, senior subordinated and senior "unitranche" loans | - Broadly syndicated transactions from leading investment banks<br>- Primary focus on second lien bank loans with a secondary focus on first lien bank loans to support the borrowing base | - Broadly syndicated transactions from leading investment banks<br>- Focus on first lien bank loans |
| Sources of Returns | - Primarily current cash income with additional return from origination and structuring fees<br>- Potential upside through equity participation | - Current cash income<br>- Accretion of original issue discount (OID)<br>- Ability to trade out of premium-priced positions after issuance | - Current cash income<br>- Accretion of original issue discount (OID)<br>- Ability to trade out of premium-priced positions after issuance |

Capitala 12

NF009898

# Attractive, Diversified Combined Portfolio

- Diversified ~$565 million portfolio (excluding cash) across 60 issuers, with 36% senior debt, 46% senior subordinated debt, 15% equity, and 3% Capitala SLF Program

- Weighted average yield on debt investments as of June 30, 2015 was **12.0%**

- **Weighted average 4.2x leverage**, with strong covenants and broad lender rights in place

**PORTFOLIO BY INDUSTRY**　　　　**PORTFOLIO BY GEOGRAPHY**　　　　**DEBT PORTFOLIO BY ASSET TYPE**



~$565 million　　　　~$565 million　　　　~$467 million

Note: Portfolio details as of June 30, 2015.
Note: Capitala SLF Program investment included in the South region. No investments were made through CĪON Fund as of June 30, 2015.



13

NF009899

# Equity Portfolio Overview

- 37 active equity investments comprising $54.6 million of invested capital with an estimated fair value of $82.8 million, representing only 14.7% of total investments at fair value
- Capitala Finance has delivered on its stated strategy of rotating out of legacy equity positions, and continues to seek attractive equity investment opportunities

### Current Equity Investments

| ($ in thousands) Company | $ Cost Basis | $ Fair Value | % of Investments at Fair Value |
|---|---|---|---|
| City Gear, LLC | $1,269 | $9,108 | 1.6% |
| Medical Depot | 1,333 | 7,820 | 1.4% |
| KTS | 2,969 | 7,284 | 1.3% |
| MJC Holdings, LLC | 2,000 | 6,250 | 1.1% |
| Crowley | 6,207 | 6,207 | 1.1% |
| MTI Holdings, LLC | 2,000 | 5,095 | 0.9% |
| Navis Holdings, Inc | 1,001 | 4,966 | 0.9% |
| GA Communications, Inc. | 2,304 | 3,820 | 0.7% |
| Burgaflex Holdings, LLC | 1,504 | 3,734 | 0.7% |
| Boot Barn | 381 | 3,048 | 0.5% |
| Brunswick Bowling Products, Inc | 2,993 | 2,993 | 0.5% |
| LJS Partners, LLC | 1,500 | 2,587 | 0.5% |
| AAE Acquisition, LLC | 17 | 2,449 | 0.4% |
| Print Direction, Inc. | 2,990 | 2,394 | 0.4% |
| Worklife America, Inc. | - | 2,197 | 0.4% |
| Corporate Visions, Inc. | 1,575 | 2,163 | 0.4% |
| STX Healthcare Management Services, Inc. | 1,418 | 1,796 | 0.3% |
| Micro Precision, LLC | 1,629 | 1,629 | 0.3% |
| MMI Holdings, LLC | 1,175 | 1,519 | 0.3% |
| Source Capital Penray, LLC | 750 | 1,334 | 0.2% |
| B&W Quality Growers | 20 | 1,068 | 0.2% |
| Caregiver | 523 | 910 | 0.2% |
| CableOrganizer Acquisition, LLC | 1,125 | 867 | 0.2% |
| Taylor Precision Products, Inc. | 758 | 758 | 0.1% |
| TCE Holdings, Inc. | 3,600 | 721 | 0.1% |
| Stoddard Hill Media Holdings, LLC | - | 96 | 0.0% |
| Burke America Parts Group, LLC | 5 | 5 | 0.0% |
| American Exteriors | - | - | 0.0% |
| IMTS | - | - | 0.0% |
| J&J Produce, Inc. | 818 | - | 0.0% |
| Market E's, LLC | 1,205 | - | 0.0% |
| On-Site Fuel Services, Inc. | 5,676 | - | 0.0% |
| Source Capital Abutec, LLC | 1,240 | - | 0.0% |
| Source Capital SSCR, LLC | 1,888 | - | 0.0% |
| Source Recycling, LLC | 1,590 | - | 0.0% |
| Southern Pump & Tank, LLC | - | - | 0.0% |
| Sparus Holdings, Inc | 1,173 | - | 0.0% |
| **Total** | **$54,634** | **$82,818** | **14.7%** |

Note: Current equity position details as of June 30, 2015.
Note: Current equity positions exclude $15.3 million fair value of equity in the Capitala SLF Program.

