# EXHIBIT 2

| | |
|---|---|
| **To:** | Joe Alala III[JAlala@capitalagroup.com] |
| **From:** | Casey Swercheck[Casey@capitalagroup.com] |
| **Sent:** | Mon 12/7/2015 6:44:30 PM (UTC-05:00) |
| **Subject:** | FW: Placement Agents |

Placement Agent Search.xlsx

Status update

Casey Swercheck
Vice President - Fort Lauderdale Office
CapitalSouth Partners & Capitala Finance Group
Casey@capitalagroup.com
(O) 954.848.2860
(M) 215.796.8410


-----Original Message-----
From: Casey Swercheck
Sent: Monday, December 07, 2015 6:44 PM
To: Richard Wheelahan
Subject: RE: Placement Agents

Richard, attached is the list. As I said, most have been intrigued by our track record, cohesiveness of team / strategy, and regional differentiation. I've told Joe my thoughts on the big groups (his names on this list) vs the boutiques - I think this is boutique all the way. We can discuss more on Thursday. The ones I'm most excited about at the moment based on intro calls are Evercore, M2O, and SixPoint, but I'm very interested in connecting with Pinnacle, CrossBay & Mercury based on prior experience

I'm pushing through as many of these calls as I can, I have two more tomorrow. At least the ones who aren't interested are quick to kill it

Let me know if any questions

Casey Swercheck
Vice President - Fort Lauderdale Office CapitalSouth Partners & Capitala Finance Group Casey@capitalagroup.com
(O) 954.848.2860
(M) 215.796.8410

-----Original Message-----
From: Richard Wheelahan
Sent: Monday, December 07, 2015 3:55 PM
To: Casey Swercheck
Subject: Placement Agents

When you have a moment would you mind sending me our tracker and what feedback has been, generally?

Sent from my iPhone

**Exhibit PX343**

CG00009829

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | **Placement Agent** | **CPTA Owner** | **Last conversation** | **Contact** | **Notes** |
| 2 | UBS | Joe | | | |
| 3 | Eaton | Joe | | | |
| 4 | Credit Suisse | Joe | | | |
| 5 | Capstone | Casey | 11/16 - sent deck, setting a call | Brian DeFee | |
| 6 | CrossPoint Capital | Casey | 12/1 - sent intro email with 2Q investor presentation | John Frontero | |
| 7 | Lazard | Casey | 12/1 - declined | Will Osborn / Bill Riddle | made intro to Pinnacle |
| 8 | Atlantic Pacific Capital | Casey | 11/16 - sent deck, setting a call; bringing Falcon to market | Peter Larsen | |
| 9 | Berchwood Partners | Casey | 11/18 - sent materials, had intro call; 2nd call on 12/3 | Bill Zwart | Looking at a number of credit funds, learning space, talking to LPs on expectations; wants to reconnect mid-January 2016 |
| 10 | Ineo Capital | Casey | 11/20 - intro call, 12/16 intro meeting | Mark Sirinyan | |
| 11 | Shannon Advisors | Casey | 11/30 - declined | Tim Gara | intro call with Tim Gara; he passed due to lack of credit experience |
| 12 | Sandler O'Neill | Richard | 12/1 - Richard to reach out | | |
| 13 | Pinnacle Advisors | Casey | 12/1 - Casey reached out by email; scheduling call with Attilio | Attilio Albani - CT | Credit experience, great relationships with insurance companies; raised money for AMP Capital, NewStone Capital Partners, Northstar Mezzanine |
| 14 | Jeffries | Joe | 12/2 - email with Andrea, she's connecting with team on 12/3 | Kelli Roiter; Joe's email is An | Louis suggested; focused on buyouts |
| 15 | Sixpoint Partners | Casey | 12/1 - Casey reached out by email; intro call 12/4; sent materials | Eric Zoller | Good track record in credit, have interest, sent materials and will circle back |
| 16 | Mercury Capital | Casey | 12/1 - Casey reached out by email; setting intro call week of 12/14 | Alan Pardee, Tom Ryan | Louis suggested |
| 17 | CrossBay Capital | Casey | 12/1 - Casey reached out by email | Joseph Sindelar | Will / Lazard suggested; great credit experience, SBIC funds, know a lot of insurance companies |
| 18 | Equus | Casey | Declined but made intro to Joe Sindelar / CrossBay | Darryl Glatthorn | Will / Lazard suggested |
| 19 | Park Hill Group | Casey | 12/1 - Casey reached out by email | Joe Herman | Worked with at HL, tier 1 group |
| 20 | Moelis & Co | Casey | 12/1 - Casey reached out by email; sent follow-up 12/7 | Patrick Dunleavy | Louis suggested; Greenhill spinout |
| 21 | Greenhill | Casey | 12/1 - Casey reached out by email; sent follow-up 12/7 | Stephen Sloan | Louis suggested |
| 22 | Evercore | Casey | 12/2 - intro call, sent book | James Swindell | Louis suggested; Lehman spinout |
| 23 | M2O Private Fund Advisor | Casey | 12/4 - intro call, snet book, call late following week | Mark Hallock | Comvest used M2O; raised Maranon's fund; spun out of Jeffries; suggested separate account (placed $500mm credit separate account recently) |
| 24 | Edgeline | Casey | 12/7 - intro call | Joe Silver, Tamara Christian | Louis suggested |
| 25 | NovaFund Advisors | Casey | 12/1 - Casey reached out by email; sent follow-up 12/7 | Brian Kelly | Louis suggested; raised Monroe SLF |
| 26 | Bonnie Plunkett | Joe | 12/4 - intro call; Bonnie is one-off introduction broker dealer; follow up call 12/14 | Bonnie Plunkett | Talking to NC state pension, others - intro source |
| 27 | RaceRock Capital | Casey | 12/14 - intro call week of 12/14 | Laura Moore | More experience in hedge funds but some private credit funds as well |

CG00009830