# EXHIBIT 4

Message

**From:** Steve Arnall [sarnall@capitalagroup.com]
**Sent:** 12/9/2015 9:37:15 AM
**To:** Kevin Koonts [KKoonts@capitalagroup.com]
**Subject:** FW: Lazard feedback / placement agent update

Keeping you in the loop

Stephen A. Arnall
Capitala Group
704-936-4930

**From:** Richard Wheelahan
**Sent:** Wednesday, December 09, 2015 9:33 AM
**To:** Joe Alala III
**Cc:** Casey Swercheck; Steve Arnall
**Subject:** RE: Lazard feedback / placement agent update

Joe – I wanted to follow this side conversation regarding reaching out to Sandler with a brief update.

On Thursday, Steve and I briefly caught up with Tom about our expectations for a prospective engagement and our goals with respect to the PCF raise, in order for Tom to discuss the opportunity internally. Yesterday, Steve, Tom and I discussed those same criteria with Bob Kleinert, so that Bob can determine (with his committee) the degree to which SO is confident in its ability to meet our objectives. So far, they understand that we are seeking a proposal whereby (a) Sandler raises a $500 PCF, as outlined on slide 10 of the most recently-revised deck, their fees are not only in line with other placement agents, but that they understand (i) the fund's fee structure is designed to avoid a J-curve, and (ii) neither the manager nor the fund are interested in heavily subsidizing the payment of the placement agency fee, upfront, prior to the receipt of sufficiently offsetting management fees from the fund, (b) that they are to find an anchor and (c) that we don't expect that most of our investor base will translate to significant commitments for this product.

We've asked for their views by early next week. Steve and I will update you as soon as we have that feedback.

Richard

**Richard G. Wheelahan III**
Capitala Group

This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply at rwheelahan@capitalagroup.com and delete the message.

**From:** Joe Alala III
**Sent:** Tuesday, December 1, 2015 1:19 PM
**To:** Richard Wheelahan <rwheelahan@capitalsouthpartners.com>
**Cc:** Casey Swercheck <Casey@capitalagroup.com>
**Subject:** Re: Lazard feedback / placement agent update

You can but I do not believe they have a realistic solution for a private fund raise. Especially at mkt placement agent fees.

They are used to 4% and 6% fees on raises and have never raised a private credit fund

Worth a chat but primary goal is to find an experienced credit fund placement agent

Joe Alala, III
Chairman and CEO
Chief Investment Officer
Capitala Group
Capitala Finance Corp (NASDAQ-CPTA)
CapitalSouth Growth Fund
Phone - 704-376-5502 ext. 24
www.capitalagroup.com
Please forgive any typing or grammatical errors.  It is I the operator who is challenged by emails while constantly traveling.
Sent from my iPhone

On Dec 1, 2015, at 1:13 PM, Richard Wheelahan <rwheelahan@capitalsouthpartners.com> wrote:

Joe, can we sit down with Sandler's placement agents to get a read on their contacts' appetite (as we've done with UBS and others)?  Worst case scenario is a warm brush off but maybe we see an alternative path there. They were very flexible on the scope of the engagement with the prospective fund IV raise.

Sent from my iPhone

On Dec 1, 2015, at 12:36 PM, Joe Alala III <JAlala@capitalagroup.com> wrote:

Falcon was bigger is that why they used Atlantic?

Let's keep plugging. There is a home for us and I do get how our fees are lower on credit etc. trust me. I realize it

Joe Alala, III
Chairman and CEO
Chief Investment Officer
Capitala Group
Capitala Finance Corp (symbol CPTA)
Jalala@CapitalaGroup.com
704-376-5502
www.capitalagroup.com
Please excuse any grammatical or spelling issues as it is I the operator who is challenged by email construction while traveling
Sent from my iPad

On Dec 1, 2015, at 11:57 AM, Casey Swercheck <Casey@capitalagroup.com> wrote:

Joe & Richard, just a quick email to loop you in as Lazard's placement agent group took our PCF to committee for an informal discussion. They're passing for a number of reasons, chief amongst those is that their sales team isn't seeing a ton of demand from their LP distribution base for mezz (this changes & is specific to Lazard's distribution). They have a lot of pipeline in the credit space right now as several other BDCs are contemplating a similar raise, so our size ($500mm) is part of the issue (other opportunities have been closer to $1bb). An interesting data point for these tier 1 groups (Lazard, UBS, Park Hill, Credit Suisse) is that they have a tough time seeing their economics working when buyout funds can still command fees on committed & at a higher rate vs. expected mezz terms at lower rate & based on invested capital. So basically, they haven't been falling over themselves to represent one of our competitors, but if they do represent someone, size will matter to make it worth sale team's while.

CPA-CIA-CSLC0033018

Just to add my own thoughts – I've been pushing forward discussions with a few boutique groups as well. My belief is that we're going to get the same answer from all of the other tier 1 groups, and probably most of the tier 2 ones as well (CapStone, Atlantic Pacific, etc). We're talking to a different portion of the LP world for credit (not necessarily different LPs, but different groups / PMs within the team), and you need to have direct experience selling to that market segment to make it worth our time / their time. I've got a wide list to start with but will focus it as much as possible towards those w/credit experience. Richard, I'm sending you names as I'm reaching out, but let me know if there's anything else I should be clearing with you before outreach.

I think we'll get there, just will take some work to find the right partner

Casey Swercheck
Vice President - Fort Lauderdale Office
CapitalSouth Partners & Capitala Finance Group
Casey@capitalagroup.com
(O) 954.848.2860
(M) 215.796.8410

CPA-CIA-CSLC0033019