# EXHIBITS 5-6
## Document filed under seal