# EXHIBIT 7

# Investment Adviser Firm Summary

**CAPITALA PRIVATE ADVISORS, LLC ( CRD# 283527/SEC#: 801-107897 )**
Alternate Names:CAPITALA GROUP,CAPITALA PRIVATE ADVISORS, LLC

[View latest Form ADV filed] [Part 2 Brochures]

The adviser's **REGISTRATION** status is listed below.

## REGISTRATION STATUS

| SEC / JURISDICTION | REGISTRATION STATUS | EFFECTIVE DATE |
| --- | --- | --- |
| SEC | Approved | 6/16/2016 |

## NOTICE FILINGS

Investment adviser firms registered with the SEC may be required to provide to state securities authorities a copy of their Form ADV and any accompanying amendments filed with the SEC. These filings are called "notice filings". Below are the states with which the firm you selected makes its notice filings. Also listed is the date the firm first became notice filed or registered in each state.

| JURISDICTION | EFFECTIVE DATE |
| --- | --- |
| California | 3/31/2020 |
| Florida | 6/16/2016 |
| Georgia | 3/31/2020 |
| New York | 3/31/2020 |
| North Carolina | 6/16/2016 |
| Texas | 3/31/2020 |

## EXEMPT REPORTING ADVISERS

Exempt Reporting Advisers ("ERA") are investment advisers that are not required to register as investment advisers because they rely on certain exemptions from registration under sections 203(l) and 203(m) of the Investment Advisers Act of 1940 and related rules. Certain state securities regulatory authorities have similar exemptions based on state statutes or regulations. An ERA is required to file a report using Form ADV, but does not complete all items

contained in Form ADV that a registered adviser must complete. Other state securities regulatory authorities require an ERA to register as an investment adviser and file a complete Form ADV. Below are the regulators with which an ERA report is filed.

**Not Currently an Exempt Reporting Adviser**

 Broker

 Investment Adviser

 Previously Registered

Previously Registered indicates the firm or individual is not currently licensed to act as a broker (buying and selling securities on behalf of customers) or as an investment adviser (providing advice about securities to clients). They may still be able to offer other investment-related services if properly licensed to do so. Click here to learn more.

Disclosures

Disclosures can be customer complaints or arbitrations, regulatory actions, employment terminations, bankruptcy filings and certain civil or criminal proceedings that they were a part of.

# Investment Adviser Firm Summary

**CAPITALA INVESTMENT ADVISORS, LLC ( CRD# 166301/SEC#: 801-77467 )**
Alternate Names:CAPITALA GROUP,CAPITALA INVESTMENT ADVISORS, LLC

View latest Form ADV filed

The investment adviser you have selected is **NOT currently registered** and is **NOT filing reports** with the SEC or any state.

## REGISTRATION STATUS

| SEC / JURISDICTION | REGISTRATION STATUS | EFFECTIVE DATE |
| --- | --- | --- |
| SEC | Terminated | 7/28/2021 |

## NOTICE FILINGS

Investment adviser firms registered with the SEC may be required to provide to state securities authorities a copy of their Form ADV and any accompanying amendments filed with the SEC. These filings are called "notice filings". Below are the states with which the firm you selected makes its notice filings. Also listed is the date the firm first became notice filed or registered in each state.

Not Currently Notice Filed

## EXEMPT REPORTING ADVISERS

Exempt Reporting Advisers ("ERA") are investment advisers that are not required to register as investment advisers because they rely on certain exemptions from registration under sections 203(l) and 203(m) of the Investment Advisers Act of 1940 and related rules. Certain state securities regulatory authorities have similar exemptions based on state statutes or regulations. An ERA is required to file a report using Form ADV, but does not complete all items contained in Form ADV that a registered adviser must complete. Other state securities regulatory authorities require an ERA to register as an investment adviser and file a complete Form ADV. Below are the regulators with which an ERA report is filed.

Not Currently an Exempt Reporting Adviser

 Broker

https://adviserinfo.sec.gov/firm/summary/166301

 Investment Adviser

 **Previously Registered**

Previously Registered indicates the firm or individual is not currently licensed to act as a broker (buying and selling securities on behalf of customers) or as an investment adviser (providing advice about securities to clients). They may still be able to offer other investment-related services if properly licensed to do so. Click here to learn more.

 **Disclosures**

Disclosures can be customer complaints or arbitrations, regulatory actions, employment terminations, bankruptcy filings and certain civil or criminal proceedings that they were a part of.