# EXHIBITS 8-15
## Document filed under seal