# EXHIBIT 16

| | |
|---|---|
| **To:** | Steve Arnall[sarnall@capitalagroup.com] |
| **From:** | Joe Alala III[JAlala@capitalagroup.com] |
| **Sent:** | Wed 4/27/2016 3:12:52 PM (UTC-04:00) |
| **Subject:** | Re: target list |

image001.png
image002.png
image003.png

Sure

Joe Alala, III
Chairman and CEO
Chief Investment Officer
Capitala Group
Capitala Finance Corp (NASDAQ-CPTA)
CapitalSouth Growth Fund
Phone - 704-376-5502 ext. 24
www.capitalagroup.com
Please forgive any typing or grammatical errors.  It is I the operator who is challenged by emails while constantly traveling.
Sent from my iPhone

On Apr 27, 2016, at 3:12 PM, Steve Arnall <sarnall@capitalagroup.com> wrote:

> You want me on this call?
>
> **Stephen A. Arnall** | CFO
> p 704 936 4930 | CapitalaGroup.com
> <image001.png> <image002.png> <image003.png>
>
> ---
>
> **From:** Joe Alala III
> **Sent:** Wednesday, April 27, 2016 3:06 PM
> **To:** Casey Swercheck
> **Cc:** Richard Wheelahan; Steve Arnall
> **Subject:** RE: target list
>
> Casey we call you at 315
>
> **Joseph B. Alala III** | Chairman · CEO
> p 704 376 5502 ext. 24 | CapitalaGroup.com
> <image001.png> <image002.png> <image003.png>
>
> ---
>
> **From:** Casey Swercheck
> **Sent:** Wednesday, April 27, 2016 3:00 PM
> **To:** Joe Alala III
> **Cc:** Richard Wheelahan; Steve Arnall
> **Subject:** Re: target list
>
> Same as what I just said to richard. I think we really need to avoid giving some sort of global exclusivity to nova, which is what they are asking for. A four person shop in Connecticut doesn't need it in my opinion. What are your best 1000 names and we'll give you exclusivity on that. Toughest part is going to be the consultants - they touch a lot of names but most aren't discretionary they are pure advisory. So you need to know them and their client. I'm supposed to talk to Bryan at four today - want to connect before ?
>
> Casey Swercheck

Exhibit PX347

CG00023570

Vice President – Fort Lauderdale Office
CapitalSouth Partners & Capitala Finance Group
Casey@capitalagroup.com
(O) 954.848.2860
(M) 215.796.8410

On Apr 27, 2016, at 2:54 PM, Joe Alala III <JAlala@capitalagroup.com> wrote:

Casey

There are so blue chip names on here – What you think. Nova will fight hard with some of these names

**Joseph B. Alala III** | Chairman · CEO
p 704 376 5502 ext. 24 | CapitalaGroup.com
<image001.png>  <image002.png>  <image003.png>

---

**From:** Tom Sullivan [mailto:TSullivan@sandleroneill.com]
**Sent:** Wednesday, April 27, 2016 1:12 PM
**To:** Joe Alala III; Richard Wheelahan
**Cc:** Steve Arnall
**Subject:** target list

Joe and Richard,

Here is our initial target list. The vast majority of these accounts have transacted business with us on some kind of a private deal. The deal types and amounts may vary but this where we think are the obvious first calls.

Joe, I just want to confirm that if we come up with additional names as we begin to make calls that we will be protected on them assuming that they are NOT already on a Nova or Capitala list.

We are excited at the opportunity to work with you guys.

Please keep us up on the progress of the first close so that we can get ready internally to come out of the gates strong.

Thanks,
Tom

**Thomas J Sullivan**
**Sandler O'Neill + Partners, L.P.**
1251 Avenue of the Americas │6th Floor │New York, NY 10020
Direct: 212-466-7740
Cell: 917-838-2131
tsullivan@sandleroneill.com

---

If you are not an intended recipient of this e-mail, please notify the sender,
delete it and do not read, act upon, print, disclose, copy, retain or
redistribute it. Visit this URL for important additional terms relating to this
e-mail. http://www.sandleroneill.com/email-disclaimer.htm

CG00023571

<Sandler O'Neill Target List.pdf>