# EXHIBIT 18

| | |
|---|---|
| **From:** | Richard Wheelahan |
| **Sent:** | Thursday, April 28, 2016 1:01 PM EDT |
| **To:** | Bryan D. Kelley; James Howe; Kallie Hapgood |
| **CC:** | Joe Alala III; Casey Swercheck |
| **Subject:** | Capitala Term Sheet Proposal 04 28 2016 |
| **Attachments:** | Capitala Term Sheet Proposal 04 28 2016.doc |

Bryan,

In follow up to our discussions, attached is a revised term sheet with Capitala's comments, including the carve-out list.

Joe's traveling this afternoon, but please let me know if you would like to set aside a time to discuss later today (subject to availability) or tomorrow.

Richard

**Richard G. Wheelahan III** | CCO · General Counsel
**Capitala Group**
4201 Congress Street | Suite 360 | Charlotte, NC 28209
p 704 936 4928 | m 205 960 5144 | CapitalaGroup.com



This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply at rwheelahan@capitalagroup.com and delete the message.

**Exhibit 241**



## Term Sheet Proposal for
## Capitala Private Credit Fund V, L.P.

| | |
|---|---|
| **Advisor:** | NovaFund Advisors, a Division of Columbus Advisory Group LTD, member FINRA and SIPC (collectively "NovaFund"). |
| **Services Provided:** | NovaFund will make best efforts to place partnership interests in Capitala Private Credit Fund V, L.P. (the "Fund") with North American, European, Australian and Asian investors ("Target Investors"). NovaFund will begin advisory work immediately with Capitala Group LLC ("Capitala") to assist with the preparation of offering materials and, in coordination with Capitala, contacting potential Fund investors. |

NovaFund's services may also include the following:

(i)   advising Capitala in producing a marketing presentation and private placement memorandum to be used with potential investors that are considering a commitment to the Fund.

(ii)  advising and assisting Capitala in making presentations to Target Investors, including assisting with the preparation of a composite track record presentation, marketing documents and other offering and due diligence materials

to be sent to potential investors;

(iii)   advising and assisting Capitala with the preparation of an on-line fund data site and preparations and delivery of due diligence materials, investor questionnaires and related financial analyses with respect to the private placement, and;

(iv)   working with Capitala's legal counsel and other relevant parties to document and close the Fund.

**Travel and Entertainment Expenses**

Capitala shall reimburse NovaFund on a timely basis for documented out-of-pocket expenses related to its due diligence and marketing of the Fund (including, without limitation, all reasonable entertainment, travel, lodging, third-party legal and related due diligence trip fees and expenses) incurred by NovaFund in connection with the performance of the services for the Fund, up to a maximum of $2500,000.

**Fee Proposal**

As compensation for the advisory and exclusive placement services to be provided by NovaFund hereunder, Capitala agrees to pay NovaFund a monthly fee of $205,000 ("Retainer Fee"). The Retainer Fee will be paid until the sooner of: 1) the first close of Capitala Fund V (if such close constitutes commitments for which NovaFund is paid a success fee in excess of $200,000), or 2) $200,000 of retainer fees have been paid.  The first monthly installment of the Retainer Fee will be

-2-

CONFIDENTIAL

NF000098

due on May~~February~~ 15, 2016.

Capitala will agree to compensate NovaFund in an amount equal to 1.5% of the Fund's invested capital for any Target Investor that subscribes to the Fund or a separately managed account ("Success Fee").  Should Capitala agree to a lower management fee than 1.5% for any Target Investor, NovaFund will earn a fee equal to one year of the Company's management fee from the Target Investor, but in no case less than 1.0% of committed capital for the Target Investor(s); provided, however, that no Success Fee shall be earned by NovaFund in respect of capital raised for traded credit vehicles with distinct investment strategies from the Fund. Retainer Fees will offset Success Fees at the rate of 50% until all Retainer Fees have been rebated. The Success Fee will be paid quarterly based on invested capital with NovaFund's total Success Fee being paid in full in 30 months.  In addition to Success Fees, NovaFund will be due a fee for capital commitments from Target Investors to ~~any~~the next Capitala-sponsored successor vehicle with a substantially similar strategy—at the rate of 50 basis points of such capital commitments; provided, however, that NovaFund may not earn Success Fees or other fees in excess of (a) the Success Fee plus (b) 50 basis points in respect of any Target Investor.

