# EXHIBIT 19

| | |
|---|---|
| **From:** | Richard Wheelahan |
| **Sent:** | Tuesday, May 3, 2016 2:27 PM EDT |
| **To:** | Bryan D. Kelley; James Howe; Kallie Hapgood |
| **CC:** | Joe Alala III; Casey Swercheck; Herring, John |
| **Subject:** | RE: Capitala Term Sheet Proposal 04 28 2016 |
| **Attachments:** | Capitala Term Sheet Proposal 5 3 2016.doc |

Bryan,

Attached is a redline of the most recent term sheet that Capitala is ok with.  This reflects the draft you sent on Friday, and our internal discussions.  Thanks for allowing us to caucus over the weekend and this week.

We're ok with the $125mm carveout ceiling, as well as the revised tail language that you proposed.

We are excited to get to work, and hope to have copies of our subscription documents from counsel soon.

If these changes are acceptable, please accept them and then we can swap signatures tomorrow.

Richard

**Richard G. Wheelahan III** | CCO · General Counsel
p 704 936 4928 | m 205 960 5144 | CapitalaGroup.com


---

**From:** Bryan D. Kelley [mailto:bk@novafundadvisors.com]
**Sent:** Friday, April 29, 2016 3:21 PM
**To:** Richard Wheelahan <rwheelahan@capitalsouthpartners.com>; James Howe <jh@novafundadvisors.com>; Kallie Hapgood <kh@novafundadvisors.com>
**Cc:** Joe Alala III <JAlala@capitalagroup.com>; Casey Swercheck <Casey@capitalagroup.com>
**Subject:** RE: Capitala Term Sheet Proposal 04 28 2016

OK, thanks, let us know if you would like to discuss over the weekend


**Bryan D. Kelley**
**NovaFund Advisors**



Tel. 203-831-0111 Ext. 210
Cell 917-412-7972
bk@novafundadvisors.com

**Exhibit
186**

CONFIDENTIAL                                                                          NF000126

www.novafundadvisors.com

---

**From:** Richard Wheelahan [mailto:rwheelahan@capitalsouthpartners.com]
**Sent:** Friday, April 29, 2016 2:59 PM
**To:** Bryan D. Kelley; James Howe; Kallie Hapgood
**Cc:** Joe Alala III; Casey Swercheck
**Subject:** RE: Capitala Term Sheet Proposal 04 28 2016

Bryan, the fee tail language you provided makes sense. We're both on the same page – just wording it differently.

As for the remaining points (mostly related to the carveout list and overlap), let's wait until Joe has a chance to caucus (likely first thing next week).

Y'all have a great weekend.
Richard

**Richard G. Wheelahan III** | CCO · General Counsel
p 704 936 4928 | m 205 960 5144 | CapitalaGroup.com



---

**From:** Bryan D. Kelley [mailto:bk@novafundadvisors.com]
**Sent:** Friday, April 29, 2016 10:09 AM
**To:** Richard Wheelahan <rwheelahan@capitalsouthpartners.com>; James Howe <jh@novafundadvisors.com>; Kallie Hapgood <kh@novafundadvisors.com>
**Cc:** Joe Alala III <JAlala@capitalagroup.com>; Casey Swercheck <Casey@capitalagroup.com>
**Subject:** RE: Capitala Term Sheet Proposal 04 28 2016

Richard, thanks for your comments. We have reviewed and would make the following points:

- For the cap on full carve out names, we would suggest a compromise at $125MM. For certain names, we would not expect to work together since we either do not know the LP at all or you have demonstrated a superior relationship (like Hamilton Lane, Kemper or the State of Florida).

- On the carve out list in the term sheet, there are certain LP names we know well and for which we would want a reduced fee – since we both know them we would work together to catalyze the LP to close. Working from a list of 100 LPs, we would propose several LPs in this category. We discussed 35bps for a fee on reduced names yesterday – but that was really only referencing what we did with Gridiron II when we helped them with existing LPs. With LPs that

are not existing LPs, we believe the work will be more demanding and require more of our time – so we would propose 50bps to compensate for this. We would, however, agree to forego these fees if you agree to the $125MM carve out cap above. We would then work on these names together where you believe we can be helpful.

