# EXHIBIT 20

| | |
|---|---|
| From: | Bryan D. Kelley |
| Sent: | Friday, May 6, 2016 9:57 AM EDT |
| To: | 'Richard Wheelahan'; Joe Alala III |
| CC: | Casey Swercheck; James Howe; Kallie Hapgood; Mark McAndrews |
| Subject: | RE: Capitala Term Sheet Proposal 04 28 2016 |
| Attachments: | Capitala Term Sheet Proposal 5 6 2016 Blackline.doc, Capitala Term Sheet Proposal 5 6 2016 Execution Copy.pdf |

Richard, here it is. Please sign and return. James will be back in the office late today at which point we will execute.

Is there a good time on Monday/Tuesday afternoon next week to get on the phone to start organizing our next steps?

Thanks, Bryan



**Bryan D. Kelley**
**NovaFund Advisors**



Tel. 203-831-0111 Ext. 210
Cell 917-412-7972
bk@novafundadvisors.com
www.novafundadvisors.com

---

**From:** Richard Wheelahan [mailto:rwheelahan@capitalsouthpartners.com]
**Sent:** Friday, May 06, 2016 6:19 AM
**To:** Bryan D. Kelley; Joe Alala III
**Cc:** Casey Swercheck; James Howe; Kallie Hapgood; Mark McAndrews
**Subject:** RE: Capitala Term Sheet Proposal 04 28 2016

Thanks Bryan,

In that case would you mind changing the first sentence of the second paragraph of the term sheet ("Fee Proposal") to "Capitala will agree to compensate Nova for an amount equal to 1.5% of the amount of equity capital that any Target Investor commits to the Fund or a separately managed account ("Success Fee")."

We should also change the date to May 6 for termination, as well.

If you wouldn't mind clarifying that point we will sign and return.

Richard

**Richard G. Wheelahan III** | CCO · General Counsel

Exhibit 659

p 704 936 4928 | m 205 960 5144 | CapitalaGroup.com



**From:** Bryan D. Kelley [mailto:bk@novafundadvisors.com]
**Sent:** Thursday, May 5, 2016 8:20 PM
**To:** Joe Alala III <JAlala@capitalagroup.com>
**Cc:** Richard Wheelahan <rwheelahan@capitalsouthpartners.com>; Casey Swercheck <Casey@capitalagroup.com>; James Howe <jh@novafundadvisors.com>; Kallie Hapgood <kh@novafundadvisors.com>; Mark McAndrews <mmc@novafundadvisors.com>
**Subject:** Re: Capitala Term Sheet Proposal 04 28 2016

Yes, please sign the term sheet, thanks

Bryan Kelley
NovaFund Advisors
(917) 412-7972
Sent from my iPhone

On May 5, 2016, at 7:08 PM, Joe Alala III <JAlala@capitalagroup.com> wrote:

> Bryan.
>
> Is it clear in this executed draft that your fee attaches to LP commitments on equity but does not apply to third party debt?
>
> If so we can execute
>
> Joe Alala, III
> Chairman and CEO
> Chief Investment Officer
> Capitala Group
> Capitala Finance Corp (NASDAQ-CPTA)
> CapitalSouth Growth Fund
> Phone - 704-376-5502 ext. 24
> www.capitalagroup.com
> Please forgive any typing or grammatical errors. It is I the operator who is challenged by emails while constantly traveling.
> Sent from my iPhone
>
> On May 5, 2016, at 4:47 PM, Bryan D. Kelley <bk@novafundadvisors.com> wrote:
>
>> Gentlemen, please find attached an executed term sheet. We are very excited to be working with you on this project!
>> Please sign and send back asap. Thanks and kind regards, Bryan
>> **Bryan D. Kelley**
>> **NovaFund Advisors**

Tel. 203-831-0111 Ext. 210
Cell 917-412-7972
bk@novafundadvisors.com
www.novafundadvisors.com

**From:** Richard Wheelahan [mailto:rwheelahan@capitalsouthpartners.com]
**Sent:** Tuesday, May 03, 2016 2:28 PM
**To:** Bryan D. Kelley; James Howe; Kallie Hapgood
**Cc:** Joe Alala III; Casey Swercheck; Herring, John
**Subject:** RE: Capitala Term Sheet Proposal 04 28 2016

Bryan,

Attached is a redline of the most recent term sheet that Capitala is ok with. This reflects the draft you sent on Friday, and our internal discussions. Thanks for allowing us to caucus over the weekend and this week.

We're ok with the $125mm carveout ceiling, as well as the revised tail language that you proposed.

We are excited to get to work, and hope to have copies of our subscription documents from counsel soon.

If these changes are acceptable, please accept them and then we can swap signatures tomorrow.

