# EXHIBIT 22

**To:** Michael Graham[MGraham@capitalagroup.com]
**From:** Casey Swercheck[Casey@capitalagroup.com]
**Sent:** Tue 5/10/2016 11:13:39 AM (UTC-04:00)
**Subject:** RE: Call tomorrow

It's all fairly standard and our biggest push backs were on the length / amount of retainer (which all nets against success fee) and carveout amount for existing investors. We carved out $125mm for max amount from existings and will share anything above that (including from that group); in reality I'm not worried about it as I don't have a lot of conviction in our carveout list amounting to $125mm anyway. so I think this is all blue sea / opportunity for Nova. These guys will represent three other funds this year, so they can't afford to eff this up, which is good alignment haha

**Casey Swercheck** | Vice President
Capitala Group
500 E Broward Blvd | Ste 1710 | Fort Lauderdale, FL 33301
p 954 848 2860 |  m 215 796 8410



---

**From:** Michael Graham
**Sent:** Tuesday, May 10, 2016 11:08 AM
**To:** Casey Swercheck <Casey@capitalagroup.com>
**Subject:** Re: Call tomorrow

We really ran this term sheet to ground

Michael Graham
mgraham@capitalagroup.com
Office: 704.936.4932
Cell: 205.913.0037

On May 10, 2016, at 11:07 AM, Casey Swercheck <Casey@capitalagroup.com> wrote:

> Weird, I hadn't noticed that as I stopped at the carveout list on my phone. Obviously an error on their part as question list makes no sense as appendix to a term sheet. However, interesting that the best deerpath deals are a 1.6x and those guys have raised $700mm
>
> **Casey Swercheck** | Vice President
> Capitala Group
> 500 E Broward Blvd | Ste 1710 | Fort Lauderdale, FL 33301
> p 954 848 2860 |  m 215 796 8410
> <image003.png>  <image004.png>  <image005.png>
>
> **From:** Michael Graham
> **Sent:** Tuesday, May 10, 2016 10:34 AM
> **To:** Casey Swercheck <Casey@capitalagroup.com>
> **Subject:** RE: Call tomorrow
>
> Look at the end of the pdf. Seems to be targeted towards deerpath
>
> **Michael Graham** | Vice President
> p 704 936 4932 |  m 205 913 0037
> www.CapitalaGroup.com   <image004.png>  <image005.png>
>
> **From:** Casey Swercheck
> **Sent:** Tuesday, May 10, 2016 9:32 AM
> **To:** Michael Graham <MGraham@capitalagroup.com>
> **Subject:** Re: Call tomorrow
>
> ?

CONFIDENTIAL

Exhibit 195

CAP_0029974

Casey Swercheck
Vice President - Fort Lauderdale Office
CapitalSouth Partners & Capitala Finance Group
Casey@capitalagroup.com
(O) 954.848.2860
(M) 215.796.8410

On May 10, 2016, at 9:14 AM, Michael Graham <MGraham@capitalagroup.com> wrote:

> Did they attach a questions for deerpath on the end?
>
> **Michael Graham** | Vice President
> p 704 936 4932 | m 205 913 0037
> www.CapitalaGroup.com   <image007.png>  <image008.png>
>
> ---
>
> **From:** Casey Swercheck
> **Sent:** Monday, May 9, 2016 1:58 PM
> **To:** Michael Graham <MGraham@capitalagroup.com>
> **Subject:** FW: Call tomorrow
>
> lol
>
> **Casey Swercheck** | Vice President
> Capitala Group
> 500 E Broward Blvd | Ste 1710 | Fort Lauderdale, FL 33301
> p 954 848 2860 |  m 215 796 8410
> <image009.png>  <image007.png>  <image008.png>
>
> ---
>
> **From:** Joe Alala III
> **Sent:** Monday, May 09, 2016 1:56 PM
> **To:** Lynne Girts <LGirts@capitalagroup.com>; Casey Swercheck <Casey@capitalagroup.com>; Richard Wheelahan <rwheelahan@capitalsouthpartners.com>; Jack McGlinn <JMcGlinn@capitalagroup.com>; Steve Arnall <sarnall@capitalagroup.com>; Chris Norton <CNorton@capitalagroup.com>
> **Cc:** Hunt Broyhill (Broyhill Asset) <Hunt@broyhillasset.com>
> **Subject:** FW: Call tomorrow
>
> ## We just got a lot more poor – lets go raise a big ass Fund V
>
> **Joseph B. Alala III** | Chairman · CEO
> p 704 376 5502 ext. 24 | CapitalaGroup.com
> <image010.png>  <image011.png>  <image008.png>
>
> ---
>
> **From:** Bryan D. Kelley [mailto:bk@novafundadvisors.com]
> **Sent:** Monday, May 09, 2016 1:52 PM
> **To:** Joe Alala III; Casey Swercheck
> **Cc:** James Howe; Mark McAndrews; Kallie Hapgood
> **Subject:** RE: Call tomorrow
>
> Joe, attached is the executed term sheet!
>
> I have copied Mark McAndrews who will provide wire instructions for future payments.
>
> Kind regards, Bryan
>
> **Bryan D. Kelley**
> **NovaFund Advisors**
>
> <image012.jpg>

