# EXHIBIT 23

| | |
|---|---|
| **From**: | Joe Alala III [JAlala@capitalagroup.com] |
| **Sent**: | 5/17/2016 9:37:51 AM |
| **To**: | Tom Sullivan [TSullivan@sandleroneill.com]; Richard Wheelahan [rwheelahan@capitalsouthpartners.com]; Casey Swercheck [Casey@capitalagroup.com] |
| **CC**: | Steve Arnall [sarnall@capitalagroup.com] |
| **Subject**: | Sullivan |

Casey. Can you send our placement agent contract to Tom?

We need to finalize the outreach efforts with his list

Joe Alala, III
Chairman and CEO
Chief Investment Officer
Capitala Group
Capitala Finance Corp (NASDAQ-CPTA)
CapitalSouth Growth Fund
Phone - 704-376-5502 ext. 24
www.capitalagroup.com
Please forgive any typing or grammatical errors.  It is I the operator who is challenged by emails while constantly traveling.
Sent from my iPhone

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

SO-0000000163