# EXHIBIT 24

**To:** Richard Wheelahan[rwheelahan@capitalsouthpartners.com]
**From:** Casey Swercheck[Casey@capitalagroup.com]
**Sent:** Tue 5/17/2016 11:13:44 AM (UTC-04:00)
**Subject:** RE: Sullivan

OK thanks

**Casey Swercheck** | Vice President
**Capitala Group**
500 E Broward Blvd | Ste 1710 | Fort Lauderdale, FL 33301
p 954 848 2860 | m 215 796 8410



**From:** Richard Wheelahan
**Sent:** Tuesday, May 17, 2016 11:13 AM
**To:** Casey Swercheck <Casey@capitalagroup.com>
**Subject:** RE: Sullivan

I asked – will let you know what we can compromise on.

**Richard G. Wheelahan III** | CCO · General Counsel
p 704 936 4928 | m 205 960 5144 | CapitalaGroup.com



**From:** Casey Swercheck
**Sent:** Tuesday, May 17, 2016 11:10 AM
**To:** Richard Wheelahan <rwheelahan@capitalsouthpartners.com>
**Subject:** RE: Sullivan

I think we just ask Tom what he wants to see and we just copy & paste in emaiil

**Casey Swercheck** | Vice President
**Capitala Group**
500 E Broward Blvd | Ste 1710 | Fort Lauderdale, FL 33301
p 954 848 2860 | m 215 796 8410



**From:** Richard Wheelahan
**Sent:** Tuesday, May 17, 2016 11:10 AM
**To:** Casey Swercheck <Casey@capitalagroup.com>
**Subject:** RE: Sullivan

No, but Joe's going to share the terms, anyway.  What format do you suggest?

**Richard G. Wheelahan III** | CCO · General Counsel
p 704 936 4928 | m 205 960 5144 | CapitalaGroup.com



**From:** Casey Swercheck
**Sent:** Tuesday, May 17, 2016 10:59 AM
**To:** Richard Wheelahan <rwheelahan@capitalsouthpartners.com>
**Subject:** Re: Sullivan

If you're nova, would you want your term sheet sent to a third party who is trying to act in a similar capacity?

**Exhibit PX348**

CG00027123

Casey Swercheck
Vice President - Fort Lauderdale Office
CapitalSouth Partners & Capitala Finance Group
Casey@capitalagroup.com
(O) 954.848.2860
(M) 215.796.8410
On May 17, 2016, at 10:32 AM, Richard Wheelahan <rwheelahan@capitalsouthpartners.com> wrote:

> Go ahead and send.
>
> Richard G. Wheelahan III | CCO · General Counsel
>
> p 704 936 4928 | m 205 960 5144 | CapitalaGroup.com
>
> Sent from my BlackBerry Smartphone on the Verizon 4G LTE Network
> **From:** JAlala@capitalagroup.com
> **Sent:** May 17, 2016 10:30 AM
> **To:** rwheelahan@capitalsouthpartners.com
> **Subject:** Re: Sullivan
>
>
> I think the entire thing so they see the fees and how it is paid over time.
>
> Joe Alala, III
> Chairman and CEO
> Chief Investment Officer
> Capitala Group
> Capitala Finance Corp (NASDAQ-CPTA)
> CapitalSouth Growth Fund
> Phone - 704-376-5502 ext. 24
> www.capitalagroup.com
> Please forgive any typing or grammatical errors.  It is I the operator who is challenged by emails while constantly traveling.
> Sent from my iPhone
> On May 17, 2016, at 10:28 AM, Richard Wheelahan <rwheelahan@capitalsouthpartners.com> wrote:
>
>> Joe, should we just send the carveout list or do you want the whole thing?
>>
>> Richard G. Wheelahan III | CCO · General Counsel
>>
>> p 704 936 4928 | m 205 960 5144 | CapitalaGroup.com
>>
>> Sent from my BlackBerry Smartphone on the Verizon 4G LTE Network
>> **From:** JAlala@capitalagroup.com
>> **Sent:** May 17, 2016 9:37 AM
>> **To:** TSullivan@sandleroneill.com; rwheelahan@capitalsouthpartners.com; Casey@capitalagroup.com
>> **Cc:** sarnall@capitalagroup.com
>> **Subject:** Sullivan
>>
>>
>> Casey. Can you send our placement agent contract to Tom?
>>
>> We need to finalize the outreach efforts with his list
>>
>> Joe Alala, III
>> Chairman and CEO

CG00027124

Chief Investment Officer
Capitala Group
Capitala Finance Corp (NASDAQ-CPTA)
CapitalSouth Growth Fund
Phone - 704-376-5502 ext. 24
[www.capitalagroup.com](www.capitalagroup.com)
Please forgive any typing or grammatical errors. It is I the operator who is challenged by emails while constantly traveling.
Sent from my iPhone

CG00027125