# EXHIBIT 25



Appendix G

Please provide the following:

i) The name of each placement agent, finder, third-party intermediary or any other individual or entity hired or otherwise engaged, or expected to be hired or otherwise engaged, in connection with any fundraising activity related to the Fund. Please include a detailed description of the services to be performed and specific details on how the Sponsor was introduced to such person or entity.

*NovaFund Advisors, a division of Columbus Advisory Group, Ltd, which was known by Casey Swercheck of Capitala Group, has been engaged as a placement agent for the Fund.*

*Capitala Group may engage Sandler O'Neill and Partners as a placement agent with a limited scope (limited to several institutional investors with which Sandler O'Neill and Partners has a long-standing relationship with) to raise additional equity capital for the Fund.*

ii) Please provide detail on who will bear the cost of any compensation of any kind or value paid to any placement agent, finder, third-party intermediary or other individual or entity. To the extent the bearer of the cost is the General Partner of the Fund, please detail exactly how this cost is being borne.

*The Fund is expected to be obligated to reimburse the General Partner of the Fund for up to $1.25 million of organizational and formation costs and expenses, subject to customary expense offset provisions in the Limited Partnership Agreement. Any expenses in excess of $1.25 million will be borne by the General Partner, or an affiliate (not the Limited Partnership).*

iii) Details on whether or not any placement agent, finder, third-party intermediary or other individual or entity has provided, or is expected to provide, any services in respect of any client of Hamilton Lane.

*We don't expect that any agent will provide services in respect of any client of Hamilton Lane.*

iv) Details on the amount of compensation of any kind or value paid, or expected to be paid, to any placement agent, finder, third-party intermediary or other individual or entity for any services provided in respect of any client of Hamilton Lane. Please include the timing of any compensation and the expected compensation.

*We don't expect that any agent will earn compensation for services provided in respect of any client of Hamilton Lane.*

v) Certification by the General Partner that the General Partner and its principals and affiliates are in compliance with all applicable laws and regulations related to the solicitation of, and investment by, governmental agencies and authorities, including but not limited to "pay-to-play" laws and regulations.

*The General Partner and its principals and affiliates hereby certify that they are in compliance with all applicable laws and regulations related to the solicitation of, and*

EXHIBIT 0031

CONFIDENTIAL                                                                                                                    HL001129



*investment by, governmental agencies and authorities, including but not limited to "pay-to-play" laws and regulations.*

vi) A statement whether any placement agent, finder, third-party intermediary or other individual or entity is registered with the Securities and Exchange Commission or the Financial Industry Regulatory Association or any similar regulatory agent in a country other than the United States and the details of such registration or explanation of why such registration is not required. Please state whether any said placement agent, finder, third-party intermediary or other individual or entity is registered as a lobbyist with any state or national government.

*Both Sandler O'Neill and Partners and NovaFund Advisors are registered with FINRA and all applicable foreign securities regulators. Capitala Group will supplement its diligence response to this questionnaire as and to the extent that either agent is registered with any state or federal government. Sandler O'Neill is not registered as a lobbyist in any jurisdiction. NovaFund Advisors is registered as a lobbyist in 49 states (excluding Maine).*

vii) Please confirm consent to provide an update of any changes to any of the information included as a response to the items above within five business days of the occurrence of the change in information.

*Acknowledged.*

Please also sign the following certification:

The Sponsor of the Fund represents and warrants that its responses to the requests for information above are true, accurate and complete.

Capitala Group
Name of Sponsor

By: _____
Name: Richard G. Wheelahan III
Title: Chief Compliance Officer and General Counsel
Date: May 19, 2016

CONFIDENTIAL
HL001130