# EXHIBIT 27

```
CAPITALA PRIVATE ADVISORS LLC          Date  5/31/16          Page     1
4201 CONGRESS STREET SUITE 360         Account Number
CHARLOTTE NC 28209
```

CHECKING ACCOUNTS

STERLING COMMERCIAL CHECKING
ACCOUNT #



Personal Identifying Information

--------------------------------------------------------------------------

DEBITS AND OTHER WITHDRAWALS
DATE        DESCRIPTION                        AMOUNT

```
5/26      Wire Transfer Debit                 20,000.00-
          COLUMBUS ADVISORY GROUP

          150 EAST 58TH ST
          NEW YORK, NY 10155
```

CONFIDENTIAL-For Attorneys Eyes Only                          CPA-CIA-CSLS0039415




CAPITALA PRIVATE ADVISORS LLC
4201 CONGRESS STREET SUITE 360
CHARLOTTE NC 28209

Date 5/31/16 Page 2
Account Number [redacted]

[redacted]

Personal Identifying Information

Personal Identifying Information

CONFIDENTIAL-For Attorneys Eyes Only