# EXHIBIT 29

| | |
|---|---|
| **To:** | Joe Alala III[JAlala@capitalagroup.com] |
| **From:** | Casey Swercheck[Casey@capitalagroup.com] |
| **Sent:** | Mon 6/27/2016 1:44:21 PM (UTC-04:00) |
| **Subject:** | Sandler |

PCF Carveout List vInternal.xlsx

Joe, question for you on the carveout list before we start firing off emails to our collective CPTA contacts. See attached for the updated list, there are about 40 names I've added since we distributed that are a mix of further outreach in the interim + conference contacts. I believe coordination w/Nova on this outreach is key and I want to share this list with Nova as there's overlap. It's small but there are some names on here that I think are better for them (i.e. Cambridge Associates is a name they cover regularly & have better contact, they are better positioned to make that intro than we are). There are also a ton of Sandler names on here, and frankly there will be more overlap with those names as it's more institutional and less family office (i.e. our contacts). What's the latest on Sandler and outreach? I can't recall where that discussion stands with Nova. When we shared this last time, we took the notes out and just included the names. I know we have a cap on carveout, but if we're paying Sandler to go to the names on their list (and that's in the $125mm cap) they're probably going to freak out. Just want to get on same page as we're close to firing these off & running quickly

Casey Swercheck | Vice President
Capitala Group
500 E Broward Blvd | Ste 1710 | Fort Lauderdale, FL 33301
p 954 848 2860 |  m 215 796 8410



**Exhibit 196**