# EXHIBIT 30

| | |
|---|---|
| **From**: | Joe Alala III [JAlala@capitalagroup.com] |
| **Sent**: | 6/28/2016 6:46:05 AM |
| **To**: | Tom Sullivan [TSullivan@sandleroneill.com]; Steve Arnall [sarnall@capitalagroup.com]; Casey Swercheck [Casey@capitalagroup.com]; Richard Wheelahan [rwheelahan@capitalsouthpartners.com] |
| **Subject**: | Tom |

Tom

Hope you are well. I am boarding a flight and traveling most of this week. Do you have time for a call next week?

We are in the market with our Fund V and we want to review with you the process to reach out to your submitted list of investors.

We have not had Nova contact anyone on our carve out list yet.

We are pushing hard for first close next couple of weeks and a second close by end of year

Hope you are well
Joe

Joe Alala, III
Chairman and CEO
Chief Investment Officer
Capitala Group
Capitala Finance Corp (NASDAQ-CPTA)
CapitalSouth Growth Fund
Phone - 704-376-5502 ext. 24
www.capitalagroup.com
Please forgive any typing or grammatical errors.  It is I the operator who is challenged by emails while constantly traveling.
Sent from my iPhone

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**　　　　　　　　　　　　　　　　　　　　　　　　SO-0000000176