# EXHIBIT 35

**From**: Tom Sullivan [TSullivan@sandleroneill.com]
**Sent**: 9/8/2016 10:12:50 AM
**To**: Joe Alala III [JAlala@capitalagroup.com]
**Subject**: Re: Tom

Yes. Will double check when I get in the office. But I believe so

Sent with Good Work (www.good.com)

On Sep 8, 2016 9:52 AM, Joe Alala III <JAlala@capitalagroup.com> wrote:
[External Email]

You have a copy of our placement agent contract right ?  Few outline etx?

Joe Alala, III
Chairman and CEO
Chief Investment Officer
Capitala Group
Capitala Finance Corp (NASDAQ-CPTA)
CapitalSouth Growth Fund
Phone - 704-376-5502 ext. 24
www.capitalagroup.com<http://www.capitalagroup.com>
Please forgive any typing or grammatical errors.  It is I the operator who is challenged by emails while constantly traveling.
Sent from my iPhone

On Sep 8, 2016, at 9:50 AM, Tom Sullivan <TSullivan@sandleroneill.com<mailto:TSullivan@sandleroneill.com>> wrote:

Joe we are definitely still interested.  Congratulations on the initial funding. Monday or Tuesday of that week are when I'm around.  You guys?

Sent with Good Work (www.good.com<http://www.good.com>)

On Sep 8, 2016 9:41 AM, Joe Alala III <JAlala@capitalagroup.com<mailto:JAlala@capitalagroup.com>> wrote:
[External Email]

We are in NYC week of sept 25. We should meet on fund V to give you an update. We had first closing last month. We wanted to see if your taking our Fund to some of your investors still is of interest

And just to catch up on other things

Joe

Joe Alala, III
Chairman and CEO
Chief Investment Officer
Capitala Group
Capitala Finance Corp (NASDAQ-CPTA)
CapitalSouth Growth Fund
Phone - 704-376-5502 ext. 24
www.capitalagroup.com<http://www.capitalagroup.com>
Please forgive any typing or grammatical errors.  It is I the operator who is challenged by emails while constantly traveling.
Sent from my iPhone

_____

If you are not an intended recipient of this e-mail, please notify the sender, delete it and do not read, act upon, print, disclose, copy, retain or redistribute it. Visit this URL for important additional terms relating to this e-mail. http://www.sandleroneill.com/email-disclaimer.htm
_____

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    SO-0000000204