# EXHIBIT 36

| | |
|---|---|
| **From**: | Tom Sullivan [TSullivan@sandleroneill.com] |
| **Sent**: | 9/13/2016 6:24:34 PM |
| **To**: | Bob Kleinert [bkleinert@sandleroneill.com]; Scott Clark [SClark@sandleroneill.com] |
| **Subject**: | Re: Capitala |

Understood .. I'll ask

Sent with Good Work (www.good.com)

On Sep 13, 2016 6:22 PM, Bob Kleinert <bkleinert@sandleroneill.com> wrote:
I want to read further before commenting

What is the fee to nova

Bob Kleinert
Sandler O' Neill + Partners L.P.
1251 Avenue of the Americas
6th Floor
New York, NY 10020
(212) 466-7806
(201) 259-4722 Cell
bkleinert@sandleroneill.com<mailto:bkleinert@sandleroneill.com>

From: Tom Sullivan
Sent: Tuesday, September 13, 2016 4:52 PM
To: Bob Kleinert; Scott Clark
Subject: Capitala

Guys,

Spoke earlier with Joe Alala at Capitala.  Here is where they stand: They announced the first closing on Capitala Private Credit Fund V.  Kemper and Hamilton Lane committed around $50mm to fund V.  The goal of the fund is to get to at least $350mm and they have given themselves a year to do so.

They have hired Nova Advisors to act as a placement agent to work with them on this.  As I understand it, Nova gets paid on any amount of money raised over $120mm.  Capitala would like Sandler to help them raise money as well and they are hoping that we could help bridge the gap between the $50mm raised and the $120mm where Nova kicks in.  They have identified 12 investors from a list of 40 that we sent to them at the end of April that they would like us to contact initially.  I have not received the list of 12 yet but have asked for it.  (I will send the original list on another email shortly along with the prospectus). They propose a 1.5% fee that would be paid to us as they deploy the capital or over eight quarters (not sure on the exact dynamics here).

I asked Joe what would happen if we were able to raise more money than the $70mm or if we have additional investors that we would like to show this to that are not on Nova's list.  He seemed flexible on this issue, but said that we would need to all figure this out with Nova.

I suggested to Joe that we have a call with him to go over our thoughts, questions etc.  Are you guys ok with that?

thx


Thomas J Sullivan
Sandler O'Neill + Partners, L.P.
1251 Avenue of the Americas |6th Floor |New York, NY 10020
Direct: 212-466-7740
Cell: 917-838-2131
tsullivan@sandleroneill.com<mailto:tsullivan@sandleroneill.com>

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                           SO-0000000239