# EXHIBIT 38

**To:** Casey Swercheck[Casey@capitalagroup.com]
**From:** Joe Alala III[JAlala@capitalagroup.com]
**Sent:** Wed 9/28/2016 12:05:51 PM (UTC-04:00)
**Subject:** RE: Monday at 4:30

Case 3:18-cv-01023-MPS   Document 352-27   Filed 09/30/21   Page 2 of 3

We had pitched this group at Sandler offices and they said that they preferred a private fund vs. Public Fund. We need to get them to Sandler. We can chat live

Joseph B. Alala III | Chairman · CEO
p 704 376 5502 ext. 24 | CapitalaGroup.com



---

**From:** Casey Swercheck
**Sent:** Wednesday, September 28, 2016 12:05 PM
**To:** Joe Alala III
**Subject:** Fwd: Monday at 4:30

I'm sure that's a group on Nova's list. Either way I'm still nervous about this whole thing w Sandler as I don't think we are being transparent w Nova

Casey Swercheck | Vice President
**Capitala Group**
500 E Broward Blvd | Ste 1710 | Fort Lauderdale, FL 33301
p 954 848 2860 | m 215 796 8410



Begin forwarded message:

> **From:** Tom Sullivan <TSullivan@sandleroneill.com>
> **Date:** September 28, 2016 at 8:53:43 AM PDT
> **To:** Joe Alala III <JAlala@capitalagroup.com>, Steve Arnall <sarnall@capitalagroup.com>
> **Cc:** Scott Clark <SClark@sandleroneill.com>, Casey Swercheck <Casey@capitalagroup.com>
> **Subject: RE: Monday at 4:30**
>
> The one that was blatantly missing was ▓▓▓▓▓▓▓▓. Which was somebody we introduced you to during the NDR. That was what stuck out to me..
>
> I'm sure we will figure it out..
>
> Thomas J Sullivan
> **Sandler O'Neill + Partners, L.P.**
> 1251 Avenue of the Americas | 6th Floor | New York, NY 10020
> Direct: 212-466-7740
> Cell: 917-838-2131
> tsullivan@sandleroneill.com
>
> ---
>
> **From:** Joe Alala III [mailto:JAlala@capitalagroup.com]
> **Sent:** Wednesday, September 28, 2016 11:47 AM
> **To:** Steve Arnall; Tom Sullivan
> **Cc:** Scott Clark; Casey Swercheck
> **Subject:** RE: Monday at 4:30
>
> [External Email]
>
> YES

Exhibit 140

CONFIDENTIAL                                                                                                          CAP_0040680

Also what is that group you want to add? We did not remove it but we must have lost it in the exchange of exhibits. Let's add that one and any others you think are high targets.

You the best
Joe

**Joseph B. Alala III** | Chairman · CEO
p 704 376 5502 ext. 24 | CapitalaGroup.com

 

---

**From:** Steve Arnall
**Sent:** Wednesday, September 28, 2016 11:38 AM
**To:** Tom Sullivan
**Cc:** Joe Alala III; Scott Clark
**Subject:** Re: Monday at 4:30

Good by me

Sent from my iPhone
On Sep 28, 2016, at 11:31 AM, Tom Sullivan <TSullivan@sandleroneill.com> wrote:

> Joseph and Steven.. Scott Clark is going to be in CLT this Monday. He was wondering if you guys could meet around 4:30 at your office?
>
> **Thomas J Sullivan**
> **Sandler O'Neill + Partners, L.P.**
> 1251 Avenue of the Americas | 6th Floor | New York, NY 10020
> Direct: 212-466-7740
> Cell: 917-838-2131
> tsullivan@sandleroneill.com

---

_

If you are not an intended recipient of this e-mail, please notify the sender, delete it and do not read, act upon, print, disclose, copy, retain or redistribute it. Visit this URL for important additional terms relating to this e-mail. http://www.sandleroneill.com/email-disclaimer.htm

_

---

If you are not an intended recipient of this e-mail, please notify the sender, delete it and do not read, act upon, print, disclose, copy, retain or redistribute it. Visit this URL for important additional terms relating to this e-mail. http://www.sandleroneill.com/email-disclaimer.htm