

**NovaFund**

A d v i s o r s , L L C

November 21, 2016

Capitala Group, LLC
4201 Congress St. Suite 360
Charlotte, NC 28209

Attention:     Mr. Joe Alala

Re:  Capitala Private Credit Fund V LP

Reimbursement of T&E expenses through November, 2016          $4,838.97

| Business Name: | MD Global Ptrs.<br>825 Third Ave.<br>New York, NY 10022 |
| --- | --- |
| Bank Name: | Chase Bank |
| Bank Address: | 850 Third Ave<br>New York, NY 10022 |
| ABA Routing #: | 021000021 |
| Account No.: | Personal Identifying Information |

Please contact me if you need anything further or have any questions on the above.

Thank you for your consideration.

Very truly yours,

Mark McAndrews
203-831-0111

CONFIDENTIAL

**Capitala**
**Expense Summary**
**Nov, 2016**

| Name | Reference | Amount |
|------|-----------|--------|
| Kallie Hapgood | KH 11-2-16 | 241.74 |
| Bryan Kelley | BK 11-2-16 | 2,045.38 |
| Bryan Kelley | BK 10-1-16 | 2,551.85 |

| | | |
|------|-----------|--------|
| Total | | 4,838.97 |

CAP_0025886

**NovaFund**

## Expense and Travel Report

Page 1 of 1

| Employee | | |
|---|---|---|
| Name | Kallie Hapgood | |
| Position/title | Principal | |
| Social security # | | |
| Telephone # | | |

| Expense | | |
|---|---|---|
| From date | Tue., October 18, 2016 |
| To date | Tue., October 18, 2016 |
| Deal to charge | Capitalia |

**NovaFund-paid travel**

Trip to: Boston   Business purpose: Meetings with NEPC, New Hampshire   TO BE REIMBURSED

☐ First class or business class travel was used   Notes
☐ Expenses included costs for an accompanying family member

| Expense item (incl. tax) | Tue 10/18 | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|
| Transportation | 0.50 | 1.25 | 2.90 | | | | 4.65 |
| Auto rental, gasoline | 160.35 | 38.74 | | | | | 199.09 |
| Taxi | | | | | | | 0.00 |
| Hotel | | | | | | | 0.00 |
| Valet/laundry | 38.00 | | | | | | 38.00 |
| Telephone | | | | | | | 0.00 |
| Other (biz ctr, pay tv, etc.) | | | | | | | 0.00 |
| | | | | | | Total NovaFund-paid travel expenses | 241.74 |

**Meals**

| Nova-paid meals for self only (incl. tips) | breakfast | | | | | | 0.00 |
|---|---|---|---|---|---|---|---|
| | lunch | | | | | | 0.00 |
| | dinner | | | | | | 0.00 |
| | | | | | | Total NovaFund-paid meal expenses | 0.00 |

**Entertainment**

| Date | Place | Type | Business purpose | Persons entertained | Amount |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | Total NovaFund-paid entertainment | 0.00 |

| Date | Employee-paid item & purpose | Amount |
|---|---|---|
| | | |
| | Total employee-paid expenses | 0.00 |

| Date | NovaFund-paid item & purpose | Amount |
|---|---|---|
| | | |
| | Total NovaFund-paid other expenses | 0.00 |

| Exch | Foreign currency | USD |
|---|---|---|
| | Exchange amount | $1.00= |

| Total expenses | $241.74 |
|---|---|

**Signature**

All expenses were incurred in connection with Firm business.

*Kallie Hapgood*   11/11/16
Kallie Hapgood   Date

**Approval**

*[signature]*   12-11-16
Mark McAndrews   Date

| | Date | Amount |
|---|---|---|
| Cash advance | | |
| Cash advance | | |

| Amount due employee | $0.00 |
|---|---|

KH  11-2-16

CONFIDENTIAL

CAP_0025887

THE HERTZ CORPORATION
Phone:     800-654-4173
Web:       www.hertz.com



CHARGE DETAIL

| Rental Agreement No: | M74524516 |
| Date: | 10/19/2016 |
| Document: | 926002325680 |

Direct All Inquiries To:
  THE HERTZ CORPORATION
  PO BOX 26120
  OKLAHOMA CITY, OK 73126-0120

Renter:        KALLIE HAPGOOD
Account No.:   **Personal Identifying**
CDP No.:     **Information**
CDP Name:

MRS KALLIE HAPGOOD
NOVAFUND ADVISORS
17 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820

## RENTAL REFERENCE
Rental Agreement No: M74524516
Reservation ID:   **Personal Identifying**
Frequent Traveler  **Information**

## RENTAL DETAILS
Rate Plan:     IN: OAUD1   OUT: OAUD1
Rented On:    10/17/2016 16:42  LOC# 596303
           DARIEN, CT
Returned On:  10/19/2016 08:00  LOC# 596303
           DARIEN, CT
Car Description:    N/L ALTIMA VMY3086
Veh. No.:         7789076
CAR CLASS Charged: F     MILEAGE   In: 13,693
       Rented:  F6            Out: 13,220
      Reserved: F           Driven:   473

## MISCELLANEOUS INFORMATION
CC AUTH: 08361J  DATE: 2016/10/17  AMT:   281.00

## RENTAL CHARGES
DAYS           2 @   65.00     130.00
SUBTOTAL                   130.00

CONCESSION FEE RECOVERY        9.10
ENERGY SURCHARGE            1.49
MOTOR VEHICLE LEASE TAX        2.00
TAX            12.63%    17.76

TOTAL CHARGES          160.35 USD

## Gold Plus Rewards Points
Earned this rental:  130

E-RETURN RECEIPT

THANK YOU FOR RENTING FROM HERTZ

---

ALL CHARGES HAVE BEEN BILLED TO YOUR ACCOUNT.

