# EXHIBIT 46



# BUSINESS CLASSIC (...9092)

| UNCOLLECTED FUNDS | | Total $0.00 |
|---|---|---|

SHOWING:  Search

Filtered by:  Nov 22, 2016           Incoming wire transfer

$4000 to $999999999999.99

| Date | Description | Amount |
|---|---|---|

Personal Identifying Information

NF037539

NF037540

[Redacted content]

Personal Identifying Information

[Redacted content]

| | |
|---|---|
| FEDWIRE CREDIT VIA: PARK STERLING BANK/053012728 B/O: CAPITALA PRIVATE ADVISORS LLC CHARLOTTE NC 28209 REF: CHASE NYC/CTR/BNF=MD GLOBAL PARTNERS, LLC NEW YORK NY 10[redacted]00 [redacted] 11[redacted]0044 TRN: 2450209328FF | $4,838.97 |

[Redacted content]

You've reached the end of your account activity.

JPMorgan Chase Bank, N.A. Member FDIC          ©2017 JPMorgan Chase & Co.          Equal Opportunity Lender

NF037542