# EXHIBIT 49

**To:** Jack McGlinn[JMcGlinn@capitalagroup.com]
**From:** Joe Alala III[JAlala@capitalagroup.com]
**Sent:** Wed 2/1/2017 6:43:16 AM (UTC-05:00)
**Subject:** Re: Today

Wednesday my only afternoon off a court

Good news is trial has shrunk from 6 weeks to 4 weeks and as of yesterday we think we are done mid next week. Thus 2.5 weeks

At end of day the losses cannot be denied so the other side kept dropping experts to testify as nobody can argue with an audit

I am flying to FLA next week to meet with another placement agent. Nova is not producing the meetings. Very frustrating

Hope you are great. 2017 to be a great year!!!

Joe Alala, III
Chairman and CEO
Chief Investment Officer
Capitala Group
Capitala Finance Corp (NASDAQ-CPTA)
CapitalSouth Growth Fund
Phone - 704-376-5502 ext. 24
www.capitalagroup.com
Please forgive any typing or grammatical errors.  It is I the operator who is challenged by emails while constantly traveling.
Sent from my iPhone

On Feb 1, 2017, at 6:38 AM, Jack McGlinn <JMcGlinn@capitalagroup.com> wrote:

> I fly to Fll midday.  I am free after meeting with CableOrganizer.  I have time thursday afternoon too.  And i will be in Charlotte next week.
>
> Jack McGlinn | COO
> p 704 936 4927
> www.CapitalaGroup.com
>
> --------- Original message ---------
> From: Joe Alala III <JAlala@capitalagroup.com>
> Date: 2/1/17 6:26 AM (GMT-05:00)
> To: Jack McGlinn <JMcGlinn@capitalagroup.com>
> Subject: Today
>
> Are you around in afternoon. ?  As you know I think we need to add another senior person to firm. Especially prior to launch growth fund II (yes it is a year away and I still focused on Fund V). Want you to meet a guy. Stuart white here.
>
> Joe Alala, III
> Chairman and CEO
> Chief Investment Officer
> Capitala Group
> Capitala Finance Corp (NASDAQ-CPTA)

Exhibit 209

CapitalSouth Growth Fund
Phone - 704-376-5502 ext. 24
www.capitalagroup.com

Please forgive any typing or grammatical errors. It is I the operator who is challenged by emails while constantly traveling.

Sent from my iPhone

CONFIDENTIAL
CAP_0051055