# EXHIBIT 51

| | |
|---|---|
| **To:** | Joe Alala III[JAlala@capitalagroup.com] |
| **Cc:** | Lynne Girts[LGirts@capitalagroup.com]; Richard Wheelahan[rwheelahan@capitalsouthpartners.com] |
| **From:** | Casey Swercheck[Casey@capitalagroup.com] |
| **Sent:** | Thur 2/9/2017 8:41:19 PM (UTC-05:00) |
| **Subject:** | Re: Call tomorrow |

image001.jpg
image002.png
image003.png
image004.png
image005.jpg

Completely agree with the approach, as discussed. I think we can augment our efforts with other groups and be much more effective. Lynne let me know if your records show otherwise but I think our first payment was in May - it was the same time as the Hamilton Lane onsite, I remember we were calling Nova from your office to figure out wire instructions

**Casey Swercheck** | Vice President
**Capitala Group**
500 E Broward Blvd | Ste 1710 | Fort Lauderdale, FL 33301
p 954 848 2860 | m 215 796 8410

 

On Feb 9, 2017, at 8:11 PM, Joe Alala III <JAlala@capitalagroup.com> wrote:

> Here is the only executed document we have with Nova. Our last $20K payment is either this Month or next. Lynne can diligence this
>
> After Europe we have the responsibility to our investors and our firm to solve this Fund V raise process. Nova may or may not have a role. So far we have had no onsite visits generated by nova and they were engaged almost 10 months ago.
>
> We will raise this fund V. We always are successful
>
> Joe
>
> **Joseph B. Alala III** | Chairman · CEO
> p 704 376 5502 ext. 24 | CapitalaGroup.com
> <image002.png> <image003.png> <image004.png>
>
> ---
>
> **From:** Bryan D. Kelley [mailto:bk@novafundadvisors.com]
> **Sent:** Monday, May 09, 2016 1:52 PM
> **To:** Joe Alala III; Casey Swercheck
> **Cc:** James Howe; Mark McAndrews; Kallie Hapgood
> **Subject:** RE: Call tomorrow
>
> Joe, attached is the executed term sheet!
>
> I have copied Mark McAndrews who will provide wire instructions for future payments.
>
> Kind regards, Bryan
>
> **Bryan D. Kelley**
> **NovaFund Advisors**
>
> <image001.jpg>

Exhibit 0337

CG00098647

Tel. 203-831-0111 Ext. 210
Cell 917-412-7972
bk@novafundadvisors.com
www.novafundadvisors.com

---

**From:** Joe Alala III [mailto:JAlala@capitalagroup.com]
**Sent:** Monday, May 09, 2016 9:11 AM
**To:** Bryan D. Kelley; Casey Swercheck
**Subject:** RE: Call tomorrow

Please send me contract and I will have a check from CPA be sent to you

**Joseph B. Alala III** | Chairman · CEO
p 704 376 5502 ext. 24 | CapitalaGroup.com
<image002.png> <image003.png> <image004.png>

---

**From:** Bryan D. Kelley [mailto:bk@novafundadvisors.com]
**Sent:** Monday, May 09, 2016 9:09 AM
**To:** Casey Swercheck; Joe Alala III
**Subject:** RE: Call tomorrow

Tuesday at 2Pm is confirmed


**Bryan D. Kelley**
**NovaFund Advisors**

<image005.jpg>

Tel. 203-831-0111 Ext. 210
Cell 917-412-7972
bk@novafundadvisors.com
www.novafundadvisors.com

---

**From:** Casey Swercheck [mailto:Casey@capitalagroup.com]
**Sent:** Monday, May 09, 2016 9:08 AM
**To:** Joe Alala III; Bryan D. Kelley
**Subject:** Re: Call tomorrow

Bryan 2 pm tomorrow work for you?

Casey Swercheck
Vice President - Fort Lauderdale Office
CapitalSouth Partners & Capitala Finance Group
Casey@capitalagroup.com
(O) 954.848.2860
(M) 215.796.8410
On May 9, 2016, at 9:05 AM, Joe Alala III <JAlala@capitalagroup.com> wrote:

> We should do around 1130 the call – but I may have a lunch downtown.  Lets do this in afternoon say 2pm or so
>
> **Joseph B. Alala III** | Chairman · CEO
> p 704 376 5502 ext. 24 | CapitalaGroup.com
> <image001.png> <image002.png> <image003.png>

CG00098648

**From:** Casey Swercheck
**Sent:** Monday, May 09, 2016 9:02 AM
**To:** Bryan D. Kelley; Joe Alala III
**Subject:** Re: Call tomorrow

Joe what's your best guess?

Casey Swercheck
Vice President - Fort Lauderdale Office
CapitalSouth Partners & Capitala Finance Group
Casey@capitalagroup.com
(O) 954.848.2860
(M) 215.796.8410

On May 9, 2016, at 9:01 AM, Bryan D. Kelley <bk@novafundadvisors.com> wrote:

> OK, thanks. What time do you think your earnings call will end tomorrow morning?
>
> **Bryan D. Kelley**
> **NovaFund Advisors**
>
> <image001.jpg>
>
> Tel. 203-831-0111 Ext. 210
> Cell 917-412-7972
> bk@novafundadvisors.com
> www.novafundadvisors.com
>
> ---
>
> **From:** Casey Swercheck [mailto:Casey@capitalagroup.com]
> **Sent:** Monday, May 09, 2016 6:48 AM
> **To:** Bryan D. Kelley
> **Subject:** Re: Call tomorrow
>
> Bryan just a separate note on our standing calls on Mondays, 10 am for pipeline discussion and 2 pm for more in depth deal discussion. In case you guys have interest in ever joining to listen in I'll get you dial in info
>
> Casey Swercheck
> Vice President - Fort Lauderdale Office
> CapitalSouth Partners & Capitala Finance Group
> Casey@capitalagroup.com
> (O) 954.848.2860
> (M) 215.796.8410
>
> On May 9, 2016, at 6:26 AM, Bryan D. Kelley <bk@novafundadvisors.com> wrote:
>
>> We have a morning meeting in the city. 2pm would be the earliest we could do it.
>>
>> Bryan Kelley
>> NovaFund Advisors
>> (917) 412-7972
>> Sent from my iPhone
>> On May 8, 2016, at 9:53 PM, Casey Swercheck <Casey@capitalagroup.com> wrote:
>>
>>> We have a standing internal fundraising call after our IC pipeline discussion. That Pipeline call starts at 10 AM and

CG00098649

we usually wrap by about 1030. Would that work for you all?

Casey Swercheck
Vice President - Fort Lauderdale Office
CapitalSouth Partners & Capitala Finance Group
Casey@capitalagroup.com
(O) 954.848.2860
(M) 215.796.8410

On May 8, 2016, at 9:37 PM, Bryan D. Kelley <bk@novafundadvisors.com> wrote:

> Yes, will have to be late afternoon. What times would work for you?
>
> Bryan Kelley
> NovaFund Advisors
> (917) 412-7972
> Sent from my iPhone
>
> On May 8, 2016, at 8:32 PM, Casey Swercheck <Casey@capitalagroup.com> wrote:
>
>> Bryan do we have a call tomorrow to talk about kicking things off? Let me know what you think
>>
>> Casey Swercheck
>> Vice President - Fort Lauderdale Office
>> CapitalSouth Partners & Capitala Finance Group
>> Casey@capitalagroup.com
>> (O) 954.848.2860
>> (M) 215.796.8410

<[Untitled].pdf>

CG00098650