# EXHIBITS 52-54
## Document filed under seal