# EXHIBIT 55

Message

| | |
|---|---|
| **From**: | Casey Swercheck [Casey@capitalagroup.com] |
| **Sent**: | 3/22/2017 2:27:16 PM |
| **To**: | Richard Wheelahan [rwheelahan@capitalsouthpartners.com]; Joe Alala III [JAlala@capitalagroup.com] |
| **Subject**: | Nova |

FYI Lee told me he spoke to James Kirby CEO at Deerpath. He told him about Nova representing us at same time. He said he was annoyed but end of day didn't care much. "If they're getting me meetings that's all that matters". Wow. Anyway thought you'd find of interest

**Casey Swercheck** | Vice President
**Capitala Group**
500 E Broward Blvd | Ste 1710 | Fort Lauderdale, FL 33301
p 954 848 2860 | m 215 796 8410

Confidential-For Attorneys Eyes Only

CG00106900
CPA-CIA-CSLC0029676