# EXHIBIT 56
## Document filed under seal