# EXHIBIT 57

| | |
|---|---|
| **From:** | Richard Wheelahan |
| **Sent:** | Thursday, March 30, 2017 4:51 PM EDT |
| **To:** | Mark McAndrews |
| **Subject:** | Capitala |

Mark,

We've had some good meetings in California, and Joe will be back there in the next couple of weeks. Raising the fund has been and remains our overriding goal, and to that end, I'm asking you to agree to forego exclusivity over non-North American capital raising for Fund V. Let us work with Ed at Fund Placement Israel, let us work with someone in Asia with similarly focused relationships, etc.

We'll drop the deadlines, consequences for lack of capital commitments, etc., but we would ask that Nova agree to allowing us to work with additional partners outside of North America, without its making money on their individual efforts. I think that this is absolutely reasonable given the need for Nova to diligently enhance North American outreach.

We'd like to get to work. Let me know if you agree.

RW

**Richard G. Wheelahan III** | CCO · General Counsel
**Capitala Group**
4201 Congress Street | Suite 360 | Charlotte, NC 28209
p 704 936 4928 | m 205 960 5144 | CapitalaGroup.com



This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply at rwheelahan@capitalagroup.com and delete the message.

**Exhibit 253**

CONFIDENTIAL                                                                                                                                    NF008708