# EXHIBIT 58
## Document filed under seal