# EXHIBIT 59
## Document filed under seal