# EXHIBIT 60

| | |
|---|---|
| **From:** | Richard Wheelahan |
| **Sent:** | Monday, April 24, 2017 12:06 PM EDT |
| **To:** | Mark McAndrews |
| **Subject:** | Fwd: Xerox scan |
| **Attachments:** | Xerox scan.pdf, ATT00001.htm |

Mark pls see attached. Thx.

Sent from my iPhone

Begin forwarded message:

> **From:** <donotreply@capitalagroup.com>
> **Date:** April 24, 2017 at 12:20:32 PM EDT
> **To:** "Richard Wheelahan " <rwheelahan@capitalagroup.com>
> **Subject: Xerox scan**
> **Reply-To:** <donotreply@capitalagroup.com>

The attached document was scanned and sent to you using a Xerox multifunction device.

Attachment File Type: pdf, Multi-Page

multifunction device Location: machine location not set
Device Name: XRX9C934E03DB2C

For more information on Xerox products and solutions, please visit http://www.xerox.com

EXHIBIT
0025

**CONFIDENTIAL**

**CONFIDENTIAL**

**NF008731**

## Capitala Group and NovaFund Advisors Addendum

I.        Nova agrees that Capitala is free to retain placement agent(s) focused on non-North American limited partners (e.g., Europe, Asia and Israel), and that capital commitments obtained from such jurisdictions will generally not entitle Nova to a "Success Fee".

a.   Capitala acknowledges and agrees that notwithstanding the foregoing, Nova shall earn a Success Fee in respect of capital commitments obtained from non-North American investors who were initially solicited by Nova or its agent prior to this date (Including, without limitation, capital commitments obtained from Allianz SE, BBV, Golding Capital Partners, BB Alternative Partners or any of their respective affiliates).

II.        Capitala's final two $20,000 Retainer Fee installment payments are due June 1, 2017 and July 1, 2017, respectively.   In addition, Capitala will reimburse Nova for all properly approved travel and entertainment expenses submitted.

III.        Either Capitala or Nova may terminate the entire relationship and transaction terms at any time on or after September 1, 2017, with or without cause, and that in the event of termination, Capitala shall owe Nova a Success Fee on capital commitments from investors introduced to Capitala by Nova either through conference calls or in-person meetings.

IV.        Both Nova and Capitala agree to release and discharge each other and all affiliates, officers and agents, of any and all claims, disputes, demands or causes of action of any nature, which the parties had, now have, or may have, related to Nova's services rendered to Capitala, or Capitala's obligations to Nova, to date.

Agreed and Accepted by:

Bryan Kelly
Principal

4/21/17

Agreed and Accepted by:

Joseph B. Alala, III
Chairman and CEO

4/24/17

**CONFIDENTIAL**

**NF008732**