# EXHIBIT 62
## Document filed under seal