# EXHIBIT 63

| | |
|---|---|
| **Message** | |
| **From**: | Joe Alala III [JAlala@capitalagroup.com] |
| **Sent**: | 11/17/2017 4:37:16 PM |
| **To**: | Moyer,R Charles [charlie.moyer@louisville.edu] |
| **Subject**: | Re: TCAP TBJ |
| **Attachments**: | image001.jpg; image002.jpg; image003.png; image004.png; image005.png; image002.jpg; image004.png |

That is exactly right. We are currently looking for an institutional credit guy to hire !  We need to move to more institutional and less entrepreneurial-  sad but a reality.

Joe Alala, III
Chairman and CEO
Chief Investment Officer
Capitala Group
Capitala Finance Corp (NASDAQ-CPTA)
**CapitalSouth Growth Fund**
Phone - 704-376-5502 ext. 24
www.capitalagroup.com
Please forgive any typing or grammatical errors.  It is I the operator who is challenged by emails while constantly traveling.
Sent from my iPhone

On Nov 17, 2017, at 1:33 PM, Moyer,R Charles <charlie.moyer@louisville.edu> wrote:

Thanks for sharing.  With new capital coming in, it will be especially important to keep your eye on the quality ball.  Don't let the new money burn a hole in your pocket.  Stick to your quality investment opportunities criteria and remain mindful of the past.  The future looks bright.

Happy Thanksgiving

R. Charles Moyer, PhD
Professor of Finance and Entrepreneurship
Dean Emeritus
College of Business
University of Louisville
Louisville, KY 40292
502-852-5007 – O
502-681-4191 - C
502-852-1752 - F
Charlie.moyer@louisville.edu

Exhibit
159

**From:** Joe Alala III <JAlala@capitalagroup.com>
**Date:** Friday, November 17, 2017 at 12:30 PM
**To:** Charlie Moyer <Charlie.moyer@louisville.edu>, "hunt@broyhillasset.com" <hunt@broyhillasset.com>, Steve Arnall <sarnall@capitalagroup.com>, "Paul Chapman (paulchapman0203@gmail.com)" <paulchapman0203@gmail.com>, Larry Carroll <lcarroll@carrollfinancial.com>
**Subject:** FW: TCAP TBJ

This is an interesting read below. Lots of similar credit issues we had from mezzanine deals done in 2015 timeframe.

The good news for Capitala is we did receive two verbal commitments from a large insurance company and the Swiss Capital group. They both want to allocate $100MM per annum to us over the next 18 to 50 months. Basically it is a $750MM to $1Billion commitment to private funds in the form of a SMA offshore vehicle. We hope to close the Insurance company next month and the Swiss Capital group by end of Q1.

On the BDC – we have signed several more deals to close (being disciplined and only holding $12MM to $15MM not $25MM to $30MM which is the full deal size) and we are getting offers on some of our large equity positions to sell. We are also actively hiring new professionals as we continue to reshape underwriting and Portfolio management and we expect to open 2 more offices – Closing these new private pools of capital are allowing us to continue to add resources to the team.

Everyone have a great weekend.

**From:** Jack McGlinn
**Sent:** Friday, November 17, 2017 11:16 AM
**To:** CapitalSouthPartners <capitala@capitalagroup.com>
**Subject:** FW: TCAP TBJ

Cover story for Triangle Business Journal this week.

# Cover Story: Unchartered waters for Triangle Capital

<image001.jpg>
Enlarge

The Triangle Capital Corporation team rings the opening bell on the New York Stock Exchange in January of 2017.

NYSE



By [Lauren K. Ohnesorge](#) – Staff Writer, Triangle Business Journal
3 hours ago

[Ashton Poole](#) and [Steve Lilly](#), the CEO and chief financial officer of [Triangle Capital](#) Corporation, are used to being influencers.

As the top executives of one of the Triangle's top finance powerhouses, they're not easily shaken. Until now.

