# EXHIBIT 64-67
## Document filed under seal