# EXHIBIT 68

**From:**      Nayef Perry [nperry@hamiltonlane.com]
**Sent:**       4/26/2018 4:11:32 PM
**To:**          Jay Rosenberger [jrosenberger@hamiltonlane.com]
**CC:**          Trevor Messerly [tmesserly@hamiltonlane.com]
**Subject:**   Re: Capitala Group Announces $1 Billion of New Permanent Capital for New Senior Debt Focus

Thanks, Jay. Amongst us, this press release is very frustrating. We backed Fund V via a secondary staple, and while the fund is doing well, they have not raised a dollar beyond our round and instead have focused their energy on raising SMAs..

**Nayef Perry** | Principal
**Hamilton Lane**

**O** + 1 954 745 2782 |   **M** +1 202 746 0247

999 Brickell Avenue Miami, FL 33131

On Apr 26, 2018, at 3:53 PM, Jay Rosenberger <jrosenberger@hamiltonlane.com> wrote:

FYI

**From:** Capitala Group <Capitala_Group@mail.vresp.com>
**Sent:** Thursday, April 26, 2018 3:52 PM
**To:** Jay Rosenberger <jrosenberger@hamiltonlane.com>
**Subject:** Capitala Group Announces $1 Billion of New Permanent Capital for New Senior Debt Focus



Capitala Group Announces $1.0 Billion of New Permanent Capital
for New Senior Debt Focus

EXHIBIT
0026A

HL003273

Capitala Group ("Capitala"), announced today that it has successfully raised $1.0 billion in a new, permanent capital vehicle. This funding is in addition to the $1.4 billion Capitala has invested in lower middle market businesses over the past 20 years and is the first vehicle Capitala has raised that focuses       on       a       senior       debt       strategy       for       lower       middle       market       companies.

Funding for the new venture, Capitala Specialty Lending Corp., was raised from global institutional investors, and is expected to provide senior debt and equity co-investments alongside Capitala's family of funds. Capitala Specialty Lending Corp's exclusive focus on senior debt investments is a substantially different strategy than prior Capitala-sponsored funds, which have historically been raised to invest in subordinated and mezzanine debt.



*"This is great news for America's entrepreneurs and their enterprises, and for investors looking to capitalize on the returns that those companies are capable of delivering," said Joe Alala, III, Chairman and CEO of Capitala Group. "Our new specialty lending product will open more doors for us to provide customized financing solutions for small- and mid-market businesses. The $1.0 billion in new capital validates Capitala's 20-year track record of driving superior risk-adjusted returns by focusing on long-term relationships rather than on short-term transactions."*

Capitala Specialty Lending Corp. will help management teams at lower and traditional middle-market companies fill a void that was left by banks abandoning lending to this critical segment of the U.S. economy   in   the   aftermath   of   the   financial   downturn   and   Dodd-Frank   regulations.

"We have remained steadfast in our commitment to support this often overlooked and underserved area of the economy, ultimately helping institutional investors diversify their portfolios by investing in the backbone of our nation's dynamic economy," Alala added. "This funding is a vote of confidence in the strong growth prospects of our country's economy and the soundness of Capitala's relationship-focused                                    investment                                    philosophy."

Capitala Group manages $2.7 billion of capital among permanent capital vehicles, closed-end funds, and                         discretionary                         managed                         accounts.

***

*About                                    Capitala                                    Group*
Capitala Group is a leading provider of capital to lower and traditional middle market companies. Since 1998, Capitala Group's managed funds have participated in over 145 transactions,

representing over $1.4 billion of investments in a variety of industries throughout North America. Capitala's approach to investing, whether in its growth fund strategy or its lower middle market credit strategy has proven to be a reliable and attractive financing solution to our partners. Capitala Group manages both public capital (Capitala Finance Corp.) (Nasdaq:CPTA) and private capital (Capitala Private Credit Fund V, L.P.; CapitalSouth SBIC Fund IV, L.P.; and Capitala Specialty Lending Corp.) for institutional and individual investors, and seeks to partner with strong management teams to create value and serve as long term partners. For more information, please visit www.CapitalaGroup.com.

ABOUT US          PORTFOLIO          TEAM

**Corporate Headquarters:**
4201 Congress Street | Suite 360 | Charlotte, NC 28209 | 704-376-5502

**Regional Offices:**
New York, NY    Raleigh, NC    Atlanta, GA    Los Angeles, CA    Fort Lauderdale, FL

FOLLOW US

  

FORWARD THIS ANNOUNCEMENT

Click to view this email in a browser

If you no longer wish to receive these emails, please reply to this message with "Unsubscribe" in the subject line or simply click on the following link: Unsubscribe

Capitala Group
4201 Congress Street
Suite 360
Charlotte, North Carolina 28209
US

Read the VerticalResponse marketing policy.