# EXHIBITS 69-70
## Document filed under seal