# EXHIBIT 73

8/3/2020    Credit Facility Provided by KeyBank Expands Capitala Group's Ability to Originate Senior Secured Loans to Lower Middle Market Compa…

Case 3:18-cv-01023-MPS   Document 353-16   Filed 10/01/21   Page 2 of 3

middle market, private equity, growth equity, investment, Capitala, Capitala Group, asset manager, asset management, KeyBank, Key Bank, KeyBanc

### Capitala

ABOUT   STRATEGIES   OUR TEAM   OUR PARTNERS   FUNDS   PORTFOLIO   NEWS   INVESTORS

  

# Capitala Group Announces CSLF II Credit Facility



September 26, 2019

CHARLOTTE, NC, September 26, 2019 -- (Globe Newswire) -- Capitala Senior Loan Fund II, LLC, ("CSLF II"), announced today the closing of a credit facility with KeyBank Specialty Finance Lending ("KeyBank"), an affiliate of KeyCorp (NYSE:KEY), and CSLF II. CSLF II is a joint venture between Capitala Finance and a leading insurance company, with a longstanding relationship with Capitala, and invests in senior secured loans to lower middle market companies.

The partnership, with $50 million of junior capital invested by both Capitala Finance Corp. and the insurance company, continues to scale, allowing CSLF II to provide additional price-competitive capital to lower middle-market companies in North America. CSLF II began investing during the fourth quarter of 2018 and continues to invest in first-out positions of senior secured loans, allowing Capitala Finance and certain other unaffiliated Capitala Group-managed accounts to invest in the same loans, at yields that satisfy those funds' return profiles.

"We have proudly partnered with KeyBank in expanding the capitalization and competitive position of CSLF II," stated Joe Alala, III, Chairman and CEO of Capitala Group. "CSLF II and Capitala Group are in a better position to competitively finance the dynamic and critical U.S. lower middle market as a result of this partnership."

### About Capitala Group

Capitala Group is a $3.0 billion asset management firm that has been providing capital to lower middle market companies throughout North America for twenty years. Since our inception in 1998, Capitala has invested in over 150 companies and seeks to partner with strong management teams to create value and generate superior risk-adjusted returns for our individual and institutional investors. For more information, visit our website at www.CapitalaGroup.com.

EXHIBIT 0023

8/3/2020    Credit Facility Provided by KeyBank Expands Capitala Group's Ability to Originate Senior Secured Loans for Lower Middle Market Compa…

Case 3:18-cv-01023-MPS   Document 353-16   Filed 10/01/21   Page 3 of 3

[Capitala logo]

ABOUT    STRATEGIES    OUR TEAM    OUR PARTNERS    FUNDS    PORTFOLIO    NEWS    INVESTORS

*About Capitala Finance Corp.*

Capitala Finance Corp. is a business development company that invests primarily in first and second lien loans, subordinated debt and, to a lesser extent, equity securities issued by lower middle market companies. The Company is managed by Capitala Investment Advisors, LLC. For more information on Capitala, or to automatically receive email notifications of Company financial information, press releases, stock alerts, or other corporate filings, please visit the Investor Relations section of our website.

Contacts:

Steve Arnall

CFO | Investor Relations

sarnall@capitalagroup.com

Katina Cole Jakubowski

Director of Marketing | Communications

kjakubowski@capitalagroup.com

« BACK TO NEWS

© 2020 Capitala Group. All Rights Reserved.

Terms & Conditions   /   Sitemap

About   /   Strategies   /   Our Team   /   Our Partners   /   Funds   /   Portfolio   /   News   /   Investors