# EXHIBIT 74
## Document filed under seal