# EXHIBIT 75

| | |
|---|---|
| **STATE OF NORTH CAROLINA** | **IN THE GENERAL COURT OF JUSTICE** |
| | **SUPERIOR COURT DIVISION** |
| **COUNTY OF MECKLENBURG** | **CIVIL ACTION NO.: 20CvS9266** |

**CAPITALA ADVISORS CORP.,**
**CAPITALA FINANCE CORP., and**
**ATLAS POWERS INVESTMENTS, LLC,**

        **Plaintiffs,**

v.

**RICHARD G. WHEELAHAN, III,**

        **Defendant.**

**AFFIDAVIT OF JOSEPH B. ALALA, III**

Joseph B. Alala, III, first being duly sworn, says:

1. I am an adult citizen and resident of Mecklenburg County, North Carolina. I make this declaration of my own personal knowledge and, if called on to do so, could testify competently to the facts stated herein under oath.

2. I am the president, chief executive officer, chairman and/or manager of Capitala Advisors Corp., Capitala Finance Corp, and their affiliated entities (collectively, "Capitala").

3. Capitala organizes and manages various types of investment vehicles and provides investment management advice to institutional investors, portfolio companies, and clients. Capitala invests through equity and debt investment strategies. Capitala also has a registered broker dealer, Capitala Securities, LLC.

4. Plaintiff Capitala Advisors Corp. employs the individuals who provide services for the various Capitala entities.

5. Plaintiff Capitala Finance Corp. ("CPTA") is a publicly traded business development company, with its common stock and certain bonds listed and traded publicly on

EXHIBIT 0001