# EXHIBIT 76

**From:** Joe Alala III <JAlala@capitalagroup.com>
**Sent:** Friday, August 21, 2020 2:17 PM
**To:** O'Toole, Jill M. <JOToole@goodwin.com>
**Cc:** Joe Alala III <JAlala@capitalagroup.com>
**Subject:** RE: NovaFund v. Capitala

*EXTERNAL EMAIL*

## OBJECTS TO THIS MOTION – to be clear – Joe Alala on behalf of Dissolved Capitala Group, LLC

Capitala Group LLC is dissolved. I would oppose such motion as this entity that was party to the contract is dissolved and has no assets.

Capitala Group LLC was only entity that is party to contract and Capitala Group LLC is dissolved.

Joseph B Alala, III | Chairman & CEO
**Capitala Group**
4201 Congress Street | Suite 360 | Charlotte, NC 28209
p 704 376 5502 | CapitalaGroup.com  | @Capitala_Group


**From:** O'Toole, Jill M. <JOToole@goodwin.com>
**Sent:** Wednesday, August 19, 2020 9:29 PM
**To:** Joe Alala III <JAlala@capitalagroup.com>
**Subject:** NovaFund v. Capitala

Dear Mr. Alala,

NovaFund intends to file a motion for leave to amend its operative complaint against Capitala Group, LLC to add claims and join parties.  In accordance with Local Rule 7(f), please let us know whether Capitala Group, LLC agrees or objects to the motion.

Best regards,

Jill

| **Shipman & Goodwin**  COUNSELORS AT LAW | Jill M. O'Toole | Tel (860) 597-5700 |
|---|---|---|
| | Shipman & Goodwin LLP | Fax (860) 251-5218 |
| | Partner | jotoole@goodwin.com |
| | One Constitution Plaza | www.shipmangoodwin.com |
| | Hartford, CT 06103-1919 | |

Privileged and confidential. If received in error, please notify me by e-mail and delete the message.