# EXHIBIT 77

```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF CONNECTICUT
- - - - - - - - - - - - - - - - x
                                        No. 3:18-CV-1023 (MPS)
NOVAFUND ADVISORS, LLC
                                        MARCH 28, 2019
vs.
                                        8:59 a.m.
CAPITALA GROUP, LLC
                                        EVIDENTIARY HEARING
- - - - - - - - - - - - - - - - x


                          450 Main Street
                       Hartford, Connecticut


       BEFORE:   THE HONORABLE MICHAEL P. SHEA, U.S.D.J.


APPEARANCES:

FOR THE PLAINTIFF:

         SHIPMAN & GOODWIN LLP
             One Constitution Plaza
             Hartford, Connecticut 06103
         BY: JILL M. O'TOOLE, ESQUIRE
         BY: SARAH A. WESTBY, ESQUIRE

FOR THE DEFENDANT:

         ROBINSON, BRADSHAW AND HINSON
             101 North Tryon Street, Suite 1900
             Charlotte, North Carolina 28246
         BY: PEARLYNN G. HOUCK, ESQUIRE
         BY: DOUGLAS M. JARRELL, ESQUIRE




COURT REPORTER:  Julie L. Monette, RMR, CRR, CCP
                 (860) 212-6937

Proceedings recorded by mechanical stenography, transcript
produced by computer.
```

```
 1  the fund?
 2  A   Yes.
 3  Q   I think we're misunderstanding each other; so I'll start
 4  again.
 5      Is it your position that if you make an introduction of an
 6  investor to Capitala, that you get paid for that?
 7  A   Yes.  If they were originally solicited per the addendum,
 8  it said we do get paid success fees and a tail.
 9  Q   That payment of a success fee or a tail fee is contingent
10  on them actually investing in Capitala, however; correct?
11  A   Where does it say that?  I don't --
12  Q   Well, let's look at the term sheet.  So the second
13  paragraph of page 2 of the term sheet says that Capitala will
14  agree to compensate NovaFund for an amount equal to 1.5 percent
15  of the amount of equity capital that any target investor
16  commits to the fund or a separately managed account; correct?
17  A   Yes, that's what it says.
18  Q   So you are being paid for capital commitments to Fund V or
19  a separately managed account.
20  A   Yes.
21  Q   You are not being paid for introductions; correct?
22  A   That's correct, except in the addendum where it says if we
23  solicited the investor and they close into the fund or a
24  subsequent vehicle with substantially similar strategy, we
25  would be paid.
```

```
 1
 2
 3                      C E R T I F I C A T E
 4
 5
 6
 7           I, Julie L. Monette, RMR, CRR, CRC, Official
 8   Court Reporter for the United States District Court for the
 9   District of Connecticut, do hereby certify that the foregoing
10   pages are a true and accurate transcription of my shorthand
11   notes taken in the aforementioned matter to the best of my
12   skill and ability.
13
14
15                      /S/ JULIE L. MONETTE
                       _____
16                      Julie L. Monette, RMR, CRR, CRC
                              Official Court Reporter
17                               450 Main Street
                            Hartford, Connecticut 06103
18                              (860) 212-6937
19
20
21
22
23
24
25
```