# EXHIBIT 78



From: Casey Swercheck
To: richardwheelahan@gmail.com

**Casey Swercheck** — April 07, 2017 07:41

Anything else from Nova? Are we signed off?

richardwheelahan@gmail.com — April 07, 2017 08:04

Were you with Joe at all this week?

richardwheelahan@gmail.com — April 07, 2017 08:04

Waiting for mark to confirm today

richardwheelahan@gmail.com — April 07, 2017 08:04

Almost signed off

**Casey Swercheck** — April 07, 2017 08:05

Ok great. And no I wasn't. He was in CA w Christian. Why?

richardwheelahan@gmail.com — April 07, 2017 08:06

Just wondering wtf is going on anymore

EXHIBIT 0029

CONFIDENTIAL                                          RW0001

**richardwheelahan@gmail.com**  April 07, 2017 08:26

Shitty

**richardwheelahan@gmail.com**  April 07, 2017 08:27

The feeling is that the firm exists as Joe's alter ego. It's all his. And Marr, Lynne, Chris and Jack are in on it or are paid enough to validate it and everyone else is outside looking in

**Casey Swercheck**  April 07, 2017 08:27

Well good to pretty good ha

**Casey Swercheck**  April 07, 2017 08:27

Forget Nova for a second. We are having good meetings. People like the story and the returns. On a backward looking basis, the portfolio side looks great

**richardwheelahan@gmail.com**  April 07, 2017 08:28

I know that's the amazing part

**Casey Swercheck**  April 07, 2017 08:30

Mike Arpey head of IR firmwide

**Casey Swercheck**  April 07, 2017 08:30

Between us, I spent Tuesday in DC w Carlyle

**Participants**
From: Joe Alala
To: +12059605144

**Joe Alala** — June 23, 2020 07:02

We dissolved Capitala Group LLC. So your deposition I just learned is postponed. We are allowing a default judgement against that LLC as that LLC has no assets. Court denied adding other parties to the lawsuit. So Nova receives what they deserve. I have hired Rob Wilder and replaced RBH - you know Rob. Great litigator

CONFIDENTIAL

RW0203