# EXHIBIT 80

                                                    Page 1

1    UNITED STATES DISTRICT COURT
     DISTRICT OF CONNECTICUT
2    ----------------------------x
     NOVAFUND ADVISORS, LLC,
3
     Plaintiff,
4
                v.                        No. 3:18-cv-1023 (MPS)
5
     CAPITALA GROUP, LLC,
6
     Defendant.
7    ----------------------------x
     NOVAFUND ADVISORS, LLC,
8
     Plaintiff,
9
                v.                        Docket No.
10                                        FST-CV-20-6045528-S
                                          SUPERIOR COURT JUDICIAL
11                                        DISTRICT STAMFORD/NORWALK
12                                        AT STAMFORD
13   SANDLER, O'NEILL &
     PARTNERS, LP,
14
     Defendant.
15   ----------------------------x
16
17        Zoom Video Deposition of STEPHEN A. ARNALL
18             (Taken by the Plaintiff)
19             Charlotte, North Carolina
20           Thursday, February 11, 2021
21
22
23
24   Reported by:    Marisa Munoz-Vourakis -
                      RMR, CRR and Notary Public
25

Page 9

1    proceeding before?

2         A.    No.

3         Q.    I should have mentioned up front, if you

4    need a break at any time, just let me know, we'll take

5    a break and go off the record.  I'll just ask that if

6    there is a question pending, you answer the question

7    before we take a break.  Is that fair?

8         A.    That is.

9         Q.    Mr. Arnall, you're currently the chief

10   financial officer for Capitala Finance, is that

11   correct?

12        A.    I am.

13        Q.    And you've held that position since 2013?

14        A.    Correct.

15        Q.    You're also currently the chief operating

16   officer for Capitala Finance, correct?

17        A.    Correct.

18        Q.    And you've had that position since 2019?

19        A.    Correct.

20        Q.    Did you replace anyone in that role?

21        A.    In the chief operating officer role?

22        Q.    Correct.

23        A.    There was a gentleman Jack McGlinn, who has

24   been affiliated with the firm for a long time, who held

25   that role for a while.  I took over that role when he

```
 1        A.      Good question.  Capitala Senior Loan Fund
 2   II was an investment made by Capitala Finance Corp.
 3   into a joint venture with a subsidiary of Kemper
 4   Insurance Company.  Those assets were not consolidated
 5   on Capitala Finance's book because the JV was a joint
 6   controlled vehicle.
 7             So the only thing that showed up on
 8   Capitala Finance's books was the ownership interest in
 9   that joint venture that the Capitala Finance had, if
10   that makes sense.
11        Q.     Yes, thank you.
12             Was Capitala Group, LLC ever included in
13   those financial statements?
14        A.     No.
15        Q.     Did you have any responsibilities as chief
16   financial officer for Capitala Group, LLC?
17        A.     No.
18        Q.     Did you have any responsibilities at all
19   with respect to Capitala Group, LLC?
20        A.     No.
21        Q.     In your role as chief operating officer --
22   let me withdraw that.
23             What are your responsibilities as chief
24   operating officer with respect to Capitala Finance
25   Corp.?
```

1    entity we're talking about.  So I don't not take into

2    account.  I'm just saying in my eyes, I kind of view

3    those as one combined entity.  But certainly whatever

4    I'm doing needs to be appropriate for the entity that

5    we're referring to.

6         Q.    And what are your responsibilities as chief

7    operating officer for Capitala Specialty Lending Corp.?

8         A.    Again, the same, same manner.  It is part

9    of the consolidated Capitala Investment Advisors

10   manager.  So really just the payment of any invoices

11   that need to be paid and to make sure that, you know,

12   the books and records are properly kept.

13        Q.    There were -- withdrawn.

14              Do you have any responsibilities as chief

15   operating officer, or did you have any responsibilities

16   as chief operating officer for Capitala Group, LLC?

