UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NOVAFUND ADVISORS, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAPITALA GROUP, LLC, CAPITALA PRIVATE ADVISORS, LLC; CAPITALA INVESTMENT ADVISORS, LLC; and CAPITALA SPECIALTY LENDING CORPORATION,<br><br>　　　　Defendant. | No. 3:18-cv-1023 (MPS)<br><br><br><br><br><br><br><br><br>September 30, 2021 |

**PLAINTIFF'S CORRECTED MOTION TO FILE UNDER SEAL
CERTAIN DOCUMENTS IN SUPPORT OF OPPOSITION
TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Local Rule 5(e), Plaintiff NovaFund Advisors, LLC ("NovaFund") respectfully moves for leave to file under seal certain documents in support of its Opposition to the Motion for Partial Summary Judgment filed by Defendants Capitala Investment Advisors, LLC ("CIA"), Capitala Private Advisors, LLC ("CPA"), and Capitala Specialty Lending Corporation ("CSLC," and with CIA, CPA and CSLC, "Defendants"). Specifically, NovaFund seeks to seal certain exhibits, portions of certain deposition transcripts, and portions of NovaFund's Local Rule 56(a)2 Statement in Opposition to Summary Judgment and Statement of Additional Facts ("Statement of Facts").

NovaFund seeks to seal, in whole or in part, exhibit numbers 3, 5, 6, 8, 9-15, 17, 21, 26, 28, 31-34, 37, 39-44, 47, 48, 50, 52-54, 56, 58, 59, 62, 64, 65, 67, 69, 70, and 74. The exhibits were produced by Defendants, and non-parties Sandler O'Neill & Partners, L.P. ("Sandler"), Hamilton Lane, Kemper, Ares, and Richard Wheelahan, and were designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" under the Amended Protective Order (ECF 99) (the "Protective Order"). In addition, NovaFund seeks to seal exhibit numbers 79, 80,

81, and 86, which are excerpts from the deposition transcripts of Joseph Alala, III, Stephen Arnall, the corporate designee for Hamilton Lane, and Richard Wheelahan, respectively. NovaFund also seeks to seal portions of its Statement of Facts that quote or paraphrase the foregoing exhibits.

As to all of the documents and transcripts being submitted under seal, NovaFund does not believe grounds exist to meet the high standard required for them to remain under seal. And, in fact, this Court has already determined that several documents designated as "CONFIDENTIAL" in this action by parties and non-parties were not entitled to be sealed. (*See, e.g.,* ECF 189, 190, 192, 212, 342.) Further, in the related litigation *NovaFund Advisors, LLC v. Sandler, O'Neill & Partners, L.P.*, No. X03-HHD-CV20-6138062-S (Conn. Super. Ct.) ("State Court Action"), the Court determined that information pertaining to Sandler's alleged business relationships was not entitled to protection, despite several motions to seal filed by Sandler. (*See* Docs. 198.86, 195.86, 190.86.) Notably, upon consideration of Sandler's Motion to Seal Names of Defendant's Clients (Doc. 198.00), the State Court determined that Sandler had failed to identify any protectable interest Sandler had in the names of entities with which it could not even demonstrate a business relationship. Notably, as a result, the document designated as exhibit 37 herein, which was marked as trial exhibit 71 in the State Court Action, is publicly available through the State Court Action.

Notwithstanding the foregoing, because the exhibits identified in this motion contain information concerning Defendants and/or non-parties, NovaFund is submitting them under seal to afford such parties and non-parties the opportunity to seek to have those materials remain under seal.

As provided under Local Rule 5(e)(4)(a), NovaFund will e-file (1) this motion to seal as a public motion, (2) redacted versions of the documents sought to be sealed, which shall be filed as public documents, and (3) unredacted copies of the documents sought to be sealed, which will be

filed as sealed documents.

NovaFund submits this motion in accordance with Paragraph 15 of the Protective Order and to afford the designating party an opportunity to identify information it wishes to be kept under seal and to make a particularized showing of good cause as to why that information should be kept under seal. NovaFund will notify Defendants, Sandler, Hamilton Lane, Kemper, Ares and Richard Wheelahan of this motion's filing.

WHEREFORE, NovaFund respectfully requests leave to file under seal, in whole or in part, exhibits 3, 5, 6, 8, 9-15, 17, 21, 26, 28, 31-34, 37, 39-44, 47, 48, 50, 52-54, 56, 58, 59, 62, 64, 65, 67, 69, 70, and 74 in support of NovaFund's Opposition to the Motion for Partial Summary Judgment, portions of deposition transcripts submitted as exhibits 79, 80, 81 and 86, along with portions of the Statement of Facts, only for so long any interested party is afforded an opportunity to establish good cause for the information to remain under seal, together with such other and further relief as this Court deems just and proper.

        Respectfully submitted,

        **PLAINTIFF NOVAFUND ADVISORS, LLC**

    By:   /s/ Jill M. O'Toole
            Jill M. O'Toole (ct27116)
            Alison Baker (ct28136)
            Shipman & Goodwin LLP
            One Constitution Plaza
            Hartford, CT 06109
            Tel.: 860-251-5000
            Fax: 860-251-5099
            jotoole@goodwin.com
            abaker@goodwin.com

        *Its Attorneys*

10372318