# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| NOVAFUND ADVISORS, LLC, | No. 3:18-cv-01023 (MPS) |
| Plaintiff, | |
| v. | |
| CAPITALA GROUP, LLC, *et al.*, | |
| Defendants. | February 23, 2022 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Civil Rule 7(e), Attorney Jill M. O'Toole hereby respectfully moves this Court for an Order granting her withdrawal as counsel for Plaintiff NovaFund Advisors, LLC. As of February 1, 2022, Attorney O'Toole was no longer associated with the law firm of Shipman & Goodwin LLP. Attorneys Alison P. Baker and Sarah A. Westby from Shipman & Goodwin LLP have appearances on behalf of Plaintiff in this action. Plaintiff has received actual notice of this Motion to Withdraw.

WHEREFORE, Attorney O'Toole respectfully requests that this Court grant this motion for her withdrawal as counsel for Plaintiff.

Respectfully submitted,

By: */s/ Jill M. O'Toole*
Jill M. O'Toole (ct27116)
**Prior Firm Address:**
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
Tel.: 860-251-5000
jotoole@goodwin.com