UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NOVAFUND ADVISORS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITALA GROUP, LLC, CAPITALA PRIVATE ADVISORS, LLC; CAPITALA INVESTMENT ADVISORS, LLC; and CAPITALA SPECIALTY LENDING CORPORATION,<br><br>    Defendant. | No. 3:18-cv-1023 (MPS)<br><br><br><br><br><br><br><br><br>March 14, 2022 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned counsel moves to withdraw her appearance in this matter as counsel to Plaintiff NovaFund Advisors, LLC. In support of this motion, the undersigned submits that Jill O'Toole and Andrew O'Toole have filed appearances on behalf of Plaintiff NovaFund Advisors, LLC. Plaintiff has received actual notice of this Motion to Withdraw Appearance.

WHEREFORE, the undersigned respectfully requests that this Court grant this motion for her to withdraw as counsel for Plaintiff.

Respectfully submitted,

By: /s/ Alison P. Baker
Alison Baker (ct28136)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06109
Tel.: 860-251-5000
Fax: 860-251-5099
abaker@goodwin.com

10945713