UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NOVAFUND ADVISORS, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>CAPITALA GROUP, LLC, *et al.*,<br><br>   Defendants. | No. 3:18-cv-01023 (MPS)<br><br><br><br><br><br><br><br>May 31, 2022 |

## JOINT STATUS REPORT

Further to the status reports submitted by the parties on May 25, 2022, Plaintiff NovaFund Advisors, LLC, and Defendants Capitala Private Advisors, LLC, Capitala Investment Advisors, LLC, and Capitala Specialty Lending Corporation respectfully submit this Joint Status Report to advise the Court that they have executed a settlement agreement to resolve the entirety of this Action and will be filing a stipulation of dismissal pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure in accordance with such agreement.

Respectfully submitted,

| PLAINTIFF NOVAFUND ADVISORS, LLC | DEFENDANTS CAPITALA PRIVATE ADVISORS, LLC, CAPITALA INVESTMENT ADVISORS, LLC, AND CAPITALA SPECIALTY LENDING CORP. |
|---|---|
| By: */s/ Jill M. O'Toole*<br>   Jill M. O'Toole (ct27116)<br>   Andrew D. O'Toole (ct20015)<br>   O'Toole + O'Toole PLLC<br>   280 Trumbull Street, 15th Fl.<br>   Hartford, CT 06103<br>   Tel.: 860.519.5813<br>   Fax: 914.232.1599<br>   jotoole@otoolegroup.com<br>   aotoole@otoolegroup.com<br><br>Its Attorneys | By:  */s/ Jonathan M. Shapiro*<br>   Jonathan M. Shapiro (ct24075)<br>   N. Kane Bennett (ct20988)<br>   Brian Ward (ct31004)<br>   Aeton Law Partners LLP<br>   311 Centerpoint Drive<br>   Middletown, CT 06475<br>   Tel.: 860.724.2160<br>   Fax: 860.724.2161<br>   jms@aetonlaw.com<br>   nkb@aetonlaw.com<br>   brian@aetonlaw.com<br><br>Their Attorneys |