### Demonstrated Rotation Out of Equity Positions





14

NF009900

# Demonstrated Track-Record of Equity Realizations

- Capitala Finance continues to generate meaningful internal rates of return (IRR), and realized gains through the monetization of equity investments

| |  |  |  |
|---|---|---|---|
| **Investment Overview** | *On March 3, 2015 Capitala Finance sold 179,748 common shares in a secondary offering, recognizing $4.0 million of net proceeds, representing a $3.3 million gain[1]*<br><br>*Sold 325,000 additional shares in the open market in the second quarter of 2015 for a realized gain of $7.7 million*<br><br>*Capitala Finance still retains ~95,000 shares* | *Total investment of $8.3 million for Class A Preferred and Common Stock*<br><br>*Consideration of $17.6 million in cash received upon exit in March 2015*<br><br>*$9.3 million realized gain [3]*<br><br>*Total shareholder distributions received prior to realization of $6.5 million* | *On May 29, 2015, Capitala Finance sold its common equity investment in CVI for cash proceeds of $9.7 million*<br><br>*$7.1 million realized gain, excluding benefit of $0.6 million is sale proceeds held in escrow*<br><br>*In addition, Capitala was repaid at par, $11.5 million, in respect of its senior subordinated note* |
| **Total Gross IRR** | *Entered investment in December 2011*<br>***Total Gross IRR of 79%*[2]** | *Entered Investment in April 2011*<br>***Total Gross IRR of 40%*** | *Entered Investment in July 2010*<br>***Total Gross IRR of 37%*** |
| **Total MOIC** | ***Total cash-on-cash return of 7.0x*[2]** | ***Total cash-on-cash return of 2.9x*** | ***Total cash-on-cash return of 4.0x*** |

> ***Capitala Finance Has Demonstrated an Ability to Successfully Rotate Out of Legacy Equity Positions and Provide Meaningful Realized Gains to Shareholders***

(1) Please reference Form 8-K filed on March 3, 2015 for additional detail related to partial Boot Barn realization. Boot Barn returns include impact of $0.4 million dividend received on April 17, 2014.
(2) Boot Barn returns assume a current market valuation on remaining shares owned as of August 7, 2015.
(3) Please reference recent press release on March 17, 2015 for additional details related to KBP monetization.



15

# Limited, Diversified Oil & Gas Exposure

▪ Five existing portfolio companies with direct exposure to the Oil & Gas segment, diversified across upstream and midstream operations

▪ All investments continue to perform and the fair value of Oil and Gas investments were approximately 85.8% of cost at June 30, 2015, compared to 89.5% at December 31, 2014.

▪ Capitala Finance maintains consistent, direct access with all portfolio executives to receive real-time updates on current performance and future guidance

▪ As of June 30, 2015, all Oil & Gas sector investments were current on payments

*($ in thousands)*

| Portfolio Company | Description | Capitala Investment | | |
|---|---|---|---|---|
| | | 12/31/14 FV | 06/30/15 FV | $ / % Change |
| **Upstream** SIERRA HAMILTON | Provides drilling-related engineering and consulting services to oil & gas exploration and production companies. | $14,547 | $14,196 | ($351) / (2.4%) |
| SAFETY | Provides consulting services, safety services, and safety equipment sales and leasing to the oil and gas industry. Operates primarily in the Eagle Ford and Permian basins. | $24,161 | $22,129 | ($2,032) / (8.4%) |
| USWS U.S. WELL SERVICES | Provides well stimulation services to the upstream oil and gas industry, engaging in high-pressure hydraulic fracturing in unconventional oil and natural gas basins. | $4,761 | $8,671 [1] | $3,910 / 82.1% |
| ABUTEC | Manufactures emission control products serving the oil & gas, landfill, and wastewater treatment industries. | $5,166 | $4,689 | ($477) / (9.2%) |
| **Midstream** SPARUS / THE SPEAR GROUP / SOUTHERN CROSS CORP / EZTECH | Provider of field, professional, and technology services to utilities and other large industrial customers. | $10,573 | $10,825 | $252 / 2.4% |
| | **Total Investment Fair Value** **% of total** | **$59,208** *12.3%* | **$60,510** *10.7%* | **$1,302 / 2.2%** |

Note: Portfolio statistics as of June 30, 2015.
(1)   During the first quarter of FY2015, Capitala Finance funded an incremental $4.17 million to US Well Services as part of the originally executed credit agreement.