It is understood that no Fee shall be payable with respect to commitments by the Manager or General Partner of the Fund or executives of Capitala or any of their respective officers, directors and employees and any such officer's, director's or

-3-

CONFIDENTIAL                                                  NF000099

employee's immediate family members (and any investment vehicles controlled by or established primarily for the benefit of any such officer, director, employee and/or his or her immediate family members), for its or their own accounts, or for investors previously known to Capitala ("Schedule 1 - Carve Out Investors"), up to $1500 million in commitments.

At NovaFund's discretion, a separate engagement letter to be initiated by NovaFund may be entered into between Capitala and NovaFund that addresses market standard legal and compliance terms related to indemnification, representation and warranties, confidentiality, sunset and other legal and regulatory matters (the "Agreement"). This proposal shall expire on March May 11, 2016 at 5:00pm Eastern Standard Time unless executed by Capitala.

**Agreed to and Accepted by:**

**NovaFund Advisors**                    **Capitala Group LLC**

_____        _____
Name: Bryan Kelley                      Name: Joseph B. Alala, III
Title: Principal                        Title: Chairman and CEO

-4-

                                    NF000100

_____

Name: James Howe

Title: Principal

CONFIDENTIAL

NF000101

## Schedule 1 –  Carve Out Investors

~~Hamilton Lane and clients~~

~~Kemper Insurance~~See Attached

Name

40/86 Advisors

Aegon USA Investment Management  / Transamerica

Alpheus Capital

Amalgamated Casualty Insurance Company

American Equity Investment Life

American Money Management Corporation

American Mutual Life Association

Americo Financial Life

AMZAK Capital

Auto-Owners Insurance

BB&T Capital Markets

Beneficial Life

Blue Cross Blue Shield of Michigan

Boston Partners

Brookside Family Office

Brown Forman Pension

C N A Financial Corporation

Cambridge Associates

Cigna

Cincinnati Financial

Clearwell Group

Consector Capital

Constellation Wealth Management (UBS)

CranRidge Capital

Crestline

Davis Capital Partners

Delaware Life

-6-

NF000102

Deutsche Bank

Dupont Capital Management

Edge Capital Partners

Endeavor Capital

Farm Bureau Financial Services

Federated Insurance

Fidelity & Guaranty Life

First Republic

Florida Pension

Forrestal Capital

Franklin Park

Genspring

Georgetown University

GLJ Capital

Global Endowment

GOLDING Capital Partners

Golden Leaf / NC Tobacco Settlement Fund

Grays Creek Capital Partners

Grove Street Advisors

Hamilton Lane

HB Capital

Hillman Foundation

Hirtle Callaghan

Homrich Berg

ING

James Gibson

James River Insurance Company

Jefferies

JM Family Enterprises

JP Charter Oak Advisors

Kemper Insurance

CONFIDENTIAL

NF000103

Knights of Columbus Insurance

KY Retirement System

KY Teachers Retirement System

Laurel Wealth Advisors

LCG Advisors

Manulife Financial

Massachusetts Mutual Life Insurance

Method Advisors

Morgan Creek

National Life Group

National Western Life

NC Treasurer / NC Teachers

Palm  Beach Capital

Pantheon

Penn Mutual Insurance Company

Progressive Insurance

Prospector Partners

Protective Life Insurance

Resource America

RIN Capital

Rose Family Office

Sandler O'Neill

Shuford Family Office

Socius Family Office

Standard Life

StarMountain Capital

Steve Leeolou

The Family Office

The Keith Corp

Third Lake Capital

Thrivent Financial

-8-

CONFIDENTIAL

NF000104

Timucuan Asset Management

Torchmark Corporation

Travelers

UBS Broker - Gordon Semenuik

United Heritage Insurance

USAA

Vaupen Financial Advisors

Vios Capital

Warlick Family Office

Washington University

WE Family Offices

Wilbanks, Smith and Thomas

William B Allen

Wilshire Associates

Worth Financial Advisory Group

WP Global

-9-

CONFIDENTIAL

NF000105