- In addition to Hamilton Lane, there are six more gatekeepers/advisors on the carve out list that we would like to discuss. As a full carve out, this would imply that if Nova identified a advisor client and they ultimately closed, then we would be paid no fee.  For example, carving out Cambridge Associates would imply over 300 LPs for which we would potentially receive no compensation, and therefore we would have no motivation to approach.  We have historically had the best success moving Cambridge through by pushing their underlying investors.  Additionally we have had a relationship with Cambridge Associates spanning over 15 years.  We do not think the carve out approach would be in either of our best interests.  We want to be thoughtful about these advisors so we are all working together towards an efficient fundraise, which is the ultimate goal. We would propose working together on these six advisors jointly as NovaFund would seek to get to the $125MM carve out cap as soon as possible.

- On the tail fee language, the last sentence is confusing. The market standard is for a tail fee to be paid to the agent on a closed LP introduced by the agent in the current fund, that closes in the next successor fund with a similar strategy. The language I proposed was admittedly confusing. I hope the new language is better and more straightforward.

Let's discuss later today or over the weekend, thanks.

**Bryan D. Kelley**
**NovaFund Advisors**



Tel. 203-831-0111 Ext. 210
Cell 917-412-7972
bk@novafundadvisors.com
www.novafundadvisors.com

**From:** Richard Wheelahan [mailto:rwheelahan@capitalsouthpartners.com]
**Sent:** Thursday, April 28, 2016 1:02 PM
**To:** Bryan D. Kelley; James Howe; Kallie Hapgood
**Cc:** Joe Alala III; Casey Swercheck
**Subject:** Capitala Term Sheet Proposal 04 28 2016

Bryan,

In follow up to our discussions, attached is a revised term sheet with Capitala's comments, including the carve-out list.

Joe's traveling this afternoon, but please let me know if you would like to set aside a time to discuss later today (subject to availability) or tomorrow.

Richard


**Richard G. Wheelahan III** | CCO · General Counsel
**Capitala Group**
4201 Congress Street | Suite 360 | Charlotte, NC 28209
p 704 936 4928 | m 205 960 5144 | CapitalaGroup.com




This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply at rwheelahan@capitalagroup.com and delete the message.

CONFIDENTIAL

NF000129



## Term Sheet Proposal for
## Capitala Private Credit Fund V, L.P.

| | |
|---|---|
| **Advisor:** | NovaFund Advisors, a Division of Columbus Advisory Group LTD, member FINRA and SIPC (collectively "NovaFund"). |
| **Services Provided:** | NovaFund will make best efforts to place partnership interests in Capitala Private Credit Fund V, L.P. (the "Fund") with North American, European, Australian and Asian investors ("Target Investors"). NovaFund will begin advisory work immediately with Capitala Group LLC ("Capitala") to assist with the preparation of offering materials and, in coordination with Capitala, contacting potential Fund investors. |

NovaFund's services may also include the following:

(i)     advising Capitala in producing a marketing presentation and private placement memorandum to be used with potential investors that are considering a commitment to the Fund.

(ii)    advising and assisting Capitala in making presentations to Target Investors, including assisting with the preparation of a composite track record presentation, marketing documents and other offering and due diligence materials

to be sent to potential investors;

(iii)   advising and assisting Capitala with the preparation of an on-line fund data site and preparations and delivery of due diligence materials, investor questionnaires and related financial analyses with respect to the private placement, and;

(iv)   working with Capitala's legal counsel and other relevant parties to document and close the Fund.

**Travel and Entertainment Expenses**

Capitala shall reimburse NovaFund on a timely basis for documented out-of-pocket expenses related to its due diligence and marketing of the Fund (including, without limitation, all reasonable entertainment, travel, lodging, third-party legal and related due diligence trip fees and expenses) incurred by NovaFund in connection with the performance of the services for the Fund, up to a maximum of $2500,000.

**Fee Proposal**

As compensation for the advisory and exclusive placement services to be provided by NovaFund hereunder, Capitala agrees to pay NovaFund a monthly fee of $205,000 ("Retainer Fee"). The Retainer Fee will be paid until the sooner of: 1) the first close of Capitala Fund V (if such close constitutes commitments for which NovaFund is paid a success fee in excess of $200,000), or 2) $200,000 of retainer fees have been paid. The first monthly installment of the Retainer Fee will be

-2-

   NF000131

due on MayFebruary 115, 2016.