Richard

**Richard G. Wheelahan III** | CCO · General Counsel
p 704 936 4928 | m 205 960 5144 | CapitalaGroup.com

**From:** Bryan D. Kelley [mailto:bk@novafundadvisors.com]
**Sent:** Friday, April 29, 2016 3:21 PM
**To:** Richard Wheelahan <rwheelahan@capitalsouthpartners.com>; James Howe <jh@novafundadvisors.com>; Kallie Hapgood <kh@novafundadvisors.com>
**Cc:** Joe Alala III <JAlala@capitalagroup.com>; Casey Swercheck <Casey@capitalagroup.com>
**Subject:** RE: Capitala Term Sheet Proposal 04 28 2016

OK, thanks, let us know if you would like to discuss over the weekend

**Bryan D. Kelley**
**NovaFund Advisors**
Tel. 203-831-0111 Ext. 210
Cell 917-412-7972
bk@novafundadvisors.com
www.novafundadvisors.com

**From:** Richard Wheelahan [mailto:rwheelahan@capitalsouthpartners.com]
**Sent:** Friday, April 29, 2016 2:59 PM
**To:** Bryan D. Kelley; James Howe; Kallie Hapgood
**Cc:** Joe Alala III; Casey Swercheck
**Subject:** RE: Capitala Term Sheet Proposal 04 28 2016

Bryan, the fee tail language you provided makes sense. We're both on the same page – just wording it differently.

As for the remaining points (mostly related to the carveout list and overlap), let's wait until Joe has a chance to caucus (likely first thing next week).

Y'all have a great weekend.

Richard

**Richard G. Wheelahan III** | CCO · General Counsel
p 704 936 4928 | m 205 960 5144 | CapitalaGroup.com

**From:** Bryan D. Kelley [mailto:bk@novafundadvisors.com]
**Sent:** Friday, April 29, 2016 10:09 AM
**To:** Richard Wheelahan <rwheelahan@capitalsouthpartners.com>; James Howe <jh@novafundadvisors.com>; Kallie Hapgood <kh@novafundadvisors.com>
**Cc:** Joe Alala III <JAlala@capitalagroup.com>; Casey Swercheck <Casey@capitalagroup.com>
**Subject:** RE: Capitala Term Sheet Proposal 04 28 2016

Richard, thanks for your comments. We have reviewed and would make the following points:

- For the cap on full carve out names, we would suggest a compromise at $125MM. For certain names, we would not expect to work together since we either do not know the LP at all or you have demonstrated a superior relationship (like Hamilton Lane, Kemper or the State of Florida).

- On the carve out list in the term sheet, there are certain LP names we know well and for which we would want a reduced fee – since we both know them we would work together to catalyze the LP to close. Working from a list of 100 LPs, we would propose several LPs in this category. We discussed 35bps for a fee on reduced names yesterday – but that was really only referencing what we did with Gridiron II when we helped them with existing LPs. With LPs that are not existing LPs, we believe the work will be more demanding and require more of our time – so we would propose 50bps to compensate for this. We would, however, agree to forego these fees if you agree to the $125MM carve out cap above. We would then work on these names together where you believe we can be helpful.

- In addition to Hamilton Lane, there are six more gatekeepers/advisors on the carve out list that we would like to discuss. As a full carve out, this would imply that if Nova identified a advisor client and they ultimately closed, then we would be paid no fee. For example, carving out Cambridge Associates would imply over 300 LPs for which we would potentially receive no compensation, and therefore we would have no motivation to approach. We have historically had the best success moving Cambridge through by pushing their underlying investors. Additionally we have had a relationship with Cambridge Associates spanning over 15 years. We do not think the carve out approach would be in either of our best interests. We want to be thoughtful about these advisors so we are all working together towards an efficient fundraise, which is the ultimate goal. We would propose working together on these

NF010462

- six advisors jointly as NovaFund would seek to get to the $125MM carve out cap as soon as possible.
- On the tail fee language, the last sentence is confusing. The market standard is for a tail fee to be paid to the agent on a closed LP introduced by the agent in the current fund, that closes in the next successor fund with a similar strategy. The language I proposed was admittedly confusing. I hope the new language is better and more straightforward.

Let's discuss later today or over the weekend, thanks.

**Bryan D. Kelley**
**NovaFund Advisors**
Tel. 203-831-0111 Ext. 210
Cell 917-412-7972
bk@novafundadvisors.com
www.novafundadvisors.com

**From:** Richard Wheelahan [mailto:rwheelahan@capitalsouthpartners.com]
**Sent:** Thursday, April 28, 2016 1:02 PM
**To:** Bryan D. Kelley; James Howe; Kallie Hapgood
**Cc:** Joe Alala III; Casey Swercheck
**Subject:** Capitala Term Sheet Proposal 04 28 2016

Bryan,

In follow up to our discussions, attached is a revised term sheet with Capitala's comments, including the carve-out list.

Joe's traveling this afternoon, but please let me know if you would like to set aside a time to discuss later today (subject to availability) or tomorrow.

Richard

**Richard G. Wheelahan III** | CCO · General Counsel
**Capitala Group**
4201 Congress Street | Suite 360 | Charlotte, NC 28209
p 704 936 4928 | m 205 960 5144 | CapitalaGroup.com

This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply at rwheelahan@capitalagroup.com and delete the message.