Tel. 203-831-0111 Ext. 210
Cell 917-412-7972
bk@novafundadvisors.com
www.novafundadvisors.com

---

**From:** Joe Alala III [mailto:JAlala@capitalagroup.com]
**Sent:** Monday, May 09, 2016 9:11 AM
**To:** Bryan D. Kelley; Casey Swercheck
**Subject:** RE: Call tomorrow

Please send me contract and I will have a check from CPA be sent to you

**Joseph B. Alala III** | Chairman · CEO
p 704 376 5502 ext. 24 | CapitalaGroup.com
<image010.png>  <image011.png>  <image008.png>

---

**From:** Bryan D. Kelley [mailto:bk@novafundadvisors.com]
**Sent:** Monday, May 09, 2016 9:09 AM
**To:** Casey Swercheck; Joe Alala III
**Subject:** RE: Call tomorrow

Tuesday at 2Pm is confirmed


**Bryan D. Kelley**
**NovaFund Advisors**

<image013.jpg>

Tel. 203-831-0111 Ext. 210
Cell 917-412-7972
bk@novafundadvisors.com
www.novafundadvisors.com

---

**From:** Casey Swercheck [mailto:Casey@capitalagroup.com]
**Sent:** Monday, May 09, 2016 9:08 AM
**To:** Joe Alala III; Bryan D. Kelley
**Subject:** Re: Call tomorrow

Bryan 2 pm tomorrow work for you?

Casey Swercheck
Vice President - Fort Lauderdale Office
CapitalSouth Partners & Capitala Finance Group
Casey@capitalagroup.com
(O) 954.848.2860
(M) 215.796.8410
On May 9, 2016, at 9:05 AM, Joe Alala III <JAlala@capitalagroup.com> wrote:

> We should do around 1130 the call – but I may have a lunch downtown. Lets do this in afternoon say 2pm or so
>
> **Joseph B. Alala III** | Chairman · CEO
> p 704 376 5502 ext. 24 | CapitalaGroup.com
> <image001.png>  <image002.png>  <image003.png>

**From:** Casey Swercheck
**Sent:** Monday, May 09, 2016 9:02 AM
**To:** Bryan D. Kelley; Joe Alala III
**Subject:** Re: Call tomorrow

Joe what's your best guess?

Casey Swercheck
Vice President - Fort Lauderdale Office
CapitalSouth Partners & Capitala Finance Group
Casey@capitalagroup.com
(O) 954.848.2860
(M) 215.796.8410
On May 9, 2016, at 9:01 AM, Bryan D. Kelley <bk@novafundadvisors.com> wrote:

> OK, thanks. What time do you think your earnings call will end tomorrow morning?
>
>
> **Bryan D. Kelley**
> **NovaFund Advisors**
>
> <image001.jpg>
>
> Tel. 203-831-0111 Ext. 210
> Cell 917-412-7972
> bk@novafundadvisors.com
> www.novafundadvisors.com
>
> ---
>
> **From:** Casey Swercheck [mailto:Casey@capitalagroup.com]
> **Sent:** Monday, May 09, 2016 6:48 AM
> **To:** Bryan D. Kelley
> **Subject:** Re: Call tomorrow
>
> Bryan just a separate note on our standing calls on Mondays, 10 am for pipeline discussion and 2 pm for more in depth deal discussion. In case you guys have interest in ever joining to listen in I'll get you dial in info
>
> Casey Swercheck
> Vice President - Fort Lauderdale Office
> CapitalSouth Partners & Capitala Finance Group
> Casey@capitalagroup.com
> (O) 954.848.2860
> (M) 215.796.8410
> On May 9, 2016, at 6:26 AM, Bryan D. Kelley
> <bk@novafundadvisors.com> wrote:
>
>> We have a morning meeting in the city. 2pm would be the earliest we could do it.
>>
>> Bryan Kelley
>> NovaFund Advisors
>> (917) 412-7972
>> Sent from my iPhone
>> On May 8, 2016, at 9:53 PM, Casey Swercheck
>> <Casey@capitalagroup.com> wrote:

CONFIDENTIAL
CAP_0029977

We have a standing internal fundraising call after our IC pipeline discussion. That Pipeline call starts at 10 AM and we usually wrap by about 1030. Would that work for you all?

Casey Swercheck
Vice President - Fort Lauderdale Office
CapitalSouth Partners & Capitala Finance Group
Casey@capitalagroup.com
(O) 954.848.2860
(M) 215.796.8410

On May 8, 2016, at 9:37 PM, Bryan D. Kelley <bk@novafundadvisors.com> wrote:

> Yes, will have to be late afternoon. What times would work for you?
>
> Bryan Kelley
> NovaFund Advisors
> (917) 412-7972
> Sent from my iPhone
>
> On May 8, 2016, at 8:32 PM, Casey Swercheck <Casey@capitalagroup.com> wrote:
>
>> Bryan do we have a call tomorrow to talk about kicking things off? Let me know what you think
>>
>> Casey Swercheck
>> Vice President - Fort Lauderdale Office
>> CapitalSouth Partners & Capitala Finance Group
>> Casey@capitalagroup.com
>> (O) 954.848.2860
>> (M) 215.796.8410

CONFIDENTIAL