Direct All Inquiries To:
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES

| Rental Agreement No: | M74524516 |
| Date: | 10/19/2016 |
| Document: | 926002325680 |

Renter:      KALLIE HAPGOOD
Account No.:  **Personal Identifying Information**

Phone:    800-654-4173
Web:      www.hertz.com

TOTAL CHARGES      160.35 USD

CCM141       0090 GC

CAP_0025888



# MASSACHUSETTS TURNPIKE
## RECEIPT

CL    TOLL  DATE PLZ COLL    NO.

INTERPARK
BOSTON HARBOR
RECEIPT        K1

ENTRY TIME:
10/18/16        08:45
EXIT TIME:
10/18/16        10:37
PARK DUR.: HRS:MIN
            0:01:52

AMOUNT:
35.00

KIND OF PAYMENT:
MASTER CARD
XXXXXXXXXXXX6773
AUTH. CODE 09793J

THANK YOU FOR YOUR
VISIT

# MASSACHUSETTS TURNPIKE
## RECEIPT

CL    TOLL  DATE PLZ COLL    NO.

# MASSACHUSETTS TURNPIKE
## RECEIPT

CL    TOLL  DATE PLZ COLL    NO.

1   $0.50  10/18/16  16:51   9 65488



CONFIDENTIAL

CAP_0025889

| **NovaFund** | Expense and Travel Report | Page 1 of 1 |
|---|---|---|

**Employee**

| Name | Bryan D. Kelley |
|---|---|
| Position/title | Principal |
| Social security # | |
| Telephone # | |

**Expense**

| From date | Thu., September 15, 2016 |
|---|---|
| To date | Fri., September 16, 2016 |
| Deal to charge | CAPITALIA |

**NovaFund-paid travel**

| Trip to | Los Angeles, CA | | Business purpose | Meetings with PacLife, Cliffwater and Wilshire | | | |
|---|---|---|---|---|---|---|---|
| ☐ First class or business class travel was used | | | | | | TO BE REIMBURSED | |
| ☐ Expenses included costs for an accompanying family member | | | Notes | | | | |

| Expense item (incl. tax) | Thu 9/15 | Fri 9/16 | | | | | TOTAL |
|---|---|---|---|---|---|---|---|
| Transportation | 731.20 | 38.00 | 90.00 | 499.00 | | | 1,358.20 |
| Auto rental, gasoline | 186.25 | 186.25 | 4.25 | | | | 376.75 |
| Taxi | | 105.16 | | | | | 105.16 |
| Hotel | 625.14 | | | | | | 625.14 |
| Valet/laundry | | | | | | | 0.00 |
| Telephone | | | | | | | 0.00 |
| Other (biz ctr, pay tv, etc.) | 11.00 | 30.45 | | | | | 41.45 |
| | | | | | | Total NovaFund-paid travel expenses | 2,506.70 |

**Meals**

| Nova-paid meals for self only (incl. tips) | breakfast | 45.15 | | | | 45.15 |
|---|---|---|---|---|---|---|
| | lunch | | | | | 0.00 |
| | dinner | | | | | 0.00 |
| | | | | | Total NovaFund-paid meal expenses | 45.15 |

**Entertainment**

| Date | Place | Type | Business purpose | Persons entertained | Amount |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total NovaFund-paid entertainment | 0.00 |

**Employee-paid**

| Date | Employee-paid item & purpose | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | Total employee-paid expenses | 0.00 |

**Other Eastven-paid**

| Date | NovaFund-paid item & purpose | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | Total NovaFund-paid other expenses | 0.00 |

**Exch**

| Foreign currency | USD |
|---|---|
| Exchange amount | $1.00= |

| Total expenses | $2,551.85 |
|---|---|

**Signature**

All expenses were incurred in connection with Firm business.

Bryan D. Kelley _____  Date _____

**Approval**

Mark McAndrews _____  Date _____

| | Date | Amount |
|---|---|---|
| Cash advance | | |
| Cash advance | | |

| **Amount due employee** | **$0.00** |
|---|---|



Thank you for choosing Ovation Corporate Travel.

We value your input and welcome you to provide your feedback here.

## Travel Summary          Agency Locator: QXXECC

Traveler
KELLEY/BRYAN D
Reference number by traveler: Not Applicable

| Date | From/To | Flight/Vendor | Depart/Arrive | Class/Type | Status |
|------|---------|---------------|---------------|------------|--------|
| 09/15/2016 | JFK-LAX | B6 223 | 08:40 AM/11:43 AM | Economy | Confirmed |
| 09/15/2016 | LAX | Hertz Rent-A-Car | 09/15-09/16 | Full Size 2/4 Door | Confirmed |
| 09/16/2016 | LAX-JFK | B6 524 | 02:10 PM/10:38 PM | Economy | Confirmed |

## Travel Assistance Contact Information

For travel assistance 24 hours a day, please call your dedicated number at 646-582-1805.
After business hours, weekends and holidays, you will have the option to be transferred to our after hours travel team.
To reach our after hours team directly in case of emergency, you may call 800-876-4922. Your access code is FE0C.

## Travel Documentation Requirements

· A valid, government-issued photo ID is required for all domestic air travel.