"Let me be as precise with you as you're trying to be with me," Lilly would snap back at [Advisory Research's](#) Bruce Zessar on an earnings conference call Nov. 2. "The next time I'm able to predict the future, I'll call you first. We'll go to the next question please, operator."

The terse exchange, where Zessar accused Lilly of glossing over his question, was indicative of the entire quarter.

TCAP, a stalwart, steady constant for 16 years, was losing its cool – and with it, its credibility.

In the past quarter, the company's write-down of its investments accelerated as the cost and fair value of at least 11 debt investments widened ($166 million and $51 million), and the specialty finance company was forced to trim dividends for the quarter.

All of that presented Wall Street with a scenario of a company that is suffering from investments made a few years ago — but enough to create doubt in terms of whether Triangle Capital can clean up its credit quality fast enough.

Historically, the company raised money and used the cash to make loans to mid-market private companies looking to grow. Its sweet spot has been mezzanine investing, which falls into the space between equity and debt. Mezzanine lenders – TCAP included – are brought into buyouts in place of some of the capital that would typically be funneled in by an equity investor. It's a high-risk game – but one that, up until recently, has rewarded companies such as TCAP with some of the highest returns.

But not this quarter.

Just 17 hours before the call, TCAP had sent out its earnings release, disclosing a $57.5 million decrease in net assets for the third quarter. The firm, the earnings release said, would be pursuing "strategic alternatives," such as a complete or a partial sale. By the morning earnings call, stock had dipped nearly 26 percent, cutting the value in half.

And analysts were left scrambling for explanations as Poole and Lilly repeatedly cast the blame on their predecessors and said a new plan would be forthcoming.

On Nov. 16, the company announced that it had tapped Houlihan Lokey, a global investment bank out of California which specializes in mergers and acquisitions, to advise its board as it explores its options moving forward.

"I would reiterate that shareholders are working through a rather unpleasant episode this morning," [Confluence Investment Management](#) analyst David Miyazaki told the executives on the latest earnings call, saying that the absence of a specific plan "is creating a pretty high burden on shareholders right now."

"Not having one in place makes a bad situation worse and that's kind of the point I'm trying to make here," he would add.

Poole and Lilly didn't return requests to comment on this story.

But on the call, Lilly accused analysts of failing to see "the positives" with what he called "TCAP 2.0," investments made under a new investment strategy that, unlike what had been in place for most of the company's history, would move the firm upmarket and toward greater profitability.

But, one of the firm's first investments under that strategy has already resulted in a write-off, analysts are questioning the credibility of the whole operation.

And that's a big deal, as credibility – at least for the past 16 years – has appeared to be one of the firm's most talked-about attributes.

**Blue-chip history**

KBW Analyst Ryan Lynch, who was on the most-recent earnings call, says that, after two bad quarters in a row, frustrations had mounted. "That's not a typical Triangle conference call, because, historically, they've had pretty good earnings," he says.

And with it, a stellar reputation in the finance community.

With total assets of $1.2 billion, TCAP is described by some of its peers as a sleeping giant. It may be small in terms of number of employees (27), but in terms of a player in the mezzanine space, its tentacles reach far beyond the Triangle.

"I don't know if people in the community really understand how big Triangle Capital is," says Merrette Moore, managing partner of Tidewater Equity. "They're a big deal. They've raised a lot of money and they've done it with a very interesting model. … They're a magnitude bigger than any of the venture funds [in North Carolina]."

Bob Hatley, CEO of Paragon Commercial Corp., agrees, calling TCAP's board and management "top flight" with "great reputations."

While he hasn't been advised of the current situation, he says their struggles come at a time when many mezzanine funds are having "issues." "I think they're run by a class bunch of individuals," he says.