17        A.    No.

18        Q.    Now, there are many other Capitala-related

19   entities in addition to the ones we've discussed this

20   morning; Capitala Advisors Corp., Capitala Investment

21   Advisors, Capitala Investment Advisors, Capitala

22   Specialty Lending Corp., Capitala Lending Group, LLC,

23   Capitala Finance Corp.  There are other

24   Capitala-related entities, correct?

25              MR. SHAPIRO:  Object to form.

```
                                           Page 22
 1                   (The document referred to was marked
 2              Plaintiff's Exhibit Number 156 for
 3              identification.)
 4       Q.     Have you seen this notice before?
 5       A.     Yes.
 6       Q.     Did you personally receive this around the
 7   time -- around the date of February 10, 2021?
 8       A.     Yes.
 9       Q.     And do you understand that you've been
10   designated to testify on certain topics on behalf of
11   Capitala Private Advisors, LLC?
12       A.     Yes.
13       Q.     I'm going to have you scroll down a few
14   pages or have Mr. Corp scroll down a few pages to the
15   topics.
16              It's our understanding that you've been
17   designated to testify with respect to topics five,
18   eight, nine and twelve, and we'll go through those in a
19   moment.  But do you understand that you've been
20   designated to testify on those topics today?
21       A.     I do.
22       Q.     So taking a look at topic number five, the
23   topic reads:  The StepStone SMAs, including the amounts
24   invested in them, the deployment of capital through
25   them, i.e., the investments made by StepStone SMAs,
```

```
1     Capitala Private Advisors on that topic today?

2           A.    I am.

3           Q.    And finally looking at number 12, it reads:

4     Capitala's corporate structure, Capitala's observation

5     or lack of observance of corporate formalities, the

6     transfer of funds among Capitala entities, the business

7     role and purpose of Capitalia Group, LLC, and the role

8     M. Hunt Broyhill and Nell Alala in Capitala's business.

9                 Are you prepared to testify on behalf of

10    Capitala Private Advisors on that topic today?

11          A.    I am.

12          Q.    Great.  Let's take a look at the notice for

13    Capitala Private Advisors.  I'm showing you what we've

14    marked as Exhibit 158.  This is Plaintiff's Second

15    Amended Notice of Deposition of Defendant Capitala

16    Investment Advisors, LLC.

17                       (The document referred to was marked

18                Plaintiff's Exhibit Number 158 for

19                identification.)

20          Q.    Have you seen that before today?

21          A.    I don't believe I have.

22          Q.    Okay.  Take a moment to read through.  I'm

23    going to have you scroll down again to the topics.  You

24    are welcome to read through them.

25                       I'll represent to you that the topics that
```

Page 25

1    are listed here are identical to the topics that we

2    just reviewed in the notice for Capitala Private

3    Advisors.  But you are welcome to take a moment, read

4    them, and confirm that for yourself.

5         A.    I understand that the topics are the same.

6    Is this under the umbrella of -- the other one was

7    Capitala Private Advisors, this is Capitala Group, LLC

8    only?

9         Q.    I believe.

10        A.    158?

11        Q.    This is Capitala Investment Advisors, LLC?

12        A.    Okay.

13        Q.    Are you prepared to testify regarding

14   topics 5, 8, 9 and 12 on behalf of Capitala Investment

15   Advisors, LLC?

16        A.    I am.

17        Q.    Let's now turn to the next notice, which is

18   for Capitala Group, LLC.  So we're showing you what's

19   been marked as Exhibit 157.  It is Plaintiff's Second

20   Amended Notice of Deposition of Defendant Capitala

21   Group, LLC.

22                  (The document referred to was marked

23             Plaintiff's Exhibit Number 157 for

24             identification.)

25        Q.    And again, I can represent to you that the

1          Q.     I'm sorry, I didn't realize you weren't

2     finished.

3          A.     My apologies, I'm fine.

4          Q.     Was Mr. Speake the vice president of

5     Capitala Group, LLC?

6          A.     No.

7          Q.     Did Capitala Group, LLC have any employees?

8          A.     Not to my understanding.

9          Q.     Was there anyone who had a title, to your

10    knowledge, with respect to Capitala Group, LLC?