16

NF009902

# Lower Middle Market (LMM): Portfolio Overview
## *(Company EBITDA $5 million - $30 million)*

- Diversified ~$414 million LMM portfolio (excluding cash) across 43 issuers, with 38% senior debt, 45% senior subordinated debt, and 16% equity

- Weighted average yield on LMM debt investments as of June 30, 2015 was **12.3%**

  - Weighted average yield on senior debt: 13.2%

  - Weighted average yield on senior subordinated debt: 11.5%

- **Weighted average 4.2x leverage**, with strong covenants and broad lender rights in place



**PORTFOLIO BY INDUSTRY**

Building Products 1%
Finance 2%
Business Services 10%
Energy Services 13%
General Industrial 19%
Industrial Equipment Rental 3%
IT 10%
Healthcare 9%
Retail 9%
Restaurant & Food 5%
Recreation, Leisure and Entertainment 10%
Consumer Products 9%

~$414 million

**PORTFOLIO BY GEOGRAPHY**

International 2%
Midwest 18%
Northeast 13%
West 15%
South 52%

~$414 million

**DEBT PORTFOLIO BY ASSET TYPE**

Senior Debt 46%
Senior Subordinated Debt 54%

~$346 million

Note: Portfolio details as of June 30, 2015. Figures exclude amounts invested in the Capitala SLF Program.



17

NF009903

# Traditional Middle Market (TMM): Portfolio Overview
## *(Company EBITDA $30 million+)*

- Diversified ~$136 million TMM portfolio (excluding cash) across 15 issuers, with 34% senior debt, 56% senior subordinated debt, and 11% equity

- Weighted average yield on TMM debt investments as of June 30, 2015 was **11.0%**

    - Weighted average yield on senior debt: 11.4%

    - Weighted average yield on senior subordinated debt: 10.7%

- **Weighted average 4.2x leverage**, with weighted average issuer EBITDA over $105 million



Note: Portfolio details as of June 30, 2015. Figures exclude amounts invested in the Capitala SLF Program.

18

NF009904

# Summary of Financial Performance

## Statements of Operations

*($ in thousands, except per share data)*

| | Three Months Ended: | | | | | | |
|---|---|---|---|---|---|---|---|
| | 6/30/15 (unaudited) | 3/31/15 (unaudited) | 12/31/14 (unaudited) | 9/30/14 (unaudited) | 6/30/14 (unaudited) | 3/31/14 (unaudited) | 12/31/13 (unaudited) |
| **Investment Income** | | | | | | | |
| Interest, PIK, and fees | $14,874 | $13,674 | $13,045 | $11,044 | $9,257 | $8,604 | $8,446 |
| Dividends | 208 | 366 | 413 | 120 | 3,263 | 3,762 | 3,559 |
| Other income | 2 | 1 | 3 | 3 | 6 | 8 | 140 |
| Total investment income | 15,084 | 14,041 | 13,461 | 11,167 | 12,526 | 12,374 | 12,145 |
| **Expenses** | | | | | | | |
| Interest and financing expense | 4,681 | 4,637 | 4,505 | 4,268 | 2,401 | 2,199 | 1,857 |
| Management fees, net of waivers | 2,587 | 2,410 | 2,459 | 2,498 | 2,200 | 1,894 | 1,738 |
| Incentive fees | 1,329 | 1,180 | - | - | 1,408 | 1,430 | 1,525 |
| Other expenses | 1,170 | 997 | 1,430 | 857 | 883 | 1,130 | 925 |
| Total expenses | 9,767 | 9,224 | 8,394 | 7,623 | 6,892 | 6,653 | 6,045 |
| Net Investment Income | 5,317 | 4,817 | 5,067 | 3,544 | 5,634 | 5,721 | 6,100 |
| Realized gain (loss) from investments | 15,837 | 9,340 | 2,205 | (3,055) | 462 | 1,220 | (48) |
| Unrealized appreciation (depreciation) | (16,212) | (4,290) | (18,453) | (178) | 116 | (5,723) | 745 |
| Net gain (loss) on investments | (375) | 5,050 | (16,248) | (3,233) | 578 | (4,503) | 697 |
| Net increase (decrease) in assets resulting from operations | $4,942 | $9,867 | ($11,181) | $311 | $6,212 | $1,218 | $6,797 |
| Net investment income per share | $0.33 | $0.37 | $0.39 | $0.27 | $0.43 | $0.44 | $0.47 |
| Net realized gain / (loss), per share | $0.99 | $0.72 | $0.17 | ($0.24) | $0.04 | $0.09 | ($0.00) |
| Net increase (decrease) in assets resulting from operations per share | $0.31 | $0.76 | ($0.86) | $0.02 | $0.48 | $0.09 | $0.52 |
| Distributions declared during quarter | $0.47 | $0.97 | $0.47 | $0.47 | $0.47 | $0.47 | $0.47 |
| Distributions paid during the quarter | $0.62 | $0.52 | $0.47 | $0.47 | $0.47 | $0.47 | $0.47 |