Capitala will agree to compensate NovaFund in an amount equal to 1.5% of the Fund's invested capital for any Target Investor that subscribes to the Fund or a separately managed account ("Success Fee").  Should Capitala agree to a lower management fee than 1.5% for any Target Investor, NovaFund will earn a fee equal to one year of the Company's management fee from the Target Investor, but in no case less than 1.0% of committed capital for the Target Investor(s); provided, however, that no Success Fee shall be earned by NovaFund in respect of capital raised for traded credit vehicles with distinct investment strategies from the Fund. Retainer Fees will offset Success Fees at the rate of 50% until all Retainer Fees have been rebated. The Success Fee will be paid quarterly based on invested capital with NovaFund's total Success Fee being paid in full in 30 months.  In addition to Success Fees, NovaFund will be due a fee for capital commitments from Target Investors that close into the Fund to anythe next Capitala-sponsored successor vehicle with a substantially similar strategy at the rate of 50 basis points of such capital commitments ("Nova Tail Fee").; provided, however, that NovaFund may not earn Success Fees or other fees in excess of (a) the Success Fee plus (b) 50 basis points in respect of any Target Investor.

It is understood that no Fee shall be payable with respect to commitments by the Manager or General Partner of the Fund or executives of Capitala or any of their respective officers,

-3-

directors and employees and any such officer's, director's or employee's immediate family members (and any investment vehicles controlled by or established primarily for the benefit of any such officer, director, employee and/or his or her immediate family members), for its or their own accounts, or for investors previously known to Capitala ("Schedule 1 - Carve Out Investors"), up to $125~~00~~ million in commitments.

At NovaFund's discretion, a separate engagement letter to be initiated by NovaFund may be entered into between Capitala and NovaFund that addresses market standard legal and compliance terms related to indemnification, representation and warranties, confidentiality, sunset and other legal and regulatory matters (the "Agreement"). This proposal shall expire on ~~March~~ May 5~~1~~, 2016 at 5:00pm Eastern Standard Time unless executed by Capitala.

**Agreed to and Accepted by:**

**NovaFund Advisors**                    **Capitala Group LLC**


_____              _____
Name: Bryan Kelley                         Name: Joseph B. Alala, III
Title: Principal                               Title: Chairman and CEO

-4-

_____
Name: James Howe
Title: Principal

CONFIDENTIAL

NF000134

## Schedule 1 –  Carve Out Investors

~~Hamilton Lane and clients~~

~~Kemper Insurance~~See Attached

Name

40/86 Advisors

Aegon USA Investment Management  / Transamerica

Alpheus Capital

Amalgamated Casualty Insurance Company

American Equity Investment Life

American Money Management Corporation

American Mutual Life Association

Americo Financial Life

AMZAK Capital

Auto-Owners Insurance

BB&T Capital Markets

Beneficial Life

Blue Cross Blue Shield of Michigan

Boston Partners

Brookside Family Office

Brown Forman Pension

C N A Financial Corporation

Cambridge Associates

Cigna

Cincinnati Financial

Clearwell Group

Consector Capital

Constellation Wealth Management (UBS)

CranRidge Capital

Crestline

Davis Capital Partners

Delaware Life

-6-

NF000135

Deutsche Bank

Dupont Capital Management

Edge Capital Partners

Endeavor Capital

Farm Bureau Financial Services

Federated Insurance

Fidelity & Guaranty Life

First Republic

Florida Pension

Forrestal Capital

Franklin Park

Genspring

Georgetown University

GLJ Capital

Global Endowment

GOLDING Capital Partners

Golden Leaf / NC Tobacco Settlement Fund

Grays Creek Capital Partners

Grove Street Advisors

Hamilton Lane

HB Capital

Hillman Foundation

Hirtle Callaghan

Homrich Berg

ING

James Gibson

James River Insurance Company

Jefferies

JM Family Enterprises

JP Charter Oak Advisors

Kemper Insurance

CONFIDENTIAL

NF000136

Knights of Columbus Insurance

KY Retirement System

KY Teachers Retirement System

Laurel Wealth Advisors

LCG Advisors

Manulife Financial

Massachusetts Mutual Life Insurance

Method Advisors

Morgan Creek

National Life Group

National Western Life

NC Treasurer / NC Teachers

Palm  Beach Capital

Pantheon

Penn Mutual Insurance Company

Progressive Insurance

Prospector Partners

Protective Life Insurance

Resource America

RIN Capital

Rose Family Office

Sandler O'Neill

Shuford Family Office

Socius Family Office

Standard Life

StarMountain Capital

Steve Leeolou

The Family Office

The Keith Corp

Third Lake Capital

Thrivent Financial

-8-

CONFIDENTIAL

NF000137

Timucuan Asset Management

Torchmark Corporation

Travelers

UBS Broker - Gordon Semenuik

United Heritage Insurance

USAA

Vaupen Financial Advisors

Vios Capital

Warlick Family Office

Washington University

WE Family Offices

Wilbanks, Smith and Thomas

William B Allen

Wilshire Associates

Worth Financial Advisory Group

WP Global

-9-

NF000138