## AIR - Thursday, September 15 2016

Jetblue  Flight B6223  Economy Class
| | |
|---|---|
| Depart: | John F Kennedy Intl, TERMINAL 5 |
| | New York, New York, United States |
| | 08:40 AM Thursday, September 15 2016 |
| Arrive: | Los Angeles International Airport, TERMINAL 3 |
| | Los Angeles, California, United States |
| | 11:43 AM Thursday, September 15 2016 |
| Duration: | 6 hour(s) and 3 minute(s) Non-stop |
| Status: | Confirmed - Jetblue Booking Reference: MXXSHC |
| Equipment: | Airbus Industrie A318 / A319 / A320 / A321 |
| Seat: | 17E Confirmed |
| Meal: | Meal |
| FF Number: | Personal Identifying Information |

For additional information and check in, 24 hours in advance, click on the airline link below.
http://www.jetblue.com/

CAP_0025891

## CAR - Thursday, September 15 2016

**Hertz Rent-A-Car**

| | |
|---|---|
| Pick Up: | 9000 Airport Blvd |
| | Los Angeles, California 900450000 |
| | United States |
| | 11:43 AM Thursday, September 15 2016 |
| Tel: | +1 (310) 568-5100 |
| Fax: | +1 (310) 568-3461 |
| Drop Off: | 9000 Airport Blvd |
| | Los Angeles, California 900450000 |
| | United States |
| | 02:10 PM Friday, September 16 2016 |
| Tel: | +1 (310) 568-5100 |
| Fax: | +1 (310) 568-3461 |
| Type: | Full Size 2/4 Door |
| Status: | Confirmed |
| Confirmation: | H05442013A2GOLD |
| Daily Rate: | USD 38.18 plus tax and/or additional fees |
| Additional fees: | USD 28.66 |
| Estimated Total: | USD 92.8 (for 1 days and 2 extra hours) |
| Included mileage: | Unlimited |
| Corp. Discount: | 1917757 |
| Frequent Renter ID: | Personal Identifying Information |

## AIR - Friday, September 16 2016

**Jetblue Flight B6524  Economy Class**

| | |
|---|---|
| Depart: | Los Angeles International Airport, TERMINAL 3 |
| | Los Angeles, California, United States |
| | 02:10 PM Friday, September 16 2016 |
| Arrive: | John F Kennedy Intl, TERMINAL 5 |
| | New York, New York, United States |
| | 10:38 PM Friday, September 16 2016 |
| Duration: | 5 hour(s) and 28 minute(s) Non-stop |
| Status: | Confirmed - Jetblue Booking Reference: MXXSHC |
| Equipment: | Airbus Industrie A318 / A319 / A320 / A321 |
| Seat: | 14F Confirmed |
| Meal: | Meal |
| FF Number: | Personal Identifying Information |

For additional information and check in, 24 hours in advance, click on the airline link below.
http://www.jetblue.com/

## Invoice / Ticket Receipt

**Total Invoiced Amount: $769.20 USD**

**Transaction Date: September 09, 2016**

### Ticket Information

Ticket Number: 2797860228428
Amount: $731.20 USD
Form of Payment: Personal Identifying Information

This ticket information applies to the following travel segment(s):
Jetblue Flight 223 from New York to Los Angeles on September 15
Jetblue Flight 524 from Los Angeles to New York on September 16

**Transaction Date: September 09, 2016**

### Service Fee Information

Service Fee Number: Personal Identifying Information
Service Fee Amount: Information
Form of Payment: CA***********2032
Service Fee Description: Air Ticket

CONFIDENTIAL

## Information Specific to this Trip

• Any changes or cancellations to your Jetblue reservation must be made prior to the scheduled departure. Otherwise, the ticket becomes invalid with no residual value.

• You have purchased a non-refundable fare on Jetblue. Any changes are subject to change fee plus any fare increase.

## Other Information and Remarks

• Please sign up for trip alerts at www.ovationtravel.com/alerts.

• Upgrades that incur additional fees or charges are not eligible for reimbursement, per company policy.

• Please reconfirm all flight times prior to your departure.

• Please notify us of any trip cancellation so your tickets may be refunded or logged for future use.

• Some hotels may impose a penalty for early checkout.

## Important Health Advisory

CDC has issued travel notices for people traveling to regions where Zika virus transmission is ongoing. For more information please visit http://www.cdc.gov/zika.

## TripCase

**Reservation management tool and mobile app**

If you prefer to view this reservation on TripCase.com and have a TripCase account, you may do so by forwarding this email to trips@tripcase.com or, if your TripCase email address matches the one we have for this reservation, this trip will automatically appear in the "My Trips" section of your TripCase account.

This invoice was generated Friday, September 09, 2016 5:05 PM UTC. Agency Locator: QXXECC