The company's legacy starts with its founder Garland Tucker, CEO up until last year, whom Moore describes as the "quintessential Southern gentleman." Tucker, a tenured Triangle businessman, co-founded multiple firms. There was Travelcorp in the 90s, a corporate travel service he and his investors would later sell, and Triangle Securities, in 2000. He founded TCAP predecessors Triangle Capital Partners LLC and Triangle Mezzanine Fund LLP in 2002 and 2003, respectively.

TCAP's rise under Tucker's leadership was quick. In 2007, it became a public company, focused on leveraged buyouts, management buyouts and ESOPs for middle-market companies – one of just a handful of private equity firms in the state.

"If you are running a positive cash-flow private company with $50 million to $100 million-plus in sales, you need to know Tucker," a 2012 profile on Tucker as one of the Triangle's "most influential" executives reads.

ATTORNEYS' EYES ONLY

CPA-CIA-CSLC0002298

In early 2013, CNBC Mad Money's Jim Cramer listed the stock as a "buy." "It is a finance company," Cramer said that January. "What you want to be in is a finance company in this economy. I like it."

By 2012, TCAP found itself on a funding tear. In about a year, it had raised $316 million.

Davenport analyst David West would say, "they wouldn't be raising money unless they had a place to put it." And Tucker would make quick work of the cash. By early 2013, TCAP's investment portfolio had ballooned to $716 million. Fiscal years 2014 and 2015 would be the company's most active, at $475 million and $450 million, respectively.

"In the lower middle market, we are finding that financial sponsors are entering 2015 with a very optimistic view," Poole – then chief operating officer – told analysts March 2, 2015. "As we look forward to 2015 and beyond, we are just as excited to be involved in the lower middle markets as we were in early 2007," Tucker would add. "And we hope that our future shareholders will be just as well rewarded as our existing shareholders have been."

A year later, it was full speed ahead, as the outlook for the lower middle market "remains bright," with no strategy shifts in the forecast, Poole would say in his wrap-up of fiscal 2015.

But those two years – at least if the most recent earnings call is to be believed – is where the trouble really started.

**Finding fault**

On Nov. 2, Poole and Lilly blamed vintages in 2014 and 2015 with 70 percent of the company's losses in the most recent quarter.

Hidden underneath those headlines of TCAP growth were signs that the market was changing, Poole would say – signs Tucker and Chief Investment Officer Brent Burgess, who resigned in October 2016, flatly ignored.

Tidewater's Moore says TCAP's successful capital raises could have contributed to the bad vintages.

"When you raise too much money, you start making really bad decisions. … You've got to deploy the capital and it's a lot harder to deploy a billion dollars than it is to deploy 100 million," he says.

From early 2013 through 2015, even as Cramer and Wall Street analysts were singing TCAP's praises, large amounts of capital were pouring into the direct lending space. Investment structures and pricing in the lower middle market changed, Poole told analysts Nov. 2. It all added up to a rapid pricing decline "as interest-rate compression began affecting the leverage lending world."

"Our investment professionals were aware of these changes and recommended to our former CEO to begin moving away from mezzanine structures and into lower yielding, but more secure second lien unitranche and senior structures," Poole said on an earnings call Nov. 2. "Unfortunately, the strategic decision was made not to move off balance sheet in a meaningful way. … We added incremental exposure to a number of riskier credits, many of which are now underperforming."

Part of the problem was the system.

ATTORNEYS' EYES ONLY                                                                                                                                        CPA-CIA-CSLC0002299

According to candid comments Poole made in 2016, an individual's opposition to a deal may not have been enough to get the Burgess-led investment team to shut it down.

"I think it's fair to say that, in every case that we have had investments go south, for the reasons they went south, all of those risks were appropriately identified in our investment memo," Poole told analysts Oct. 30, 2016, the first analyst call following Burgess' resignation. He noted that the goal of the new strategy was to create "a more wholesome, upfront check-and-balance process" to improve the investment results.