11         A.     No.

12         Q.     To your knowledge, did anyone have a role

13    or responsibilities with respect to Capitala Group,

14    LLC?

15         A.     No.

16                MR. SHAPIRO:  Objection.

17         A.     Sorry, no.

18         Q.     In preparing for the deposition today, did

19    you take any notes during your calls with counsel or

20    with speaking with Mr. Kuntz, Mr. Speake or Mr. Alala?

21         A.     I would have, yes.

22         Q.     Do you have those notes with you today?

23         A.     I do.

24         Q.     And where are they sort of with respect to

25    are they in front of you on the table?  Are they

Page 178



Page 179

1          scope.

2          A.      Yes.

3          Q.      Are you familiar with a joint venture

4     between Capitala Finance Corp. and its subsidiary of

5     Kemper Corporation?

6          A.      I am.

7          Q.      And what's the name of that entity?

8          A.      Capitala Senior Loan Fund II.

9          Q.      Sometimes known as CSLF2?

10         A.      Yes.

11         Q.      And the Kemper subsidiary that has

12    committed capital to that vehicle with Trinity

13    University Insurance, correct?

14         A.      Yes.

15         Q.      That's the same entity that is a limited

16    partner in Fund V, correct?

17         A.      It is.

18         Q.      And is it correct to say that the

19    investment strategy for Capitala Senior Loan Fund II

20    LLC is investing in senior secured loans to lower

21    middle market companies?

22              MR. SHAPIRO:  Sorry, could you repeat

23         that counselor, I apologize?

24              MS. BAKER:  I'm not sure I can, but

25         I'll try.

                                            Page 243

1          Q.     Mr. Arnall, Capitala has a number of

2     offices across the United States, correct?

3          A.     It does.

4          Q.     Did particular entities work out of

5     specific offices?

6          A.     No.  The remote offices are generally

7     business development officers, meaning finding deal

8     opportunities to invest in.  Everything else is based

9     in Charlotte.

10         Q.     Are you familiar with the entity Capitala

11    Group, LLC, correct?

12                MR. SHAPIRO:  Objection.

13         A.     No.

14         Q.     Do you understand that entity has been

15    dissolved?

16         A.     I know the entity's name.  I am not

17    familiar with any specifics related to Capitala Group,

18    LLC.

19         Q.     So you're not aware if that entity ever had

20    any income?

21         A.     I am not aware, no.

22         Q.     You're not aware of whether Capitala Group,

23    LLC ever had any bank accounts?

24         A.     I am not aware, no.

25         Q.     You're not aware whether Capitala Group,

Page 244

```
 1    LLC ever had any expenses?
 2         A.    I am not aware, no.
 3         Q.    And you're not aware of whether Capitala
 4    Group, LLC ever had any specific projects within the
 5    Capitala enterprise?
 6         A.    I'm not aware, no.
 7         Q.    Did you ever have any role within Capitala
 8    Group, LLC?
 9         A.    No.
10              MS. BAKER:  Why don't we take -- it's
11         6:28.  Why don't we take two minutes, and
12         let me see if I just have any remaining
13         questions, if you can give me a couple of
14         minutes?
15              MR. SHAPIRO:  I'll give you one
16         minute.
17              MS. BAKER:  You're generous.
18              MR. SHAPIRO:  It's 6:30.
19              (Off the record at 6:28 p.m.)
20              (On the record at 6:31 p.m.)
21              MS. BAKER:  We understand that
22         Mr. Smith needs to leave.  It is now 6:31.
23         We were advised this afternoon that
24         Mr. Smith has a hard cutoff of 6:30.  We
25         were not aware of it when we began the day.
```

Page 249

C E R T I F I C A T E

    1

    2       I, Marisa Munoz-Vourakis, Stenographic Reporter, RMR,

    3    CRR and Notary Public, certify that on February 11, 2021,

    4    in Charlotte, North Carolina, having produced satisfactory

    5    evidence of identification, and having been first duly

    6    sworn by me according to the emergency video notarization

    7    requirements contained in G.S. 10B-25, to tell the truth,

    8    thereupon testified as set forth in the preceding pages,

    9    exclusive of errata sheet and signature page, if required,

10    the examination being reported by me verbatim and reduced

11    to typewritten form by me personally.