Capitala

NF009905

# Summary of Financial Performance

| | Statements of Assets & Liabilities | | | | | | |
|---|---|---|---|---|---|---|---|

*($ in thousands)*

| | 6/30/15 (unaudited) | 3/31/15 (unaudited) | 12/31/14 (audited) | 9/30/14 (unaudited) | 6/30/14 (unaudited) | 3/31/14 (unaudited) | 12/31/13 (audited) |
|---|---|---|---|---|---|---|---|
| Investments at fair value | $565,314 | $518,927 | $480,337 | $445,126 | $405,559 | $391,181 | $364,719 |
| Cash and cash equivalents | 39,533 | 32,007 | 55,107 | 107,576 | 166,503 | 57,566 | 101,622 |
| Other assets | 14,013 | 16,041 | 14,422 | 12,710 | 12,407 | 9,962 | 10,087 |
| Total assets | $618,860 | $566,975 | $549,866 | $565,412 | $584,469 | $458,709 | $476,428 |
| | | | | | | | |
| SBA debentures | $192,200 | $192,200 | $192,200 | $192,200 | $192,200 | $192,200 | $202,200 |
| Notes | 113,438 | 113,438 | 113,438 | 113,438 | 113,438 | - | - |
| Revolving credit facility | - | 15,000 | - | - | - | - | - |
| Distribution payable | 4,879 | 5,840 | - | - | - | - | - |
| Other liabilities | 16,478 | 2,325 | 3,391 | 1,658 | 14,927 | 2,719 | 5,558 |
| Total liabilities | 326,995 | 328,803 | 309,029 | 307,296 | 320,565 | 194,919 | 207,758 |
| | | | | | | | |
| Net assets | 291,865 | 238,172 | 240,837 | 258,116 | 263,904 | 263,790 | 268,670 |
| | | | | | | | |
| Total liabilities and net assets | $618,860 | $566,975 | $549,866 | $565,412 | $584,469 | $458,709 | $476,428 |
| | | | | | | | |
| Number of portfolio investments | 60 | 54 | 52 | 50 | 45 | 43 | 41 |
| Average investment size | $9,422 | $9,610 | $9,237 | $8,903 | $9,012 | $9,097 | $8,896 |
| Leverage ratio-actual | 1.05x | 1.35x | 1.27x | 1.18x | 1.16x | 0.73x | 0.75x |
| Leverage ratio - regulatory | 0.39x | 0.54x | 0.47x | 0.44x | 0.43x | 0.73x | .75x |
| Average risk rating | 1.97 | 1.88 | 1.83 | 1.80 | 1.73 | 1.73 | 1.65 |
| Non-accrual loans at fair value | $10,530 | $ - | $ - | $7,822 | $5,560 | $5,588 | $6,474 |
| PIK non-accrual loans at fair value | $5,740 | $10,500 | $10,573 | $ - | $ - | $ - | $ - |

Capitala  20

NF009906

# Distribution Coverage

- Historic track-record since IPO of consistent NII, distribution coverage and realized gains

- Continued focus on distribution coverage with core NII and rotation from non-yielding equity positions to debt investments