CONFIDENTIAL

CAP_0025893

```
* * * * * * * * * * * * * * * * * MISCELLANEOUS SALES RECEIPT 3  JETBLUE AIRWAYS
                                  PURCHASER RECEIPT               **ALL MISCELLANEOUS*
  JETBLUE AIRWAYS                 16SEP16  21033806          US   **    CHARGES ARE    *
                             LAX 6Y1        / LOS ANGELES         **   NON-REFUNDABLE  *
  KELLEY/BRYAN D                                                  6  * * * * * * * * * * * * * *
   **NOT VALID FOR**          PSGR TICKET 2797860228428
   **TRANSPORTATION*
   ******THIS IS YOUR RECEIPT*******

      01 MINT UPGRADE                                    MXXSHC/B6
                                       499.00


  USD    499.00            FP IKXXXXXXXXXXXX2032 08248G
         NA         *************
         NA
         NA                          0 279 0616471806 2      NOT VALID FOR TRAVEL
  USD    499.00                                              279 0616471806 2
```

```
  * * * * * * * * * * * * * * * * * MISCELLANEOUS SALES RECEIPT 6  JETBLUE AIRWAYS
                                    PURCHASER RECEIPT               **ALL MISCELLANEOUS*
  JETBLUE AIRWAYS                   15SEP16  21030041          US   **    CHARGES ARE    *
                               JFK 3DI        / NEW YORK JFK        **   NON-REFUNDABLE  *
  KELLEY/BRYAN D                                                    6  * * * * * * * * * * * * * *
   **NOT VALID FOR**            PSGR TICKET 2797860228428
   **TRANSPORTATION*
   ******THIS IS YOUR RECEIPT*******

      01 ONLINE EMS FEE                                   MXXSHC/B6
                                         90.00


  USD     90.00              FP CAXXXXXXXXXXXX2032 06228G
          NA         *************
          NA
          NA                          0 279 0616441708 4      NOT VALID FOR TRAVEL
  USD     90.00                                               279 0616441708 4
```

CONFIDENTIAL

CAP_0025894

THE HERTZ CORPORATION
Phone:      800-654-4173
Web:        www.hertz.com



CHARGE DETAIL

| Rental Agreement No: | 185076555 |
| Date: | 09/16/2016 |
| Document: | 976002055830 |

Renter:
Account No.:        Personal Identifying Information
CDP No.:
CDP Name:

Direct All Inquiries To:
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120

MR BRYAN D KELLEY
NOVAFUND ADVISORS
17 OLD KINGS HWY
S  # 140
DARIEN, CT 06820-4522

RENTAL REFERENCE
Rental Agreement No: Personal Identifying
Reservation ID:      Information
Frequent Traveler:

MISCELLANEOUS INFORMATION
CC AUTH:  09089G  DATE: 2016/09/15  AMT:  293.00
CC AUTH:  09089G  DATE: 2016/09/16  AMT:  105.00
CC AUTH:  01741G  DATE: 2016/09/15  AMT:   46.00

Gold Plus Rewards Points
Earned this rental:    86

RENTAL DETAILS
Rate Plan:     IN: TMDD    OUT: TMDD
Rented On:     09/15/2016 12:01  LOC# 110115
               LOS ANGELES AP, CA
Returned On:   09/16/2016 12:07  LOC# 110115
               LOS ANGELES AP, CA
Car Description:     ROGUE FWD 7TCN387
Veh. No.:           5297544
CAR CLASS Charged:  F       MILEAGE    In: 9,371
          Rented:   B4                 Out: 9,230
          Reserved: F                  Driven:  141

RENTAL CHARGES
DAYS                1 @  44.92         44.92
SUBTOTAL                               44.92
DISCOUNT                 15.00%        -6.74
SUBTOTAL                               38.18

FUEL PURCHASE OPTION                   39.72
CONCESSION FEE RECOVERY                 8.79
CA TOURISM FEE                          1.34
LICENSE & TAX REIMBURSEMENT             1.29
CUSTOMER FACILITY CHARGE               10.00
REFUEL SALES TAX         3.75%          1.49
TAX                      9.00%          4.35

TOTAL CHARGES                      105.16 USD

E-RETURN RECEIPT

THANK YOU FOR RENTING FROM HERTZ

ALL CHARGES HAVE BEEN BILLED TO YOUR ACCOUNT.

Direct All Inquiries To:
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES

| Rental Agreement No: | 185076555 |
| Date: | 09/16/2016 |
| Document: | 976002055830 |

Renter:              BRYAN KELLEY
Account No.:         ***********2032 MC

Phone:      800-654-4173
Web:        www.hertz.com

COMM          0000 GC

TOTAL CHARGES                      105.16 USD

CONFIDENTIAL                                                      CAP_0025895

**Bryan D. Kelley**

| | |
|---|---|
| **From:** | reservations@hoytlivery.com |
| **Sent:** | Monday, September 19, 2016 8:29 AM |
| **To:** | David Bushing; Bryan D. Kelley |
| **Subject:** | Ride Receipt for Reservation# 298530 |

**Hoyt Livery Inc.**
**21 Cross Street**
**New Canaan, CT 06840**
**Phone: 203-966-5466 Fax: 203-801-2129**
**Email: reservations@hoytlivery.com**
**Web: www.hoytlivery.com**

# Ride Receipt

ADVISORS NOVAFUND
17 Old Kings Highway South
DARIEN, CT 06820

Account#  : NOVAFUNDAD
Invoice#  :
Inv Date  :

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 09/15/16 | **Res#:** 298530   **PU:** 3 TIMBER LANE DARIEN CT 06820 | | | |
| | **Drop:** JFK 223 B6 | | | |
| | **Pickup:** 06:15AM **Dropoff:** 06:21AM **Passenger:** KELLEY, BRYAN | | | |
| | Flat: | SEDAN | $135.00 | |
| | Req By: James     Chauf: MICHAEL | | | |
| | Wait Time: - | Wait Chg: | | |
| | Phone: - Mins | Phone: | | |
| Stops | | Stops: | $0.00 | |
| | Voucher# : 298530 | | | |
| | | Tolls: | $17.75 | |
| | | Airport Fee: | $6.50 | |
| | | Gratuity: | $27.00 | |
| | | Discount: | | |
| | | Deposit: | | |
| | | ========= | ========= | |
| | | Ride Total: | $186.25 | |
| | **Paid By Credit Card MC** | **Trip Amount Due:** | **$0.00** | |
| | Personal Identifying Information | | | |