The new operating structure would create a singular level of accountability at each stage of the investment process, he said at the time. While simple majority would still rule the investment committee, there would be more stages in the process – and more opportunities for deals to be vetoed in the preliminary vetting phases. "Triangle's new investment activity is focused first on perceived credit quality and second on investment yield at this point in the economic cycle," Poole said.

The strategy followed a move to expand the product mix after the company, for so long focused on the mezzanine space, expanded its focus on unitranche and second lien deals.

But according to comments Poole would make earlier this month, the shift didn't happen fast enough, leading to issues with credit quality and credibility.

## Cleaning up for the future

The blame was cast so squarely on Tucker and Burgess that the second question from an analyst asked why TCAP hadn't "clawed back" portions of their compensation. Tucker's retirement in February 2016 meant a one-time cost of $5.5 million. When Burgess resigned in October of 2016, he received a $250,000 cash payment along with accelerated vesting of more than 90,000 shares of restricted stock.

Lilly would say the board's position was that it had "bigger fish to fry."

KBW's Lynch says the analysts and shareholders he has talked to don't see any benefit in going after the previous management team. "The issue is getting credit quality in order," he says.

That's what Poole and Lilly say the team is doing with TCAP 2.0 – how management refers to investments made under Poole's tenure in 2016 and 2017 through the new strategy.

But one of those bets – [Passport Food Group](#) – has already meant a write-off, a fact hammered on the call.

The company manufactures ethnic food products and, according to Lilly, saw an unexpected loss in the third quarter on its product line, resulting in lower sales. While he said there's a "robust pipeline for new customers and products," it did result in a write-down of about $2 million.

"So, as of now, as of Q3, that's the one investment out of $563 million that we've invested," Lilly said of the TCAP 2.0 portfolio.

While it's just one investment, it's the context that makes it worthy of scrutiny. "In a normal scenario, it wouldn't be that big of a deal," Lynch says. But management has staked its ongoing credibility on its new investment strategy, he explains.

"You know the old strategy is not the best," he says. "If the new strategy also shows cracks, there's no silver lining to anything in the story."

The strategy outlined by Poole and Lilly "sounds great on paper," Lynch adds.

The team has been given more veto power and more personal responsibility when investing. They're moving higher up in the capital structure to larger companies, potentially a good move, he notes.

"But just because you move up higher ... you still have to be a good underwriter," Lynch says, noting it will take "a year or two" to see if the new method works.

He's not the only analyst with doubts.

In a note following the "ugly" quarter, Baird analyst Bryce Rowe cut his firm's target on the stock from $16 to $12, calling the latest report "disappointing and meaningfully worse than feared."

He pointed to writedowns in the quarter that made up $44 million of the $66 million in portfolio depreciation in the quarter, calling it "well below our expectations in a 'bad case' scenario."

And the company benefiting from any turnaround may not even be TCAP. The company has only spoken in general terms about its pursuit of strategic alternatives. Lynch says many options exist, including selling the entire business or selling the business development company's management rights. They could sell a portion of their portfolio – such as the bad vintages – at a discount.

The strategic alternatives search, according to Poole's comments, comes at the behest of the board, still under Chairman Tucker's purview.

On the latest call, Poole told analysts he's trying to be transparent with the firm's 27 employees. Poole hosted a firm-wide meeting at TCAP's Glenwood Avenue headquarters "and had a very candid and constructive conversation."

"I walked them through the announcement ... and walked them through the reasons behind the underperformance," he told analysts. He advised his colleagues of the board's pursuit of strategic alternatives, and talked through "the importance of remaining focused on the job and the task at hand."

"Everybody came out of it understanding where we are ..." he told analysts, "and we're going to come out on the other side a stronger company."

**Jack McGlinn** | COO · Director
**Capitala Group**
4201 Congress Street | Suite 360 | Charlotte, NC 28209
p 704 936 4927 | CapitalaGroup.com
<image003.png> 🐦 <image005.png>


<image001.jpg>

<image002.jpg>

<image003.png>

<image004.png>

<image005.png>