12       I further certify that I am neither counsel for,

13    related to, nor employed by any of the parties to this

14    action in which this proceeding was conducted, and

15    further, that I am not a relative or employee of any

16    attorney or counsel employed by the parties thereof, nor

17    financially or otherwise interested in the outcome of the

18    action.

19    This the 16th day of February, 2021.

20



21

    MARISA MUNOZ-VOURAKIS

22    Notary #20032900127

23

24

25

                                              Page 1

 1
 2              UNITED STATES DISTRICT COURT
                   DISTRICT OF CONNECTICUT
 3   ------------------------------------------------X
     NOVAFUND ADVISORS, LLC,
 4                              Plaintiff,
 5                         ZOOM VIDEOCONFERENCE
                          DEPOSITION UNDER ORAL
 6   against                 EXAMINATION OF
                              STEVE ARNALL
 7
     CAPITALA GROUP, LLC,
 8                              Defendant.
 9   No: 3:18-cv-1023 (MPS)
     ------------------------------------------------X
10   NOVAFUND ADVISORS, LLC,
                                Plaintiff,
11
     against
12
     SANDLER, O'NEILL & PARTNERS, LP,
13
                                Defendant.
14
     Docket No: FST-CV-20-6045528-S
15   ------------------------------------------------X
16
                    Transcript of the Zoom Videoconference
17   Deposition of the witness, called for Oral
     Examination in the above-captioned matter, said
18   deposition taken by and before BRENDA FITZGERALD, a
     Notary Public and Shorthand Reporter, on Friday, June
19   18, 2021, commencing at 10:00 in the forenoon.
20
21
22
23
24
25   Job No.: 4668574

```
                                          Page 27
 1                    Steve Arnall
 2    document.  If you turn to page HL 000885.
 3         A.     Okay.
 4         Q.     Have you seen this document before
 5    today?
 6         A.     I have not.
 7         Q.     If you look at the top, the beginning it
 8    just reads Hamilton Lane is requesting that you
 9    provide responses and supplemental information to the
10    items outlined.  Do you see that?
11         A.     I do.
12         Q.     In the body of this document there are
13    some questions and it appears there are some answers
14    relating to various Capitala entities.
15                Do you see that?
16         A.     I do.
17         Q.     You mentioned that Capitala Group, LLC
18    had no ownership interest in Fund V.  What role, if
19    any, did Capitala Group, LLC have with respect to
20    Fund V?
21         A.     None as far as I know.
22         Q.     What was Capitala Group, LLC's business
23    purpose during your time with the firm?
24         A.     I do not know.
25         Q.     Was Capitala Group, LLC considered the
```

```
                                        Page 28
 1                      Steve Arnall
 2    parent company to any other entities within the firm?
 3         A.     Not that I'm aware of, no.
 4         Q.     Were you ever considered an employee of
 5    Capitala Group, LLC?
 6         A.     No.
 7         Q.     Did you have any role with respect to
 8    Capitala Group, LLC?
 9         A.     No.
10         Q.     Did Capitala Group, LLC have a board of
11    directors before it was dissolved?
12         A.     Not that I'm aware of, no.
13         Q.     Did Capitala Group, LLC have any
14    employees before it was dissolved?
15         A.     Not that I'm aware of, no.
16         Q.     Is there anyone within the firm that
17    worked on matters for Capitala Group, LLC?
18                MR. SHAPIRO:  Objection.
19         A.     Not that I'm aware of, to.
20         Q.     Did Capitala Group, LLC have any income?
21         A.     None that I'm aware of, no.
22         Q.     Did Capitala Group, LLC enter into any
23    contracts?
24         A.     None that I'm aware of, no.
25         Q.     Did Capitala Group, LLC have its own
```

```
                                        Page 29

 1                        Steve Arnall
 2      bank account?
 3                  MR. SHAPIRO:  Objection.  I just want to
 4      be clear on this.  I know topic 12 was a topic for
 5      Mr. Arnall.  You may recall that he was designated in
 6      part.  Just so we're clear, he's not designated on
 7      topic 12 for my clients with respect to these
 8      questions concerning Capitala Group, LLC.  Just so