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Distribution Coverage Summary** | | | | | | | | |
| *($ in thousands, except per share data)* | | | | For the three months ended: | | | | |
| | 6/30/2015 | 3/31/2015 | 12/31/14 | 9/30/14 | 6/30/14 | 3/31/14 | 12/31/13 | 9/30/13 |
| *Regular Distributions paid per share* | *$0.47* | *$0.47* | *$0.47* | *$0.47* | *$0.47* | *$0.47* | *$0.47* | *$0.47* |
| *Special Distributions paid per share* | *$0.15* | *$0.05* | *$0.00* | *$0.00* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |
| Distributions paid per share | $0.62 | $0.52 | $0.47 | $0.47 | $0.47 | $0.47 | $0.47 | $0.47 |
| | | | | | | | | |
| Net investment income per share | $0.33 | $0.37 | $0.39 | $0.27 | $0.43 | $0.44 | $0.47 | $0.42 |
| Realized capital gains, net, per share | $0.99 | $0.72 | $0.17 | ($0.24) | $0.04 | $0.09 | $0.00 | $0.14 |
| Net investment income and realized gains, per share | $1.32 | $1.09 | $0.56 | $0.03 | $0.47 | $0.53 | $0.47 | $0.56 |
| | | | | | | | | |
| Dividend income earned | $208 | $366 | $413 | $120 | $3,263 | $3,762 | $3,559 | $2,158 |
| Dividend income earned, per share | $0.01 | $0.03 | $0.03 | $0.01 | $0.28 | $0.29 | $0.27 | $0.17 |

**Special Distribution**

- On March 3, 2015, the Company's Board of Directors declared a special distribution of $0.50 per common share, to be paid monthly over the remainder of 2015. Special distribution represents approximately a 32% increase over normal monthly distributions.

NF009907

# Attractive Funding In Place

- Stable liquidity and capital structure provided by SBA debentures and corporate notes with long-term maturities and fixed rates
  - Capitala Group principals have received four SBIC licenses, with a 10+ year track record
- Addition of revolving credit facility provides attractively priced, shorter-term capital with an accordion feature that can grow with the borrowing base
- As of June 30, 2015, Capitala Finance had no financing exposure to interest rate changes

**Current Funding Overview**

| Facility | Interest Rate | Maturity | Amount Drawn (06/30/15) |
|---|---|---|---|
| SBA Debentures | 3.51% fixed | 2015 – 2023 | $192.2 million |
| Notes Payable | 7.125% fixed | Callable June 2017 Matures June 2021 | $113.4 million |
| $80 million Credit Facility | L+300 floating | October 2018 | $0.0 million |

**Notes Maturity Profile** *($ in millions)*



- Notes
- SBA debentures
- Revolving Credit Facility

$8.0  $13.5  $5.0  $19.0  $113.4/$61.7  $60.0  $25.0
2015  2016  2017  2018  2019  2020  2021  2022  2023

- 91% of existing notes and debentures mature in 2020 or later
  - $192 million of 10-year term SBA guaranteed debentures
  - $113 million of 7.125% notes due in 2021
- Obligors for SBA debentures are 2 SBIC licensee subsidiaries; issuer is not an SBIC obligor

Note: As of June 30, 2015.



22

NF009908

# Alignment of Interests with Shareholders

| | |
|---|---|
| **Recently authorized stock repurchase program** | ▪ On February 26, 2015, the Company's Board of Directors authorized a stock repurchase program of up to $12.0 million to purchase shares in the open market<br>▪ 224,602 shares have been repurchased under the program, representing 1.4% of total shares outstanding [1] |
| **Recently announced special distribution** | ▪ On March 3, 2015, the Company's Board of Directors declared a special distribution of $0.50 per common share, to be paid monthly over the remainder of 2015. Special distribution represents approximately a 32% increase over normal monthly distributions |
| **Monthly distribution payment** | ▪ The Company converted to monthly distributions as of October 2014, providing shareholders additional flexibility as it relates to income planning |
| **Management ownership and payment of fees for IPO** | ▪ Management team rolled over $10.0 million of invested capital into Company shares at IPO<br>▪ Management team bore the IPO expenses using a portion of its estimated $18.5 million of carried interest and rolled over the remaining balance into Company shares<br>▪ Management team owns over 7% of the common stock and has made meaningful purchases in the open market since the IPO |
| **Management fee waiver** | ▪ Manager waived management fees on uninvested IPO proceeds at Capitala level for the first year post-IPO (expired September 30, 2014) |
| **Fee waiver / investment positioning during economic downturn** | ▪ Manager postponed deploying meaningful amounts of its largest SBIC fund, raised in 2007, until the lower middle market recovery began<br>▪ During the economic downturn, manager waived fees while adding professionals in order to maximize value for its investor base and to position its legacy funds to invest during the early stages of recovery |

Note: As of June 30, 2015.



23

NF009909

# Conclusion

 Experienced team and comprehensive credit management expertise

 Established and growing direct origination capabilities

 Attractive investment portfolio with conservative leverage and top quartile debt yields

 Continuing platform build-out of multi-pronged investment strategies

Capitala

24

NF009910

# Capitala Finance Corp.

Common stock: Nasdaq:CPTA

Notes: NYSE:CLA

Q2 2015



NF009911