1

CAP_0025896

**Bryan D. Kelley**

| | |
|---|---|
| **From:** | reservations@hoytlivery.com |
| **Sent:** | Monday, September 19, 2016 11:03 AM |
| **To:** | David Bushing; Bryan D. Kelley |
| **Subject:** | Ride Receipt for Reservation# 298812 |

<div align="center">

**Hoyt Livery Inc.**
**21 Cross Street**
**New Canaan, CT 06840**
**Phone: 203-966-5466 Fax: 203-801-2129**
**Email: reservations@hoytlivery.com**
**Web: www.hoytlivery.com**

## Ride Receipt

</div>

ADVISORS NOVAFUND
17 Old Kings Highway South
DARIEN, CT 06820

Account#  : NOVAFUNDAD
Invoice#  :
Inv Date  :

| Date | Description | Charges | Credits |
|---|---|---|---|
| 09/16/16<br><br><br><br><br><br>Stops | **Res#:** 298812  **PU:** JFK 524 B6<br>        **Drop:** 3 TIMBER LANE DARIEN CT 06820<br>**Pickup:** 10:30PM **Dropoff:** 10:39PM **Passenger:** KELLEY, BRYAN<br><br>Flat:                                          SEDAN<br>Req By: BRYAN        Chauf: DAVID<br>Wait Time: -                         Wait Chg:<br>Phone: - Mins                       Phone:<br>                                               Stops:<br>Voucher# : 298812<br>                                               Tolls:<br>                                         Airport Fee:<br>                                           Gratuity:<br>                                           Discount:<br>                                            Deposit:<br><br>                                         Ride Total:<br>**Paid By Credit Card MC** | <br><br><br><br>$135.00<br><br><br><br>$0.00<br><br>$17.75<br>$6.50<br>$27.00<br><br><br><br>$186.25 | |
| | **Trip Amount Due:** | **$0.00** | |

Personal Identifying Information

CONFIDENTIAL

CAP_0025897

# MONDRIAN
### LOS ANGELES

Payee   Bryan Kelley

Personal Identifying Information

Company

| | | Room No. | 1215 |
| | | Arrival | 09-15-16 |
| | | Departure | 09-16-16 |
| | | Page No. | 1 of 1 |
| | | Confirmation No. | 3393834 |
| | | Folio | |

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 09-15-16 | Room Charge | 539.00 | |
| 09-15-16 | Occupancy Tax | 83.55 | |
| 09-15-16 | CA Assessment Fee | 2.59 | |
| | **Total** | **625.14** | **0.00** |
| | **Balance** | | **625.14** |

We hope you enjoyed your experience at MONDRIAN.

8440 Sunset Boulevard West Hollywood, CA 90069 || Tel: 323-650-8999 || Fax: 323-650-5215 || www.mondrianhotel.com

CONFIDENTIAL

**THIS CONTRACT LIMITS OUR LIABILITY PLEASE-READ IT**
This ticket is your only contract. It licenses you to park and lock one vehicle in a designated area at your sole risk and at posted rates. *ABM Parking Services* does not guard or assume care, custody or control of your vehicle or its contents and is not responsible for fire, theft, damage or loss. *ABM Parking Services* issues this ticket as your contract and for timekeeping purposes only. Only a license to park is granted hereby no bailment is created. This is not a claim check. Cars left over 30 days may be impounded at owner's expense. This is your entire contract and no employee may modify or waive any or its terms. By your acceptance of it you agree to all foregoing terms.

Toledo Ticket Co., Toledo, OH
www.toledoticket.com

**ABM**
Parking Services

OPERATED
**HMS**
HOST

GLADSTONE'S
LAX INTERNATIONAL AIRPORT
CHECK:      4637
TABLE:     54/1
SERVER:     4499 Beatriz
DATE:       SEP16'16  1:14PM
CARD TYPE:  MASTERCARD
ACCT #:     Personal Identifying Information
AUTH CODE:
        BRYAN KELLEY

TOTAL:          38.15

TP:_____    7~

TOTAL:_____  45.15

X_____
I AGREE TO PAY THE ABOVE AMOUNT
IN ACCORDANCE WITH THE CARD
ISSUER'S AGREEMENT.

Century Plaza Towers
2045 CENTURY PARK EAST
LOS ANGELES, 90067

2040MPS    09/16/16 08:48
Cashier 4
Receipt 096776

Excess Time
ZipPark Ticket
Zip\30011859L
MAIN GARAGE
09/16/16 07:31
09/16/16 08:48
Period 01h18'
(V.A.T.)          $30.45

Total             $30.45

Payment Received

Sale
Date: 09/16/16 08:48
Terminal Id: 01003001
Trans Ref.: 1295
Auth Code: 07051G
Entry Type: Swipe
PAN: Personal Identifying Information
Amount: 30.45 USD
APPROVED

Sub Total         $30.45

All Amounts in USD.
Deliv. Date=Receipt Date

Signature

CONFIDENTIAL

**NovaFund**

## Expense and Travel Report

Page 1 of 1

| Employee | | |
|---|---|---|
| Name | Bryan D. Kelley | |
| Position/title | Principal | |
| Social security # | | |
| Telephone # | | |

| Expense | | |
|---|---|---|
| From date | Tue., October 11, 2016 |
| To date | Sun., October 16, 2016 |
| Deal to charge | Capitalia |

**NovaFund-paid travel**

| Trip to | Pittsburg | Business purpose | Meeting with Towers Watson, UPMC,University of Pittsburg |
|---|---|---|---|