 9      we're clear on that.  Obviously he can answer as to
10      his own knowledge there.
11           A.    Can you repeat that last question,
12      please.
13           Q.    Sure.  Did Capitala Group, LLC have its
14      own bank account?
15           A.    I do not know.
16           Q.    Do you know whether Capitala Group, LLC
17      filed its own tax returns?
18           A.    I do not know.
19                  MR. SHAPIRO:  Objection.
20           Q.    If you turn back to the document that
21      we've marked as Plaintiff's Exhibit 331, in the
22      middle of the page that's Bates stamped HL 000887
23      there's an organizational chart there.
24                  Do you see that?
25           A.    I do.
```

```
                                         Page 45
 1                      Steve Arnall
 2          A.     I've heard the name, but not as an
 3     active part of the firm, no, I have not.
 4          Q.     Where have you heard the name?
 5          A.     Just in conversation, participation in
 6     certain meetings I might have heard the name come up
 7     and I don't know what they are.
 8          Q.     Have you ever asked what those entities
 9     are?
10          A.     I have not.
11          Q.     Do you recall who referenced those names
12     in the meetings you just referenced?
13          A.     Probably CEO Alala.
14          Q.     Are you aware of any business purpose
15     for Atlas Capitala Investment, LLC?
16                 MR. SHAPIRO:  Objection.
17          A.     I am not.
18          Q.     Are you aware of any business purpose
19     for Capitala Trust?
20          A.     I am not.
21                 MR. SHAPIRO:  Objection.
22          Q.     Capitala Private Advisors and Capitala
23     Investment Advisor have a compliance manual, correct?
24          A.     They do.
25          Q.     Do you know whether Capitala Group, LLC
```

```
                                                   Page 50

 1                          Steve Arnall
 2          Q.      Which investment committee?
 3          A.      Capitala Investment Advisors, the
 4     investment advisor committee, Mr. Alala, Mr. Broyhill
 5     and Mr. McGlinn.
 6          Q.      Other than serving as a partner and
 7     serving on the board of directors of the BDC?
 8          A.      Correct.
 9          Q.      And serving on the investment committee,
10     does he have any other role at Capitala?
11          A.      He does not.
12                  MR. SHAPIRO:  Objection.
13          Q.      Does Mr. Broyhill participate in the
14     day-to-day operations of the firm?
15          A.      He does not.
16          Q.      Mr. Broyhill operates his own investment
17     business separate and apart from the firm, correct?
18                  MR. SHAPIRO:  Objection.
19          A.      Correct.
20          Q.      To your knowledge, has anyone ever
21     raised a concern about a potential conflict of
22     interest for Mr. Broyhill?
23                  MR. SHAPIRO:  Objection.
24          A.      No.
25          Q.      I'm going to have you take a look at
```

```
                                            Page 51
 1                        Steve Arnall
 2   another document that's already been marked as
 3   Plaintiff's Exhibit 38.
 4                Have you seen this document before
 5   today?
 6        A.     It doesn't look familiar, no.
 7        Q.     I'm going to have you look at the second
 8   e-mail, the earlier e-mail in this chain.  It's an
 9   e-mail dated Wednesday, September 28, 2016 from
10   Mr. Alala to a Ms. Ashley Smith at Park Sterling
11   Bank.  Do you see that?
12        A.     I do.
13        Q.     He writes a message to Ms. Smith, and if
14   you look down at his four numbered paragraphs, he
15   identifies some entities.  Are you familiar with the
16   entity known as Capitala Investment Group, LLC?
17        A.     I am not, no.
18        Q.     Do you know what role, if any, it has
19   within the firm?
20                MR. SHAPIRO:  Objection.
21        A.     I don't know.
22        Q.     Do you know whether Capitala Investment
23   Group, LLC has any employees?
24                MR. SHAPIRO:  Objection.
25        A.     I do not know.
```

```
                                        Page 52
 1                   Steve Arnall
 2        Q.    Do you know whether Capitala Investment
 3   Group, LLC is party to any contracts?
 4        A.    I don't know.