☐ First class or business class travel was used
☐ Expenses included costs for an accompanying family member

Notes: **TO BE REIMBURSED**

| Expense item (incl. tax) | Tue 10/11 | Wed 10/12 | Thu 10/13 | Fri 10/14 | Sat 10/15 | Sun 10/16 | TOTAL |
|---|---|---|---|---|---|---|---|
| Transportation | 1,136.20 | 38.00 | 173.75 | 173.75 | | | 1,521.70 |
| Auto rental, gasoline | | | | | | | 0.00 |
| Taxi | 40.50 | 42.00 | | | | | 82.50 |
| Hotel | 405.38 | | | | | | 405.38 |
| Valet/laundry | | | | | | | 0.00 |
| Telephone | | | | | | | 0.00 |
| Other (biz ctr, pay tv, etc.) | | | | | | | 0.00 |
| | | | | | Total NovaFund-paid travel expenses | | 2,009.58 |

| Meals | Nova-paid meals for self only (incl. tips) | breakfast | | 6.09 | | | | | 6.09 |
|---|---|---|---|---|---|---|---|---|---|
| | | lunch | 17.78 | 11.93 | | | | | 29.71 |
| | | dinner | | | | | | | 0.00 |
| | | | | | | Total NovaFund-paid meal expenses | | | 35.80 |

**Entertainment**

| Date | Place | Type | Business purpose | Persons entertained | Amount |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total NovaFund-paid entertainment | 0.00 |

**Employee-paid**

| Date | Employee-paid item & purpose | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | Total employee-paid expenses | 0.00 |

**Other Eastven-paid**

| Date | NovaFund-paid item & purpose | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | Total NovaFund-paid other expenses | 0.00 |

| Exch | Foreign currency | USD |
|---|---|---|
| | Exchange amount | $1.00= |

| Total expenses | $2,045.38 |
|---|---|

All expenses were incurred in connection with Firm business.

Signature: Bryan D. Kelley      Date: 11/8/16

Approval: Mark McAndrews      Date: 11-8-16

| | Date | Amount |
|---|---|---|
| Cash advance | | |
| Cash advance | | |

| Amount due employee | $0.00 |
|---|---|

BK 11-2-16

CAP_0025900



Thank you for choosing Ovation Corporate Travel.

We value your input and welcome you to provide your feedback <u>here</u>.

| Travel Summary | | Agency Locator: VHIALW | | | | |
|---|---|---|---|---|---|---|

Traveler
KELLEY/BRYAN D
Reference number by traveler: Not Applicable

| Date | From/To | Flight/Vendor | | Depart/Arrive | Class/Type | Status |
|---|---|---|---|---|---|---|
| 10/11/2016 | LGA-PIT | AA 4199 | | 12:59 PM/02:33 PM | Economy | Confirmed |
| 10/12/2016 | PIT-LGA | AA 4199 | | 03:30 PM/05:05 PM | Economy | Confirmed |

**LaGuardia Airport Construction Notice**

Please note, due to the construction at LaGuardia Airport you should allow for additional travel time due to road closures and detours. Please see http://laguardiaairport.com/traveladvisories/ for more information.

**Travel Assistance Contact Information**

For travel assistance 24 hours a day, please call your dedicated number at 646-582-1805.
After business hours, weekends and holidays, you will have the option to be transferred to our after hours travel team.
To reach our after hours team directly in case of emergency, you may call 800-876-4922. Your access code is 18SB.

**Travel Documentation Requirements**

• A valid, government-issued photo ID is required for all domestic air travel.

**AIR - Tuesday, October 11 2016**

American Airlines  Flight AA4199  Economy Class

| | |
|---|---|
| Depart: | LaGuardia Airport, TERMINAL B |
| | New York, New York, United States |
| | 12:59 PM Tuesday, October 11 2016 |
| Arrive: | Pittsburgh International Airport |
| | Pittsburgh, Pennsylvania, United States |
| | 02:33 PM Tuesday, October 11 2016 |
| Duration: | 1 hour(s) and 34 minute(s) Non-stop |
| Status: | Confirmed - American Airlines Booking Reference. VHIALW |
| Equipment: | Embraer RJ145 |
| Operated By: | TRANS STATES AS AMERICAN EAGLE |
| | OPERATED BY TRANS STATES AS AMERICAN EAGLE |
| Seat: | 09B Confirmed |
| FF Number: | Personal Identifying Information |
| | For additional information and check in, 24 hours in advance, click on the airline link below. |
| | http://www.aa.com/ |

CONFIDENTIAL

## AIR - Wednesday, October 12 2016

**American Airlines Flight AA4199  Economy Class**

| | |
|---|---|
| Depart: | Pittsburgh International Airport |
| | Pittsburgh, Pennsylvania, United States |
| | 03:30 PM Wednesday, October 12 2016 |
| Arrive: | LaGuardia Airport, TERMINAL B |
| | New York, New York, United States |
| | 05:05 PM Wednesday, October 12 2016 |
| Duration: | 1 hour(s) and 35 minute(s) Non-stop |
| Status: | Confirmed - American Airlines Booking Reference: VHIALW |
| Equipment: | Embraer RJ145 |
| Operated By: | TRANS STATES AS AMERICAN EAGLE |
| | OPERATED BY TRANS STATES AS AMERICAN EAGLE |
| Seat: | 10B Confirmed |
| FF Number: | Personal Identifying Information |
| | For additional information and check in, 24 hours in advance, click on the airline link below. |
| | http://www.aa.com/ |

## Invoice / Ticket Receipt

**Total Invoiced Amount: $1,174.20 USD**

**Transaction Date: October 05, 2016**

### Ticket Information

Ticket Number: 0017867826363
Amount: $1,136.20 USD
Form of Payment: Personal Identifying Information

This ticket information applies to the following travel segment(s):
American Airlines Flight 4199 from New York to Pittsburgh on October 11
American Airlines Flight 4199 from Pittsburgh to New York on October 12

**Transaction Date: October 05, 2016**

### Service Fee Information

Service Fee Number: 8900695819638
Service Fee Amount: $38.00 USD
Form of Payment: Personal Identifying Information
Service Fee Description: Air Ticket

## Information Specific to this Trip

- You have purchased a fully refundable fare on **American Airlines**.