 5        Q.    Prior to today, had you ever heard of
 6   the entity Capitala Investment Group, LLC?
 7        A.    I have not.
 8        Q.    If you look at the next line there's a
 9   reference to Capitala Global Holdings, LLC.
10              Do you see that?
11        A.    I do.
12        Q.    What is Capitala Global Holdings, LLC?
13        A.    I do not know.
14        Q.    What is the role of Capitala Global
15   Holdings, LLC within the firm?
16        A.    I do not know.
17        Q.    Does Capitala Global Holdings, LLC have
18   any employees?
19        A.    I don't know.
20        Q.    Is Capitala Global Holdings, LLC party
21   to any contracts?
22              MR. SHAPIRO:  Objection.
23        A.    I do not know.
24        Q.    Prior to today, had you ever heard of
25   the entity Capitala Global Holdings, LLC?
```

```
                                            Page 53
 1                     Steve Arnall
 2        A.     No.
 3        Q.     If you look at number three, there's a
 4   reference to Capitala Private Investments, LLC.
 5               What is Capitala Private Investments,
 6   LLC?
 7               MR. SHAPIRO:  Objection.
 8        A.     I do not know.
 9        Q.     What is the role of Capitala Private
10   Investments, LLC?
11        A.     I do not know.
12        Q.     Does Capitala Private Investments, LLC
13   have any employees?
14               MR. SHAPIRO:  Objection.
15        A.     I do not know.
16        Q.     Is Capitala Private Investments, LLC
17   party to any contracts?
18        A.     I don't know.
19        Q.     Prior to today had you ever heard of
20   Capitala Private Investments, LLC?
21        A.     No.
22        Q.     Do you know whether Capitala Private
23   Investments, LLC is controlled by Mr. Alala?
24               MR. SHAPIRO:  Objection.
25        A.     I do not know.
```

```
                                        Page 54
 1                     Steve Arnall
 2        Q.    Do you know whether Capitala Global
 3   Holdings, LLC is controlled by Mr. Alala?
 4        A.    I do not know.
 5        Q.    Do you know if Capitala Private
 6   Investments, LLC is controlled by Mr. Alala?
 7              MR. SHAPIRO:  Objection.
 8        A.    I don't know.
 9        Q.    In line four there's a reference to
10   Capitala PCF-V, LLC.  I think you referenced that
11   entity earlier today, right?
12        A.    I did.
13        Q.    What is that entity?
14        A.    That is the general partner for Fund V.
15        Q.    Is Capitala PCF-V as the general partner
16   of Fund V required to contribute capital to Fund V?
17        A.    It would, yes.
18              MR. SHAPIRO:  Objection.
19        Q.    Do you recall how much or what portion
20   of the investments Capitala PCF-V is obligated to
21   contribute to Fund V?
22        A.    I don't recall, no.
23        Q.    If we look at bullet points one, two,
24   three and four, it appears that Capitala Investment
25   Group, LLC, Capitala Global Holdings, LLC and
```

```
                                        Page 55
 1                      Steve Arnall
 2   Capitala Private Investments, LLC are transferring
 3   funds to Capitala PCF-V, correct?
 4        A.     That's what it appears, yes.
 5        Q.     Then Capitala PCF-V is transferring
 6   those funds to Capital Private Credit Fund V, right?
 7        A.     That's the way that reads, yes.
 8        Q.     Capitala Private Credit Fund V is what
 9   we've been referring to as Fund V, right?
10        A.     Yes.
11        Q.     Capitala PCF-V is satisfying its
12   obligations to contribute capital to Fund V through
13   funds obtained from these entities that are listed
14   one, two and three in this Exhibit 38, correct?
15               MR. SHAPIRO:  Objection.
16        A.     That's how I read that, yes.
17        Q.     Is Fund V generally a first in, first
18   out fund?
19        A.     No, Fund V is an aggregation of multiple
20   investments that would be first lien, second lien,
21   subordinated debt, mezzanine and equity, it's not a
22   first out fund per say.
23        Q.     I understand that you've never seen this
24   e-mail before today.  I want you to take a look at
25   the sentence before those numbered paragraphs where
```

```
                                        Page 62
 1                      Steve Arnall
 2    or officer of Capitala Global Holdings, LLC?
 3         A.     I do not.
 4         Q.     Do you know whether anyone is a director