## Other Information and Remarks

- Please sign up for trip alerts at www.ovationtravel.com/alerts.

- Upgrades that incur additional fees or charges are not eligible for reimbursement, per company policy.

- Please reconfirm all flight times prior to your departure.

- Please notify us of any trip cancellation so your tickets may be refunded or logged for future use.

- Some hotels may impose a penalty for early checkout.

## Important Health Advisory

CDC has issued travel notices for people traveling to regions where Zika virus transmission is ongoing. For more information please visit http://www.cdc.gov/zika.

CONFIDENTIAL

**TripCase**

**Reservation management tool and mobile app**

If you prefer to view this reservation on <u>TripCase.com</u> and have a TripCase account, you may do so by forwarding this email to trips@tripcase.com or, if your TripCase email address matches the one we have for this reservation, this trip will automatically appear in the "My Trips" section of your TripCase account.

This invoice was generated Wednesday, October 05, 2016 8:08 PM UTC. Agency Locator: VHIALW

CONFIDENTIAL

CAP_0025903

## Bryan D. Kelley

| | |
|---|---|
| **Subject:** | Fairmont Hotel / conf: 115239728 |
| **Location:** | 510 Market Street |
| **Start:** | Tue 10/11/2016 3:00 PM |
| **End:** | Tue 10/11/2016 3:30 PM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Organizer:** | Jennifer Gentry |

| | |
|---|---|
| *Confirmation #* | *115239728* |
| *First Name* | *Bryan* |
| *Last Name* | *Kelley* |
| *Arrival Date* | *Tuesday, 11 Oct, 2016* |
| *Departure Date* | *Wednesday, 12 Oct, 2016* |
| *Number Of Nights* | *1* |
| *Number Of Adults* | *1* |
| *Room Type to Charge* | *Deluxe Mt Washington KNS* |
| *Rate Per Room Per Night* | *USD 339.00* |

| | |
|---|---|
| *Cancellation Policy* | *24 hours prior to arrival to avoid 1 night penalty* |
| *Cancellation Date to Avoid Penalty* | *Monday, 10 Oct, 2016* |
| *Cancellation Amount* | *USD 385.06* |
| | *Local Currency* |
| | *The amount may be subject to taxes, gratuities, resort levy or other fees* |

1

CONFIDENTIAL

Fairmont Pittsburgh
510 Market Street
Pittsburgh, Pennsylvania
USA
15222
**Tel** +1 412 773 8800
**Fax** +1 412 773 8810
**E-mail** pittsburgh@fairmont.com

If you wish to unsubscribe from marketing mails, please click here.

www.fairmont.com | Privacy Policy

CONFIDENTIAL

CAP_0025905



## PITTSBURGH

510 Market Street
Pittsburgh, PA  15222
Phone: +1 412-773-8800
Fax: +1 412-773-8810

| Room | : | 1709 |
|------|---|------|
| Folio # | : | 232292 |
| Cashier # | : | 1869 |
| Page # | : | 1 of 1 |

Mr Bryan Kelley
Unknown

| Arrival | : | 10-11-16 |
|---------|---|----------|
| Departure | : | 10-12-16 |

| Date | Description | Additional Information | Charges | Credits |
|------|-------------|------------------------|---------|---------|
| 10-11-16 | In-Room Video - Interfaced | Room# 1709 · TV Services | 20.32 | |
| 10-11-16 | Package Charge | | 339.00 | |
| 10-11-16 | Room Tax - State | | 19.74 | |
| 10-11-16 | Room Tax - Local | | 3.29 | |
| 10-11-16 | Room Tax - County Occupancy | | 23.03 | |
| 10-12-16 | Personal Identifying Information | 02/19 | | 405.38 |

| | Total | 405.38 | 405.38 |
|--|-------|--------|--------|
| | Balance Due | 0.00 | |

Thank you for choosing Fairmont Hotels & Resorts.
To provide feedback about your stay please contact Matthew Sterne, General Manager, at matthew.sterne@fairmont.com.
We also invite you to share memories of your experience on our community forum - visit www.everyonesanoriginal.com.

For information or reservations, visit us at
www.fairmont.com or call Fairmont Hotels & Resorts from :
United States or Canada  1 800 441 1414

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part of or the full amount of these charges. Overdue balance subject to a surcharge at the rate of 1.5% per month after one month. (18.00% per annum).

## Thank you for choosing to stay with Fairmont Hotels & Resorts

CONFIDENTIAL

```
    YELLOW CAB PGH
      CAB  #210
   10/11/16  15:20
   10/11/16  15:43
   TRIP #    20053
   DIST   19.12 mi
   Rate 1  $ 38.50
   EXTRAS   $ 2.00
   TOTAL   $ 40.50
      THANK  YOU
   (412) 321-8100
```

```
    YELLOW CAB PGH
      CAB  #210
   10/11/16  15:20
   10/11/16  15:43
   DUPLICATE ISSUED
   10/11/16  15:45
   TRIP #    20053
   DIST   19.12 mi
   Rate 1  $ 38.50
   EXTRAS   $ 2.00
   TOTAL   $ 40.50
      THANK  YOU
   (412) 321-8100
```



Call for a Yellow Cab or hail one anywhere!