 5    or officer of Capitala Private Investments, LLC?
 6         A.     I do not.
 7         Q.     Do you know whether anyone was a
 8    director or officer of Capitala Group, LLC?
 9         A.     I do not.
10         Q.     Are you aware of any transfers of funds
11    between Capitala Private Advisors and Capitala Group,
12    LLC?
13              MR. SHAPIRO:  Objection.
14         A.     I am not, no.
15         Q.     Are you aware of any transfers of funds
16    between any entities within the firm?
17              MR. SHAPIRO:  Objection.
18         A.     The only time we transfer money amongst
19    any entities that the firm is when we fund payroll.
20    That would be the only time that money is moved from
21    one company to another company in that regard.
22         Q.     What entity is transferring the funds in
23    that instance?
24         A.     The money would come from one of the
25    three investment advisors, Capitala Investment
```

```
                                        Page 63
 1                     Steve Arnall
 2    Advisors, Capitala Private Advisors or Capitala
 3    Specialty Lending Corp.
 4         Q.     It's transferred to what entity?
 5         A.     Our payroll company called Capitala
 6    Advisors Corporation.
 7         Q.     Are you aware of any other transfers
 8    within or between and among various entities within
 9    the firm?
10         A.     There are no transfers in that respect.
11    The only other money that's moved around is related
12    to the payment of management fees that are done on
13    the basis of investment advisory agreements that are
14    in place amongst the various funds, and that's all
15    done via wire trance under dual signature.  Those are
16    all transfers in the pure traditional sense, but they
17    are movements of money through wires.
18         Q.     In those movements of money through
19    wires, which is the entity sending the wire?
20                MR. SHAPIRO:  Objection.
21         A.     It could be from Capitala Finance Corp.
22    It could be from Fund V.  It could be from Fund IV.
23    Any of the entities that have advisory agreements
24    with an investment advisor, management fees are
25    calculated quarterly and those monies are moved
```

```
                                             Page 64

  1                     Steve Arnall
  2    accordingly and are subject to audit.
  3         Q.     Where are the monies moved to?
  4                MR. SHAPIRO:  Objection.
  5         A.     To whichever entity is the manager for
  6    those funds, the other party to the agreement.  In
  7    the instance of Capitala Finance Corp., that money
  8    would go to Capitala Investment Advisors.
  9         Q.     The transfers that we looked at that
 10    were part of Plaintiff's Exhibit 38, prior to today,
 11    were you aware of those transfers?
 12                MR. SHAPIRO:  Objection.
 13         A.     What was 38?
 14         Q.     You're welcome to take a look and pull
 15    it back up.  That was Mr. Alala's e-mail.
 16         A.     I see it.  Ask the question again.
 17         Q.     Prior to today, were you aware of
 18    Mr. Alala's directives regarding transfer of those
 19    funds?
 20         A.     I was not.
 21         Q.     Is it possible that there are other
 22    entities within the firm transferring funds to
 23    various other entities within the firm that you are
 24    not aware of?
 25                MR. SHAPIRO:  Objection.
```

Page 82

1

2                     C E R T I F I C A T E

3

4    STATE OF NEW YORK    )

                         )    ss:

5    COUNTY OF NEW YORK  )

6

7            I, BRENDA FITZGERALD, a Shorthand

8    Reporter and Notary Public within and for the State

9    of New York, do hereby certify:

10           That, Steve Arnall, the corporate

11   representative whose deposition was held on June 18,

12   2021, as hereinbefore set forth, was duly sworn by

13   me, and that this transcript of such Examination is a

14   true and accurate record of the testimony given by

15   such witness.

16           I further certify that I am not related

17   to any of the parties to this action by blood or by

18   marriage, and that I am in no way interested in the

19   outcome of this matter.

20           IN WITNESS WHEREOF, I have hereunto set

21   my hand this 29th day of June 2021.

22

23

24                    BRENDA FITZGERALD

25