**412-321-8100**

Date _____
Amount _____
Cab# _____
Tip _____ Total _____
Driver # _____
*Thank You!*

For Lost & Found: 412-323-4722 Ext. 375



**YELLOW CAB COMPANY**

1101 Beaver Avenue • Pittsburgh, PA 15233
**www.pghtrans.com**

Cibo Market C
LaGuardia Airport - Central Term
OTG Management

215 Shayla P

---

CHK 3884 OCT11'16 11:05AM

---

| | | |
|---|---|---|
| 1 | Bottle Deposit | 0.05 |
| 1 | PEP Pepsi Dt 20 | 2.50 |
| 1 | UQE MGSplt 3oz | 3.49 |
| 1 | MM PrtzlKing | 3.59 |
| 1 | CEB Turk MB | 6.99 |

| | |
|---|---|
| Food | 16.57 |
| Beverage | 0.05 |
| TAX | 1.16 |
| AMOUNT PAID | 17.78 |

Personal Identifying Information [redacted]

| | |
|---|---|
| Master Card | 17.78 |

THANK YOU!

We want to hear your comments

Please call 1-866-508-3558

Welcome to Dunkin' Donuts
Store #346772
26 Market Place. Pittsburgh
Phone: 412-281-3195
10/12/2016 8:21:13 AM

**Eat In**

**Order: 068**

Register:1 Tran Seq No: 2329068
Cashier:Lina P.

| | | |
|---|---|---|
| 1 | Ham Egg AM EngM | 3.59 |
| 1 | Ht Cof MD OrigBlnd | 2.10 |
| 3 | Cream | |

| | |
|---|---|
| Sub. Total: | $5.69 |
| Tax: | $0.40 |
| Total: | $6.09 |
| Discount Total: | $0.00 |
| Change | $0.00 |
| MasterCard: | $6.09 |

**Bryan D. Kelley**

| | |
|---|---|
| **From:** | reservations@hoytlivery.com |
| **Sent:** | Thursday, October 13, 2016 9:57 AM |
| **To:** | David Bushing; Bryan D. Kelley |
| **Subject:** | Ride Receipt for Reservation #300328-2 |

**Hoyt Livery Inc.**
21 Cross Street
New Canaan, CT 06840
Phone: 203-966-5466 Fax: 203-801-2129
Email: reservations@hoytlivery.com
Web: www.hoytlivery.com

## Ride Receipt

ADVISORS NOVAFUND  [Personal Identifying Information]

| | | |
|---|---|---|
| NOVAFUNDAD | Account# | : |
| | Invoice# | : |
| | Inv Date | : |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 10/12/16 | **Res#:** 300328-2  **PU:** LGA 4199 AA | | |
| | [Personal Identifying Information] | | |
| | **Pickup:** 05:05PM **Dropoff:** 06:26PM **Passenger:** KELLEY, BRYAN | | |
| | Fleet: SEDAN | $125.00 | |
| | Req By: BRYAN          Chauf: TA) | | |
| | Wait Time: - | | |
| | Phone:  – Mins | Wait Chg: | |
| | Phone: | | |
| Stops | Stops: | $0.00 | |
| | Voucher# : 300328-2 | | |
| | Tolls: | $17.75 | |
| | Airport Fee: | $6.00 | |
| | Gratuity: | $25.00 | |
| | Discount: | | |
| | Deposit: | | |
| | Ride Total: | $173.75 | |
| | **Trip Amount Due:** | $0.00 | |

CONFIDENTIAL

Bryan D. Kelley

---

**From:** reservations@hoytlivery.com
**Sent:** Friday, October 07, 2016 10:50 AM
**To:** David Bushing; Bryan D. Kelley
**Subject:** Confirmation Receipt for Reservation# 300328-1

Hoyt Livery Inc.
21 Cross Street
New Canaan, CT 06840
Phone: 203-966-5466 Fax: 203-972-1227
Email: reservations@hoytlivery.com
Web: www.hoytlivery.com

## Reservation Confirmation
AIRPORT

| | | | |
|---|---|---|---|
| Pickup Date: 10/11/16 Tuesday | Pickup Time: 10:00AM | Drop: | End: |
| | | Pax#: 1 | Veh Type: SEDAN | Chauf.: | Veh.#: |

Passenger: KELLEY, BRYAN
Caller: BRYAN
Account: NOVAFUNDAD-NOVAFUND

Pickup Phone: 917-412-7972
Caller#: 917-412-7972
Paid By: Credit Card - MC

**Pickup Address:**
Street/Name: ▉ Personal Identifying Information ▉
Apt#/Room#:
Pickup Point:
Address Line2:
Cross Streets:
City: DARIEN, CT 06820
Pickup Directions:

**Dropoff Address:**
Airport: LA GUARDIA AIRPORT
Airline: AA - American Airlines
Flight#: 4199 ETD: 12:59PM
Destination Info: PIT - PITTSBURGH, PA
Airport Landmark:
Dropoff Point:
Dropoff Directions:

Special Instructions:
Terms & Conditions:
The prices above are estimates only. Additional charges for stops, waiting time, parking, etc. may apply. Final charges for the trip are determined upon ride completion.

CONFIDENTIAL